UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. Action No. 17-0201-01 (ABJ) |
| PAUL J. MANAFORT, JR. | ) |
| Defendant. | ) |

**ORDER**

The Court requests that the Clerk of Court open a miscellaneous action entitled "In re Petitions for Relief Concerning Consent Order of Forfeiture." The Court further requests that this miscellaneous action be identified as related to Criminal Action 17-201-1, and that the following docket entries in the criminal matter, [441], [443], [450], [451], and the minute order dated 11/08/2018, setting the deadline for the government's response to the petition [450], be filed in the miscellaneous action.

It is ORDERED that all further filings that relate solely to any petitions for relief from the Consent Order of Forfeiture [443] shall be made in the miscellaneous action.

AMY BERMAN JACKSON
United States District Judge

DATE:  November 13, 2018