**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.**,<br><br>Defendant. | **Crim. No. 17-cr-201-1 (ABJ)** |

**MOTION FOR CONSENT ORDER OF FORFEITURE**

The United States of America, by and through Special Counsel Robert S. Mueller, III, and with the consent of the defendant Paul J. Manafort, Jr., respectfully moves for entry of the attached Consent Order of Forfeiture, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2). The factual and legal basis for the Order is set forth therein, consistent with defendant's Plea Agreement (Doc. 422) and Statement of the Offense (Doc. 423).

Respectfully submitted,

Robert S. Mueller, III
Special Counsel

Dated: October 5, 2018        By:    */s/ Andrew Weissmann*
Andrew Weissmann
Jeannie S. Rhee (D.D.C. Bar No. 464127)
Greg D. Andres (D.D.C. Bar No. 459221)
Kyle R. Freeny
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800