Exhibit A

## Manafort Family 2008 Irrevocable Trust Cash In and Cash Out
William Clayton Batchelor, Trustee

| date | deposits | payments | description |
|---|---|---|---|
| 08/05/08 | $ 1,288,000.00 | | Initial Gift |
| 08/05/08 | | $ 10.00 | Wire Fee |
| 08/08/08 | | $ 1,283,000.00 | Northwestern Mutual premium |
| 06/02/09 | $ 288,000.00 | | Gift |
| 06/02/09 | | $ 10.00 | Wire Fee |
| 06/16/09 | | $ 293.18 | Wright & Batchelor LLP legal |
| 07/02/09 | | $ 288,000.00 | Northwestern Mutual premium |
| 06/28/10 | $ 288,000.00 | | Gift |
| 06/28/10 | | $ 10.00 | Wire Fee |
| 06/30/10 | | $ 288,000.00 | Northwestern Mutual premium |
| 09/09/10 | | $ 597.96 | Wright & Batchelor LLP legal |
| 06/30/11 | $ 288,000.00 | | Gift |
| 06/30/11 | | $ 10.00 | Wire Fee |
| 07/05/11 | | $ 288,000.00 | Northwestern Mutual premium |
| 08/19/11 | | $ 616.00 | Wright & Batchelor LLP legal |
| 02/01/12 | | $ 769.00 | Wright & Batchelor LLP legal |
| 05/07/12 | $ 288,000.00 | | Gift |
| 05/07/12 | | $ 15.00 | Wire Fee |
| 05/18/12 | | $ 288,000.00 | Northwestern Mutual premium |
| 07/19/12 | | $ 595.80 | Wright & Batchelor LLP legal |
| 06/12/13 | $ 312,000.00 | | Gift |
| 06/12/13 | | $ 15.00 | Wire Fee |
| 06/24/13 | | $ 309,000.00 | Northwestern Mutual premium |
| 09/16/13 | | $ 1,542.00 | Wright & Batchelor LLP legal |
| 09/05/17 | | $ 840.72 | Wright & Batchelor LLP legal |
| 09/29/17 | | $ 2.00 | Bank Paper Fee |
| 10/31/17 | | $ 2.00 | Bank Paper Fee |
| 11/30/17 | | $ 2.00 | Bank Paper Fee |

total in         $ 2,752,000.00

total out        $ 2,749,330.66

Current bank balance              $ 2,669.34

