Exhibit B

Trustee or the sole Trustee of the Trust Share. The Trustee shall also have discretion, on one or on multiple occasions, to divide the Trust Share into separate trusts, in amounts or proportions the Trustee deems appropriate, and appoint the primary beneficiary as the Co-Trustee or sole Trustee of one or more of those separate trusts.

C. GENERAL PROVISIONS.

1. If there is no other applicable provision in this document for the appointment of a successor Trustee, the acting Trustee may designate a successor to take office upon the death, resignation or incapacity of the acting Trustee.

2. A Trustee may resign by giving thirty (30) days written notice.

3. An individual serving as a Trustee will cease to serve upon the issuance of a certification by a physician that said individual is incapable of handling and managing trust business.

4. Unless waived, individual Trustees will be entitled to reasonable compensation, based on the duties and responsibilities assumed and the time and effort expended. An individual Trustee's fee that does not exceed the published fee schedule of a bank or trust institution licensed to do business in Virginia shall be conclusively deemed reasonable. Individual Trustees may be paid fees that exceed such published fees if they demonstrate that the fee sought is reasonable under the circumstances. Individual Trustees will also be entitled to reimbursement for accounting, tax preparation, legal and investment management fees as expenses, which will not be considered a part of the fees paid to the Trustee. A corporate Trustee shall receive compensation in accordance with its published fee schedule in effect when the services are rendered.

5. No bond or security will be required of any Trustee.

6. Unless waived, Trustees will render annual written accounts to the oldest generation of income beneficiaries with a member then living, and to all beneficiaries to whom distributions were made. Trustees will not be required to file an Inventory or accounts with the Commissioner of Accounts or any other public official or court.

7. The Trustee may require as a condition precedent to the payment of a discretionary distribution that a beneficiary furnish his or her own certification or other evidence of health, income, assets and need for such distribution, in form and content satisfactory to the Trustee. The Trustee shall be entitled to rely upon the certification of

Page 12                                                  Initial: /M/    Initial: KBM