Exhibit D

## Clay Batchelor

| | |
|---|---|
| **From:** | Paul Manafort <pmanafort@dmpint.com> |
| **Sent:** | Monday, August 7, 2017 8:05 PM |
| **To:** | Clay Batchelor |
| **Subject:** | Re: 2008 Irrevocable Trust |

Clay
Lets do a loan to one of the Grantees – my daughter Andrea.
Paul

---

**From:** Clay Batchelor <wcb@wrightandbatchelor.com>
**Date:** Monday, August 7, 2017 at 3:43 PM
**To:** Paul Manafort <pmanafort@dmpint.com>
**Cc:** Mark Siciliano <mark.siciliano@nmfn.com>
**Subject:** 2008 Irrevocable Trust

Paul,

AsI mentioned on the phone,the act of borrowing from the trust wouldriskbringing all of the trust assets into your taxable estate, which would defeat the purpose of having the trust.I have since confirmed thatthis is not just a risk, it is aprobability thatwould subject the trust assets to a 40% estate taxwhich of course is a huge hit tothe beneficiaries.

For that very reason the trust contains a strict prohibition against making any distribution to or for the benefit of the Grantors. In short, the trust does not allow me to do what you're asking.

I wonder if there is another "pot" or line of credityou could use in the short term. A HELOC is pretty easy to obtain in a short amount of time.

Clay

William Clayton Batchelor

Wright & Batchelor LLP

1601 18th Street NW Suite 2

Washington, DC 20009

202-462-7799

The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is PRIVILEGED AND CONFIDENTIAL. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message. To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the