Exhibit E

# Universal Life Policy 18-268-327    Summary for Kathleen B Manafort on 10/17/2018

CAUTION - JOINT UNIVERSAL LIFE POLICY

| **Client Information** | | **FR Information** | | NO 007 |
|---|---|---|---|---|
| Insured: | Kathleen B Manafort Female born on 12/09/1952 | Servicing FR: Mark H Siciliano | | 044289 |
| Owner: | RESTRICTION | **Total Policy Debt** | at 5% | $0.00 |
| Payer: | William Batchelor Ttee | **Withdrawals** | | |
| Beneficiary: | William C Batchelor | | | |

**Payment Information**

| **Policy Information** | | Annual Planned Payment: | $288,000.00 |
|---|---|---|---|
| Plan: | TT-SURVIVORSHIP UNIVERSAL LIFE | Next Payment/EFT: | 05/15/2019 |
| Contract Form Number: | TT.SUL.(0805) | Payment Method: | Direct Mail |
| Policy Date: | 06/18/2008 | **Tax - MEC Information** | |
| Policy Status: | Active | MEC Status: | No |

| **Total Death Benefit** | $31,037,381.81 | **Contract Fund Value Information** |
|---|---|---|
| Net Death Benefit: | $31,037,381.81 | |
| Death Benefit Option: | B - Specified Amount Plus Policy Value | **Additional Benefits** |

| **Policy Value** | $3,165,088.62 | **New Business/Underwriting** |
|---|---|---|
| Surrender Value: | $2,784,012.40 | |
| Max Available for Loan: | $2,694,674.20 | |
| Tax Income if Surrendered: | $40,012.40 | |
| Max Available for Withdrawal: | $2,766,702.55 | |

CAUTION: VALUES CHANGE WITH EACH TRANSACTION AND EACH DAY
VALUES MAY CHANGE BASED ON DATE OF DEATH

http://ws41.nml.com/css/CSP                                                       10/17/2018