UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>    Defendant.<br><br>IN RE: PETITIONS FOR RELIEF<br>CONCERNING CONSENT ORDER OF<br>FORFEITURE | Case No. 1:18-mc-00167-ABJ |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONS OF UBS BANK USA AND WILLIAM CLAYTON BATCHELOR TO ADUJICATE INTERESTS IN PROPERTY**

The United States of America, by and through its undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 6(b)(1) and Fed. R. Crm. P. 45(b) for an enlargement of time until on or before January 10, 2019, in which to respond to the petitions to adjudicate interests in property filed by UBS Bank USA (Dkt. No. 4) and William Clayton Batchelor (Dkt. No. 6). In accordance with this Court's Minute Orders, the government's response to these petitions are currently due on November 21, 2018, and November 29, 2018, respectively. The requested extension will permit an orderly adjudication of petitions following the close of the period of notification to other potential third party petitioners and enable the government and the petitioners to confer on the nature and extent of their claims. Petitioners do not oppose the requested extension.

In support of this motion, the government states:

1

1. On October 10, 2010, this Court entered a preliminary order of forfeiture, forfeiting Defendant Paul J. Manafort's interest in various assets. *See* October 10, 2018, Consent Order of Forfeiture (Dkt. No. 3).

2. Pursuant to Fed. R. Crm. P. 32.2(6) and 21 U.S.C. § 853(n), between October 11, 2018, and November 2, 2018, the United States sent direct notice of the Consent Order of Forfeiture to natural and legal persons who may have an interest in the forfeited property, including Petitioner UBS Bank and Petitioner Batchelor.

3. Pursuant to Fed. R. Crm. P. 32.2(6) and 21 U.S.C. § 853(n), the United States commenced notice by publication on October 13, 2018, for a period of thirty days.

4. A person, other than the defendant, asserting a legal interest in the forfeited property, may file a petition "within thirty days of the final publication of notice or his receipt of notice…whichever is earlier…" *See* 21 U.S.C. § 853(n)(2). The period in which persons receiving notice by publication may file a petition is scheduled to end on December 12, 2018.[1]

5. On November 2, 2018, Petitioner UBS Bank filed a petition, asserting an interest in the property located at 721 Fifth Avenue, #43G, New York, NY 10022. *See* Petition and Request for Ancillary Hearing and Related Relief Pursuant to 21 U.S.C. § 853(n) (Dkt. No. 4).

6. On November 8, 2018, this Court entered a Minute Order directing the government to respond to the UBS Bank petition by November 21, 2018. (Nov. 8, 2018, Minute Order).

7. On November 13, 2018, the Court granted leave for William Clayton Batchelor to file a petition asserting an interest in the amount of $73,853.44 from the Manafort Family 2008

---

[1] The United States has conferred with potential petitioner Citizens Financial Group, Inc. d/b/a Citizens Bank (Citizens), and has agreed that if Citizens files a petition, it may do so on or before December 6, 2018.

Irrevocable Trust.  Petition of William Clayton Batchelor to Adjudicate Interest in Property Pursuant to 21 U.S.C. § 853(n) (Dkt. No. 6).

8. On November 15, 2018, this Court entered a Minute Order directing the government to respond to the Batchelor petition by November 29, 2018. (Nov.15, 2018, Minute Order).[2]

9. There is good cause for the Court to grant the government's unopposed request for an extension.  The period in which a potential claimant may file a petition based upon publication has not yet closed, and a brief enlargement until January 10, 2019, will reveal whether other persons may wish to assert an interest in the properties forfeited under the Consent Order of Forfeiture, including the properties to which Petitioner UBS Bank and Petitioner Batchelor have asserted an interest.  An enlargement until January 10, 2019, will further permit the government and the petitioners to confer regarding the extent and nature of their asserted interest, and to propose a schedule, as may be necessary, for resolution or adjudication of their petitions following the November and December holidays.  Accordingly, an enlargement until January 10, 2019, will promote the orderly administration of ancillary proceedings.

10. Pursuant to Local Rule 7(m), counsel for the United States has conferred with Petitioner Batchelor and counsel for Petitioner UBS Bank, both of whom have indicated that they do not oppose an extension until January 10, 2019.

---

[2] The Court also has directed the government to respond by November 30, 2018, to the petitions of two additional petitioners, The Federal Savings Bank (Dkt No. 8) and National Bancorp Holdings, Inc. (Dkt. No. 9).  *See* Nov. 16, 2018, Minute Order.  These petitions are not the subject of this motion, as counsel for the United States and The Federal Savings Bank/National Bancorp Holdings are conferring regarding dates.

Wherefore, the United States respectfully requests that the Court grant this motion for an enlargement of time until January 10, 2019, in which to respond to the petitions of Petitioner UBS Bank and Petitioner Batchelor. A proposed order is attached.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

By: _____
Andrew Weissmann
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

By: */s/ Daniel H. Claman*
Daniel H. Claman
Money Laundering and
   Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone: (202) 514-1263

Counsel for the United States of America