UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| IN RE: PETITIONS FOR RELIEF ) | |
| CONCERNING CONSENT ORDER OF ) | Case No. 1:18-mc-00167-ABJ |
| FORFEITURE ) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONS OF THE FEDERAL SAVINGS BANK AND NATIONAL BANCORP HOLDINGS FOR AN ANCILLARY HEARING**

The United States of America, by and through its undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 6(b)(1) and Fed. R. Crm. P. 45(b) for an enlargement of time until on or before January 24, 2019, in which to respond to the petitions for an ancillary hearing filed by The Federal Savings Bank (TFSB) (Dkt. No. 8) and National Bancorp Holdings (NBH) (Dkt. No. 9). In accordance with this Court's November 16, 2018, Minute Order, the government's responses to these petitions are currently due on November 30, 2018. The requested extension will permit an orderly adjudication of petitions following the close of the period of notification to other potential third-party petitioners and enable the government and the petitioners to continue to confer on the nature and extent of their claims. Petitioners do not oppose the requested extension.

In support of this motion, the government states:

1. On October 10, 2010, this Court entered a preliminary order of forfeiture, forfeiting Defendant Paul J. Manafort's interest in various assets. *See* October 10, 2018, Consent Order of Forfeiture (Dkt. No. 3).

2. Pursuant to Fed. R. Crm. P. 32.2(6) and 21 U.S.C. § 853(n), the United States sent direct notice of the Consent Order of Forfeiture to natural and legal persons who may have an interest in the forfeited property, including Petitioner TFSB and NBH.

3. Pursuant to Fed. R. Crm. P. 32.2(6) and 21 U.S.C. § 853(n), the United States commenced notice by publication on October 13, 2018, for a period of thirty days.

4. A person, other than the defendant, asserting a legal interest in the forfeited property, may file a petition "within thirty days of the final publication of notice or his receipt of notice…whichever is earlier…" *See* 21 U.S.C. § 853(n)(2). The period in which persons receiving notice by publication may file a petition is scheduled to end on December 12, 2018.

5. On November 15, 2018, the Court docketed petitions received from Petitioners TFSB and NBH, which each asserted an interest in the same three assets: (1) real property known as 174 Jobs Lane, Water Mill, New York 11976, (2) real property known as 377 Union Street, Brooklyn, New York 11231, and (3) funds held in account number XXXXXX0969 at TFSB.[1] (Dkt. Nos. 8, 9).

6. On November 16, 2018, this Court entered a Minute Order directing the government to respond to the TFSB and NBH petitions by November 30, 2018. (Nov. 16, 2018, Minute Order).

7. There is good cause for the Court to grant the government's unopposed request for an extension. The period in which a potential claimant may file a petition based upon

---

[1] In accordance with the Consent Order of Forfeiture, these funds, consisting of approximately $2.5 million, have been transferred into the custody of the United States.

publication has not yet closed, and a brief enlargement until January 24, 2019, will reveal whether other persons may wish to assert an interest in the properties forfeited under the Consent Order of Forfeiture, including the properties to which Petitioners TFSB and NBH have asserted an interest. An enlargement until January 24, 2019, will further permit the government and the petitioners to confer regarding the extent and nature of their asserted interest, and to propose a schedule, as may be necessary, for resolution or adjudication of their petitions following the December holidays. Accordingly, an enlargement until January 24, 2019, will promote the orderly administration of ancillary proceedings.

8. Pursuant to Local Rule 7(m), counsel for the United States has conferred with counsel for Petitioners TFSB and NBH, who indicated her clients do not oppose an extension until January 24, 2019.

Wherefore, the United States respectfully requests that the Court grant this motion for an enlargement of time until January 24, 2019, in which to respond to the petitions of Petitioner TFSB and NBH. A proposed order is attached.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

By: _____
Andrew Weissmann
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

By: */s/ Daniel H. Claman*
Daniel H. Claman
Money Laundering and
    Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone: (202) 514-1263

Counsel for the United States of America