UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL J. MANAFORT, JR.,

    Defendant.

Criminal No. 17-cr-201-1 (ABJ)

04 CIV 08918

**VERIFIED STATEMENT OF
INTEREST AND
STATEMENT OF CLAIM**

    Claimant the Residential Board of Trump Tower Condominium ("Claimant"), by its attorneys, Belkin Burden Wenig & Goldman, LLP, hereby files, pursuant to 18 U.S.C. §981 and/or 21 U.S.C. §881, this Verified Statement of Interest and Statement of Claim and states as follows:

    1.    Claimant is a New York condominium's Residential Board of Managers acting on behalf of all residential unit owners in Trump Tower Condominium located at 721-725 Fifth Avenue, New York, New York 10022 (the "Condominium").

    2.    Paul Manafort and Kathleen Manafort (the "Unit Owners"), as tenants by the entireties, are the record owners of residential unit 43G in the Condominium (the "Unit").

    3.    Pursuant to Article 6, Section 6.4 of the Condominium's By-Laws (the "By-Laws", owners of units in the Condominium, are liable for the monthly common charges and additional common charges assessed by Claimant with respect to the units ("Common Charges").

    4.    Pursuant to Article 8, Section 8.1 of the By-Laws, any sale of a



residential unit in the Condominium is conditioned on an owner/seller applying for, and receiving, Claimant's waiver of its right of first refusal with respect to the proposed sale.

5. Pursuant to Article 8, Section 8.10 of the By-Laws, any sale of a residential unit in the Condominium is conditioned on Claimant being paid all Common Charges due on a residential unit as of the date of conveyance.

6. Upon information and belief, on October 10, 2018, a Preliminary Order of Forfeiture with respect to defendant Paul J. Manafort, Jr. was entered in this action, forfeiting the Unit to the United States of America (the "Government").

7. Claimant does not contest the seizure and forfeiture of the Unit with respect to the Unit Owners' right, title and interest in and to the Unit.

8. By virtue of the By-Laws, Claimant has or will have a *bona fide* claim against the Unit prior in time and in right to any claim of the Government, with respect to Claimant's claim for Common Charges that come due during the period that the Government is the owner of the Unit, and its claim for unpaid Common Charges which may be due and unpaid at such time as the Government sells the Unit.

9. By virtue of the By-Laws, Claimant has or will have a *bona fide* claim against the Unit prior in time and in right to any claim of the Government, with respect to Claimant's claim that any sale of the Unit by the Government will be subject to all the terms and conditions of Article 8 of the By-Laws.

10. Claimant does not request a hearing on this claim.

|  |  |  |
|---|---|---|
|  |  | Yours, etc., |
| Dated: | New York, New York<br>November /6, 2018 | BELKIN BURDEN WENIG & GOLDMAN, LLP<br>Attorneys for Claimant the Residential Board<br>of Trump Tower Condominium<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 867-4466 (PH)<br>(212) 867-0709 (FX)<br><br>By: _____<br>Robert T. Holland  (RTH #4799) |

TO:  Andrew Weissmann
     Special Counsel's Office
     950 Pennsylvania Avenue N.W.
     Washington, D.C.  20530

     Daniel H. Claman
     Principal Deputy Chief, International Unit
     Money Laundering and Asset Recovery Section
     U.S. Department of Justice
     1400 New York Avenue, NW, Suite 10100
     Washington, D.C.  20005
     (202) 514-6340

## VERIFICATION

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

**SONJA TALESNIK**, being duly sworn, deposes and says:

1. I am the Assistant Secretary of the Residential Board of Trump Tower Condominium, a New York Condominium Board of Managers, claimant in this action.

2. I have reviewed the foregoing Statement of Claim and Statement of Interest and to the extent indicated, I have personal knowledge of the allegations set forth in therein. To the extent I do not have such personal knowledge, I am familiar with the efforts made to obtain the information for said Statement of Claim and Statement of Interest. I have reason to believe that the statements made therein are true to the best of my information and belief. Where appropriate, I have relied upon Claimant's attorneys.

_____
SONJA TALESNIK

Sworn to before me this
16th day of November 2018

_____
NOTARY PUBLIC

STEVE LAFIOSCA
Notary Public, State of New York
No. 5005479
Qualified in Rockland County
Commission Expires 12/7/18

-4-

RHOLLAND/2453.0505/2479529