Kings County Clerk

Room 189, Window 11

360 Adams St.

Brooklyn, NY 11201

*10/13/2018*

Re: Affidavit of Service of Notice Under Mechanic's Lien Law

   Property address:

   377 Union St., Brooklyn NY 11231

   Block 429, Lot 65

Dear Sir or Madam:

   Enclosed please find the original and one copy of an Affidavit of Service of Notice Under Mechanic's Lien Law for filing by your office. Also enclosed is a check in the amount of $5.00 for the filing fee, and a self-addressed postage-paid envelope for the return of a filed copy of the enclosed affidavit. Should there be any questions regarding this request, please contact the undersigned at **732-433-6939** or *cdpar3@mns.com*.

Thank you for your cooperation.

                                      Very truly yours,

                                      Christopher Doyle

Kings County Clerk

Room 189, Window 11

360 Adams St.

Brooklyn, NY 11201

10/13/2018

Re: Mechanic's Lien

    Property address:

    377 Union St., Brooklyn NY 11231

    Block 429, Lot 65

Dear Sir or Madam:

    Enclosed please find the original and one copy of a Notice Under Mechanic's Lien Law for filing by your office. Also enclosed is a check in the amount of $30.00 for the filing fee and a self-addressed postage-paid envelope for the return of a filed copy of the enclosed notice. Should there be any questions regarding this request, please contact the undersigned at **732-433-6939** or **cdpar3@mns.com**

Thank you for your cooperation.

                                                                           Very truly yours,

                                                                           Christopher Doyle

**AFFIDAVIT OF SERVICE**

State of New York       )
County of _____ )

The undersigned being duly sworn, deposes and says:

__CHRISTOPHER DOYLE__ is not a party to the action, is over
*(Name of Person Serving Papers)*

18 years of age and resides at
__48 Dotterty Dr. Middletown N.J. 07748__
*(Complete Address of Person Serving Papers)*

That on __10-13-2018__, deponent served the within
*(Date of Service)*

__MECHANIC'S LIEN__
*(Name of Document(s) Served)*

upon __McBROOKLYN HOLDING LLC__. located at _____
*(Name of Person/Corporation Served)*

__377 UNION ST. BROOKLYN N.Y. 11231 BLOCK 429: LOT 65__
*(Complete Address Where Other Party/Corporation Served)*

*(Select Method of Service)*

__✓__  **Personal Service:** By delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

_____  **Service by Mail:** By depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope at a post office or official depository under the exclusive care and custody of the United States Postal Service.

_____
Signature of Person Serving Papers

__CHRISTOPHER DOYLE__
Printed Name

Sworn to before me this __13__
day of __October 2018__

_____
Notary Public

SEAN M KELLY
Notary Public - State of New Jersey
My Commission Expires Aug 4, 2021

**RECEIVED**

OCT 16 2018

**KINGS COUNTY CLERK'S OFFICE**

## NOTICE UNDER MECHANIC'S LIEN LAW

To the Clerk of the County of Kings and to others to whom it may concern:

PLEASE TAKE NOTICE, that Christopher Doyle as lienor has and claim a lien on the real property hereinafter described as follows:

377 Union Street, Brooklyn, NY 11231
Block 429; Lot 65

(1) The names and residences of the lienor is Christopher Doyle, 48 Doherty Dr., Middletown, NJ 07748

(2) The lienor's is pro se

(3) The owner of the real property is McBrooklyn Holdings, LLC and the interest of the owner as far as known to the lienor is fee simple.

(4) The name of the person to whom the lienor furnished or is to furnish materials or for whom the lienor performed or is to perform professional services is McBrooklyn Holdings, LLC.

(5) The labor and materials furnished are masonry, carpentry and general contracting services for the home renovations

The agreed price and value of the labor performed and the material furnished is $1,026,656.00

(6) The amount unpaid to the lienor(s) for said labor performed and said material furnished is $100,000.00. The total amount claimed for which this lien is filed is $ 585,991.85.

(7) The time when the first item of labor and material was furnished was September August 1, 2017. The time when the last item of labor and material was furnished was September 20, 2018.

(8) The amounts sought here are in addition to a prior lien issued.

(9) The property subject to the lien is situated in the City of Brooklyn, County of Kings, and State of New York

Known as: Block 429 and Lot 65 on the Kings County Tax Assessment Map

That said labor and materials were performed and furnished for and used, and that the professional services rendered were used, in the improvement of the real property hereinbefore described. That eight months (four months if a single family dwelling) have not elapsed dating

from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final performance of the work, or since the final furnishing of the materials for which this lien is claimed.

Christopher Doyle

Dated: 10-13-18

*/s/ Christopher Doyle*

STATE OF NEW YORK, COUNTY OF Kings ss.:

Christopher Doyle, being duly sworn, says: that deponent is the lienor mentioned in the foregoing notice of lien; that deponent has read the said notice and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to those matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

*/s/ Christopher Doyle*

Sworn to before me this 13 day of October, 2018

*/s/ Sean M Kelly*
Notary Public

SEAN M KELLY
Notary Public - State of New Jersey
My Commission Expires Aug 4, 2021