EXHIBIT "5"

ACTION BY THE UNANIMOUS CONSENT
OF THE MANAGING MEMBERS OF JESAND, LLC

The Member and Managing Member of Jesand, LLC, a Delaware Limited Liability Company (the "Company"), acting pursuant to the authority of the Laws of the State of Delaware, hereby consent to the adoption of the following Resolutions:

RESOLVED, that the Member and Managing Member have waived any formal notice of meeting;

RESOLVED, that the Company is authorized to enter into an agreement to borrower the sum of $1,025,000.00. The Company is authorized and empowered to provide a mortgage of the same amount of the Company's property located at 123 Baxter Street, Unit 5D, New York, NY.

RESOLVED that all documents may be executed on the Company's behalf by Kathleen Manafort who is the sole Member and;

RESOLVED, that any and all actions heretofore or hereafter taken by any manager of the Company within the terms of the foregoing resolutions, be and are hereby ratified, confirmed, approved and adopted in all respects;

I, Kathleen Manafort, Secretary, Managing Member and sole Member of Jesand, LLC certify that the foregoing is a true copy of a resolution as it appears in the records of the company and as was duly and legally adopted as a meeting of the Managing Members and Members of the Company called for that purpose and held on August \_7\_, 2017, pursuant to and in accordance with the organizing documents and operating agreement; that it has not been modified, amended or rescinded and is in full force and effect as of the date hereof.

Dated:

_____
Kathleen Manafort, Secretary and
Managing Member