EXHIBIT "6"

## AFFIDAVIT OF TITLE

## JESAND, LLC

STATE OF ~~NEW YORK~~ VIRGINIA :
: SS.
:
COUNTY OF ALEXANDRIA

Kathleen Manafort, ("Deponent") an individual over the and as a member and the manager of Jesand, LLC, a Delaware limited liability company ("Borrower"), being duly sworn, deposes and says:

1. That Deponent resides at 10 St. James Dr., Palm Beach Gardens, State of Florida 33418 and is a citizen of the United States of America; that she is over the age of twenty-one years, and is a member of Borrower, a duly created limited liability company, organized and existing under and by virtue of the Laws of the State of Delaware, with its principal office located at 10 St. James Dr., Palm Beach Gardens, State of Florida 33418, and that Deponent, as such member, is duly authorized to make this affidavit on behalf of Seller.

2. The Borrower has at all times been in good standing with the office of the Delaware Secretary of State and that Borrower is now in good standing thereunder.

3. That a true and complete copy of Borrower's articles of organization are annexed hereto as Exhibit A.

4. That Kathleen Manafort is the sole member of Borrower and no other person or entity has any ownership interest in (or claim against any member's interest in) Borrower.

5. That prior to the date hereof, along with Andrea Manafort, Borrower has been in uninterrupted possession and the owner in fee simple of the property known as 123 Baxter Street, Unit 5D, New York, NY (the "Property") since October 18, 2007, having acquired title to the Property by deed dated from Baxter Condo Sales, LLC (the "Deed").

6. That a true and complete description of the Property is annexed to the Mortgage.

7. That Borrower, at the date hereof, is not the owner of other real property adjoining or adjacent to the Property.

8. That there are no financing statements, title retention agreements, or security agreements covering additions to or fixtures in or on the improvements forming part of the Property which are not being discharged, satisfied and released of record simultaneously with the submission of this affidavit.

9. (a) That along with Andrea Manafort, Borrower has been in quiet, continuous, open and peaceable possession of the Property claiming title thereto under the Deed since the date thereof and that such possession has been open, notorious, undisputed and undisturbed. That aside from Andrea Manafort no person or entity has ever made or maintained any claim to any right, title or interest in or to the Property.

(b) That neither the title to the Property nor the possession thereof by Borrower nor by any of its predecessors in title has ever been disputed or questioned to Deponent's knowledge, information and belief and that no person or entity other than Borrower and its predecessors in title has ever had or claimed any right, title or interest in or to the Property or any part thereof by actual occupation or by unrecorded deed.

(c) That Deponent has no knowledge or information that any part of the Property was sold at any tax sale or that any proceeding for that sale of the Property is now pending or threatened.

(d) That all real property taxes and assessments which have accrued or are due as of the date hereof with respect to the Property have been paid in full (whether or not a lien).

(e) That all sewer rents, sewer charges, water/sewer meter charges and water frontage charges have been paid or discharged fully by Borrower as of the date hereof with respect to the Property and that Borrower has agreed that, if at any time after the date hereof, any lien shall be discovered or placed upon the Property for the period prior to the date hereof, Borrower shall discharge the same promptly.

(f) That no part of the Property has at any time been dedicated to public use as a street or highway, by dedication, usage, prescription or otherwise.

(g) That Deponent knows of no reason by which title to and possession of the Property may be disputed or questioned and no reason by which any claim to any part thereof or to any interest therein, adverse to Borrower or Borrower's predecessors in title, could or might be made.

(h) That all common charges have been paid through August 1, 2017 and Deponent affirmatively represents that borrower will continue to do so.

10. That no work has been performed upon or with respect to the Property within the past eight (8) months that could ripen into a mechanic's lien and that there are no outstanding liens or violations which have ripened to liens, against the Property or any part thereof, whether or not such liens or violations are reflected in the records of the County Clerk in County.

11. That there is no existing licenses, leases, oral or written, recorded or unrecorded, affecting the Property or any part thereof.

a. That there are no judgments, injunctions, decrees, attachments, or orders of any court for the payment of money against Borrower or to which it is a party, unsatisfied or not cancelled of

record in any of the federal or state courts of the United States of America or any suit or proceeding pending anywhere affecting the Property.

b. That no case or proceeding in bankruptcy has ever been instituted by or against Borrower or any of its members in any federal or state court of the United States of America nor has Borrower at any time made an assignment for the benefit of creditors. No filing in bankruptcy is contemplated by Borrower.

12. That no statement of fact has been omitted by Deponent from this affidavit which would make this affidavit misleading or incorrect, or which, with the mere passage of time, would make this affidavit misleading or incorrect.

13. This affidavit is intended to be relied on by the lender in order to provide a loan of $1,025,000.00 and for First Nationwide Title (or similarly situated title company) to issue a policy of insurance covering the above stated premises.

*[signature]*
Kathleen B. Manafort, Managing Member

Sworn to before me this

7th day of August ___, 2017

*[signature]*
Notary Public

JASPER S YOO
NOTARY PUBLIC 7596759
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES AUGUST 31, 2018