EXHIBIT "7"

## AFFIDAVIT of ANDREA MANAFORT

DATE: 8/7/17

I, Andrea Manafort being duly sworn, deposes and says:

1. I am an owner of the property located at 123 Baxter Street, Unit 5D, New York, NY (the "Property") which is being used to secure a loan being made to Jesand, LLC.

2. Along with Jesand, LLC, we are in sole possession of and occupy the Unit identified above. I have no knowledge of or notice that any other person or persons has or may claim any right to possession of the Unit under rights provided by law, by reason of any lease having been entered into, or otherwise;

3. There are no bankruptcy or insolvency proceeding(s), federal tax liens, judgments or New York State tax warrants against me filed in any jurisdiction;

4. There are no judgments, federal tax liens, or other liens against me. If any are disclosed through a title search, such judgment as are not against me but against someone having the same name or similar name;

5. There are no loans, security interests, pledges, dispositions, assignments or liens upon the upon the Property. All common charges have been paid through July 31, 2017 and I affirmative represent to continue to do so.

6. The property is not my primary or residential property.

7. I have not been known by any other name(s) during the past ten years except Andrea Shand.

8. I am not a party in a matrimonial action brought to obtain separation, a divorce, an annulment, a declaration of the validity, nullity, or dissolution of my marriage, or for the purpose of obtaining maintenance or a distribution of marital property. (DRL Section 236).

I make this affidavit to induce the providing of a loan of $1,025,000.00 secured by the Property and for First Nationwide Title to insure a Lenders Interest on the Property granted by me which relates to the Unit.

_[signature]_

Andrea Manafort

Sworn to before me this 7th day of August, 2017

_[signature]_

Notary Public

_[Notary seal: KIMBERLY DEVONNE LOGAN, Commonwealth of Virginia, Reg. No. 7029073, Exp. 11-30-..., NOTARY PUBLIC]_