EXHIBIT "10"



# FIRST NATIONWIDE TITLE
AGENCY, LLC

220 EAST 42ND STREET, SUITE 3105, NEW YORK, NY 10017
TELEPHONE: 212.499.0100    FAX: 212.499.0600

August 10, 2017

Keith W. Berglund, Esq.
The Berglund Group
149 S. Barrington Avenue
Los Angeles, CA  90049

     Re:   First Nationwide Title Agency LLC
             Title Report No. FN-13390-NY
             Property Address: 123 Baxter Street, Unit 5D
             New York, NY

Dear Mr. Berglund:

        Pursuant to your request, this company agrees to act as escrow agent for Woodlawn, LLC ("Lender") at the upcoming closing of the above-referenced property.  First Nationwide Title Agency LLC ("First Nationwide") will hold the proceeds of that certain loan made by Lender to Jesand, LLC and Andrea Manafort ("Borrower") (For purposes of this transaction, Andrea Manafort shall also be termed "Borrower" although she shall not be indebted on the Note and executed the Mortgage in order to provide security and collateral for the loan), in the principal amount of $1,025,000.00 ("Loan").

        Lender has wired to First Nationwide the sum of $512,500.00 which represents part of the net proceeds of the Loan ("Net Proceeds").

        First Nationwide will not release any part of the Net Proceeds received from Lender until it has received written confirmation from you by e-mail that the you or Lender have reviewed the loan documents executed by the Borrower in connection with the Loan and are satisfied therewith.

        Upon authorizing the release of the Net Proceeds, First Nationwide will issue its Loan Policy of Title Insurance in accordance with the terms of the policy and in the same form as annexed hereto, with the policy to be dated as of the date of funding.

        It is agreed that a facsimile copy of this letter shall have the same force and effect as though it was an original.

Please call me if you have any questions or comments.

Very truly yours,
First Nationwide Title Agency, LLC

By: _Michael P. Sasso_

Michael P. Sasso, Counsel