EXHIBIT "11"



**First Nationwide Title**
An AmTrust Financial Company

50 Charles Lindbergh Boulevard
Suite 600
Uniondale, NY 11553
P: (212) 499-0100 / F: (516) 282-0585

September 19, 2017

Woodlawn, LLC
123 W. NYE Lane, Suite 129
Carson City, NV 89706

RE: Title No.  : FN-13390-NY
    Premises   : 123 Baxter Street, New York, NY    Baxter Street Condominium 5D
    Owner(s)   : Andrea L. Manafort Jesand, LLC
    Lender     : Woodlawn, LLC and/or his successors or assigns

Dear Sir or Madam:

Enclosed find the following items with reference to the above entitled matter:

- Original Mortgage recorded in CRFN 2017000304943

If you have any questions, or if we can be of any further assistance, please do not hesitate to contact the undersigned. Thank you.

Very truly yours,
First Nationwide Title Agency LLC

By: Bianca Tong

Encl.



## Department of Finance

August 16, 2017

FIRST NATIONWIDE TITLE AGENCY LLC
HOLD FOR DENNISE A. TO PICK UP - FN-13390-NY
50 CHARLES LINDBERGH BLVD - SUITE 600
UNIONDALE, NY 11553

RE: Submitted Transaction Successfully Recorded

Dear FIRST NATIONWIDE TITLE AGENCY LLC:

Document Identification Number 2017081400723001 which was submitted and intaken for Recording on 8/15/2017 2:23:43 PM, was successfully recorded on 8/16/2017 at 10:34 AM.

Below summarizes the status of the document(s).

Recording & Endorsement Cover Page(s) attached
  2017081400723001

If you have questions or require further information, please send an email to acrishelp@finance.nyc.gov and someone will get back to you.

Thank you.


City Register

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2017081400723001001E024B |

**RECORDING AND ENDORSEMENT COVER PAGE**       PAGE 1 OF 16

**Document ID:** 2017081400723001   Document Date: 08-07-2017   Preparation Date: 08-14-2017
**Document Type:** MORTGAGE
**Document Page Count:** 14

| PRESENTER: | RETURN TO: |
|---|---|
| FIRST NATIONWIDE TITLE AGENCY LLC<br>HOLD FOR DENNISE A. TO PICK UP - FN-13390-NY<br>50 CHARLES LINDBERGH BLVD - SUITE 600<br>UNIONDALE, NY 11553<br>212-499-0100<br>RECORDING@FIRSTNATIONWIDETITLE.COM | FIRST NATIONWIDE TITLE AGENCY LLC<br>HOLD FOR DENNISE A. TO PICK UP - FN-13390-NY<br>50 CHARLES LINDBERGH BLVD - SUITE 600<br>UNIONDALE, NY 11553<br>212-499-0100<br>RECORDING@FIRSTNATIONWIDETITLE.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 206 | 1122 | Entire Lot 5D | 123 BAXTER STREET |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page____ or File Number_____

**PARTIES**

| MORTGAGOR/BORROWER: | MORTGAGEE/LENDER: |
|---|---|
| JESAND, LLC<br>C/O BRUCE E. BALDINGER, ESQ., 365 SOUTH STREET<br>MORRISTOWN, NJ 07960 | WOODLAWN, LLC<br>123 W. NYE LANE, STE 129<br>CARSON CITY, NV 89706 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 1,025,000.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 1,025,000.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 5,125.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 11,531.25 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 2,562.50 | | |
| MTA: | $ | 3,045.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 22,263.75 | | |
| Recording Fee: | $ | 107.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed   08-16-2017 10:34
City Register File No.(CRFN):
2017000304943

*City Register Official Signature*