EXHIBIT "12"



The Law Offices of
**BRUCE E. BALDINGER, LLC**

BRUCE E. BALDINGER
ADMITTED NJ, NY, FL
BBALDINGER@BALDINGERLAW.COM
WWW.BALDINGERLAW.COM

365 SOUTH STREET
MORRISTOWN NJ 07960
TELEPHONE 908-218-0060
FACSIMILE 973-270-0934

Woodlawn, LLC
123 W. Nye Lane, Ste 129
Carson City, Nevada 89706

Re: *Woodlawn Loan to Jesand, LLC*
*123 Baxter Street, Unit 5D, New York*

February 12, 2018

Dear Sir/Madam:

Please consider this letter Borrower's formal request for a loan extension.

I look forward to working with you on any documents which you may require.

Very truly yours,

Bruce E. Baldinger, Esq.

cc: Client