EXHIBIT "13"

DocuSign Envelope ID: 9FE8841A-E82B-4328-BFFC-5DE493530480

# The Berglund Group
149 S. Barrington Ave., Suite 181
Los Angeles, CA 90049
Phone 310-567-6070   Fax 310-564-0327
Keith@Berglundgroup.com

June 19, 2018

VIA EMAIL: Bruce@baldingerlaw.com

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL

Jesand,LLC. ("Jesand")

ATTN: Kathleen B. Manafort

Re: DEMAND NOTICE

Dear Ms. Manafort:

Please be advised that I have been hired by Woodlawn, LLC. ("Lender") in respect of the referenced loan and matters set forth herein. Reference is made to that certain (i) Secured Promissory Note dated as of August 7, 2017, as amended (the "Secured Note"), by and between Lender and Jesand ("Borrower"), (ii) Mortgage dated August 7, 2017 by and between Lender and Borrower with respect to that certain property with an address at : 123 Baxter Street, Unit 5D, New York, New York ("Mortgage") and (ii) that certain Guaranty dated August 8, 2017, related to the secured Note given to Lender by Paul Manafort ("Guaranty") (collectively, the "Loan Documents"). Capitalized terms used herein unless otherwise defined shall have the same meanings as ascribed in the respective Loan Documents.

As you are aware, the Secured Note initially matured as of December 31, 2017 and the maturity date was extended to March 31, 2018. As you are further aware, interest payments due under the Secured Note have been sporadic and the parties were unable to agree on a further extension of the Secured Note post March 31, 2018. Pursuant to the terms of the Loan Documents, defaults have occurred, including, without limitation, failure to make interest and principal payments when due. To date, Lender has exercised a forbearance from further enforcement actions to which it is entitled based upon, among other representations, promised refinancing and full payout to Lender of the amounts due under the Loan Documents. Unfortunately, Borrower has failed to comply with the undertakings referenced in the immediately preceding sentence.

Consequently, in accordance with the terms of, among other documents, the Loan Documents, this letter constitutes formal continued Notice of Default and Intent to Act. Pursuant to the terms of the Secured Note, Mortgage, Guaranty and related loan agreements, if Borrower is unable to provide Lender with adequate assurances that the Loan Agreement will be satisfied in full on or before June 29, 2018, Lender may, among other remedies, commence further enforcement proceedings in respect of the Loan Documents and related agreements together with exercising all other remedies that may be available in respect of an Event of Default and/or matured loan. As of June 19, 2018, the following principal amount was due Lender $1,025,000.00, together with interest of $18,337.39, for a total past due balance of $1,043,337.39 ("Borrower Obligations"). Interest continues to accrue at the per diem rate set forth in the Secured Note together with other costs and fees and late charges associated with an Event of Default, including, without limitation legal fees incurred with respect to enforcement activities.

Unless satisfactory arrangements are made to effect repayment of the Borrower Obligations on or before the time period specified herein, Lender reserves the right to take any and all actions available under applicable law and/or equity including, without limitation, institution of legal proceedings deemed necessary to enforce Lender's rights. In writing this letter, Lender specifically reserves any and all rights it may have under the Loan Documents and related agreements (including the Guaranty) and applicable law and/or equity. Nothing herein contained (or omitted) shall constitute an admission (or waiver) of any facts or rights of Lender. Should you have any questions in respect of the above, feel free to contact the undersigned at the referenced coordinates.

PLEASE BE GOVERNED ACCORDINGLY,

Sincerely,

*Keith Berglund*
Keith W. Berglund

Cc: Andrea Manafort

Paul Manafort

Bruce Baldinger, Esq.

# PROOF OF SERVICE

I am a citizen of the United States, employed in the City of Los Angeles and County of Los Angeles, California. My business address is 149 S. Barrington Ave. Suite 181 Los Angeles, CA 90012. I am over the age of 18 years and not a party to the within action. On today's date, I caused to be served the following:

1) **PETITION OF WOODLAWN, LLC FOR HEARING AND DETERMINATION THAT PETITIONER'S INTERST IN PROPERTY SHOULD NOT BE FORFEITED PURSUANT TO 21 USC § 853 (N)**

☐ I enclosed the above-named documents in a sealed envelope or package addressed to the persons at the addresses set forth below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing in the ordinary place of business. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope or package with postage fully prepaid.

☐ I caused the above DOCUMENTS to be delivered via email to the addressee(s) set forth below.

☑ I caused the above DOCUMENTS to be served on the parties in this action by causing them to be delivered via Federal Express Standard Overnight Shipping to the addressee(s) set forth below.

☐ I caused the above DOCUMENTS to be served on the parties in this action by causing them to be delivered via facsimile.

☐ By personally delivering, or causing to be delivered, a true copy thereof to the persons at the addresses set forth below.

| Clerk<br>United District Court for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Andrew Weissmann<br>Special Counsel's Office<br>950 Pennsylvania Avenue N.W.,<br>Washington D.C. 20530 |
| --- | --- |
| Daniel Claman<br>Money Laundering and Asset Recovery Section<br>1400 New York Avenue, N.W., Suite 10100<br>Washington D.C. 20540 | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 28, 2018, in Los Angeles, California.

_Russell Miller_
Russell Miller