Keith Berglund, Esq. (State Bar No.207649)
Steven D Wegner, Esq. (State Bar. No. 58585)
The Berglund Group
149 S. Barrington Avenue, Ste. 181
Los Angeles, Ca. 90049
Telephone: 310-567-6070
Facsimile: 310-564-0327

Attorneys for Petitioner

*Leave to file granted in 18-MC-167*
*Amy B. Ju*
*12/17/18*

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL J. MANAFORT, JR,.<br><br>    Defendant. | CRIMINAL NO. 17-cr– 201-1 (ABJ)<br><br>AMENDED PETITION IN OPPOSITION TO ORDER OF FORFEITURE |

    Petitioner Woodlawn, LLC., a Nevada limited liability company ("Woodlawn"), through its present managing member Keith Berglund ("Berglund"), in further response to this Court's Consent Order filed on October 10, 2018 (Doc. No. 443) (the "Consent Order") by which various items of property were sought to be forfeited, files this Amended Petition in Opposition to Order of Forfeiture ("Amended Petition") to the initial Petition in Opposition to Order of Forfeiture (the "Initial Petition"), and hereby submits facts <u>under oath</u> under the paragraphs set forth below in support of its right, title and interest in and to a first priority security lien (the "Lien") in and to a property known as 123 Baxter Street, #5D, New York, New York 10016 (the "Property") which secures a loan from Woodlawn to the Manaforts (as hereafter defined) in the principal amount of $1,025,000.00 (the "Obligation") as referenced by that certain Secured Promissory

AMENDED PETITION IN OPPOSITION TO ORDER OF FORFEITURE
Page 1

Note dated August 7, 2017 (the "Note") executed in favor of Woodlawn by Jesand, LLC. ("Jesand"), a Delaware limited liability company, through its sole and managing member, Kathleen B. Manafort ("KBM"). The Obligation was further secured by that certain Guaranty of Payment dated August 8, 2017, by Paul J. Manafort, Jr. ("PJM") (the "Guaranty")[1]. True and correct copies of the Note and Guaranty are attached to the Initial Petition and incorporated therein by reference as Exhibits "1" and "2," respectively.

### I. Background Information and Petitioner's Title and Interest in the Property

1. Woodlawn was established in 2017 as an investment/lending vehicle.

2. The Loan was one of the first clients to be considered by Woodlawn. Specifically, Woodlawn became aware that the Manaforts needed a loan to help with professional expenses (the "Loan"). The Loan was to be secured by a first priority secured lien on the Property.

3. The terms of the Loan were negotiated by and between Berglund – counsel for Woodlawn – and Bruce Baldinger ("Baldinger") – counsel for the Manaforts. Joseph Rappa did not have an interest in Woodlawn at the time the Loan was made.

4. The Loan was evidenced by the Note which set forth the Obligation, the maturity date – initially, December 31, 2017 – the per annum interest rate of 7.25%, and the collateral – the Lien and the Guaranty.

5. The Manaforts were requested to and provided Woodlawn with standard documentation consistent with a loan secured by real estate. The loan documents included, without limitation: a) a good standing certificate for Jesand (the "Certificate"), b) borrower's counsel opinion from Baldinger (the "Opinion"), c) consent of Jesand (the "Jesand Consent"), d) affidavit of title from Jesand ("Jesand Affidavit"), and e) affidavit from AM ("AM Affidavit"). True and correct copies of the Certificate, Opinion, Jesand Consent, Jesand Affidavit, and AM Affidavit are attached to the Initial Petition and incorporated therein by reference as Exhibits "3," "4," "5," "6," and "7," respectively.

6. The primary collateral for the Note was the Lien on the Project which is memorialized by that certain Mortgage dated August 7, 2017 executed by each of Jesand and Am together with

---

[1] PJM, KBM, and their daughter Andrea Manafort ("AM") shall hereafter be collectively referred to as the "Manaforts."

correct copy of the Extension Request is attached to the Initial Petition and incorporated therein by reference as Exhibit "12."

13. Woodlawn did agree to forbear from declaring the Note in default post initial maturity date and was negotiating the terms of a forbearance agreement. Unfortunately, the Manaforts further defaulted under the terms of the forbearance agreement and via that certain default letter dated June 19, 2018 (the Default Letter"), the Manaforts were given until June 29, 2018 to pay the Obligation in full. The amount due under the Note as of June 19, 2018 was $1,043,337.39 (the "Default Obligation"). A true and correct copy of the Default Letter is attached to the Initial Petition and incorporated therein by reference as Exhibit "13."

14. The Manaforts, through Baldinger, continued to request a further short term extension of the Loan from Woodlawn through Berglund post receiving the Default Letter. Specifically, Baldinger indicated that the Property was going to be either sold or refinanced as there was significant equity in the Property to consummate a refinance.

15. During the course of the forbearance negotiations, the Consent Order was entered and the Forfeiture Petition was filed. The amount due Woodlawn under the Note exceeds the Default Obligation with interest and attorneys' fees continuing to accrue pursuant to the terms of the Note and related Loan documents.

### III. Additional Facts Supporting Petitioner's Claim to Relief

16. Relief in the form of the return of the property or its monetary equivalent has been granted in other cases with similar fact patterns. These include In re Anchorage Nautical Tours, Inc., 102 B.R.741 (9th Cir. BAP 1989), (pre-petition oral assignment of proceeds effective against subsequent lien holders and bankruptcy trustee); In re Torrez, 63 B.R 751 (9th Cir.BAP 1986) and In re Mississippi Valley Livestock, Inc., 745 F.3d 301 (7th Cir. 2014) (constructive trust arises from the unauthorized or invalid transfer of property.)

17. Should the court request or require any further information before ruling on this Petition, I would be happy to provide it to the best of my ability.

### IV. Verification

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of December, 2018 at Los Angeles, California.

_Keith Berglund_
KEITH BERGLUND

# PROOF OF SERVICE

I am a citizen of the United States, employed in the City of Los Angeles and County of Los Angeles, California. My business address is 149 S. Barrington Ave. Suite 181 Los Angeles, CA 90012. I am over the age of 18 years and not a party to the within action. On today's date, I caused to be served the following:

1) **AMENDED PETITION IN OPPOSITION TO ORDER OF FORFEITURE**

☐ I enclosed the above-named documents in a sealed envelope or package addressed to the persons at the addresses set forth below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing in the ordinary place of business. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope or package with postage fully prepaid.

☒ I caused the above DOCUMENTS to be delivered via email to the addressee(s) set forth below.

☒ I caused the above DOCUMENTS to be served on the parties in this action by causing them to be delivered via Federal Express Standard Overnight Shipping to the addressee(s) set forth below.

☐ I caused the above DOCUMENTS to be served on the parties in this action by causing them to be delivered via facsimile.

☒ By personally delivering, or causing to be delivered, a true copy thereof to the persons at the addresses set forth below.

| | |
|---|---|
| Clerk<br>United District Court for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Andrew Weissmann<br>Special Counsel's Office<br>950 Pennsylvania Avenue N.W.,<br>Washington D.C. 20530 |
| Daniel Claman<br>Money Laundering and Asset Recovery Section<br>1400 New York Avenue, N.W., Suite 10100<br>Washington D.C. 20540 | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 13, 2018, in Los Angeles, California.

_____
Russell Miller