UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE: PETITIONS FOR RELIEF<br>CONCERNING CONSENT ORDER OF<br>FORFEITURE | )<br>)<br>)<br>)<br>)   Case No. 1:18-mc-00167-ABJ |

**ORDER**

Upon consideration of the United States' Proposal Regarding Scheduling in Response to this Court's November 30, 2018, Minute Order, it is hereby **ORDERED**:

1. The United States shall file a response to the petitions of UBS Bank USA and William Clayton Batchelor on or before January 10, 2019;

2. The United States shall file a response to all other petitions filed to date in this action on or before January 24, 2019;

3. On or before January 24, 2019, the United States shall file a response to any petition which may be filed by December 21, 2018, in response to the direct notice received from the government on November 21, 2018 as referenced in the government's report;

4. On or before January 24, 2019, the United States shall file a report to the Court regarding the status of discussions with potential petitioners Citizens Financial Group, Inc. d/b/a Citizens Bank ("Citizens") and 29 Howard Street Condominium;

1

5. Potential petitioners Citizens Financial Group, Inc. d/b/a Citizens Bank ("Citizens") and 29 Howard Street Condominium may file a petition on or before January 24, 2019;

6. The United States' responses to petitions filed according to this schedule may include agreed resolutions, dispositive motions, a further proposed schedule for dispositive motions or discovery, a request for further opportunity for certain petitioners to confer with the government, or such other relief as may promote the efficient adjudication of petitions in this matter.

**SO ORDERED.**

Dated this 17th day of December, 2018.

THE HONORABLE AMY B. JACKSON
UNITED STATES DISTRICT JUDGE