# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | |
| : | |
| **PAUL J. MANAFORT, JR.,** : | |
| : | |
| *Defendant* : | |
| : | |
| **IN RE:** : | Case No. 1:18-mc-00167 |
| **PETITIONS FOR RELIF CONCERNING** : | |
| **CONSENT ORDER OF FORFEITURE** : | Judge Amy Berman Jackson |
| : | |
| **WOODLAWN, LLC,** : | |
| : | |
| *Petitioner* : | |

## NOTICE OF APPEARANCE

The Clerk of Court will please note the appearance of David B. Smith as counsel for petitioner Woodlawn, LLC in this matter.

                                        Respectfully submitted,

                                        */s/ David B. Smith*
                                        David B. Smith
                                        D.C. Bar No. 403068
                                        David B. Smith, PLLC
                                        108 North Alfred Street, 1st Floor
                                        Alexandria, Virginia 22314
                                        (703) 548-8911
                                        Facsimile (703) 548-8935
                                        dbs@davidbsmithpllc.com

**Certificate of Service**

I hereby certify that on the 4th day of January, 2019, I electronically filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>Andrew Weissmann
>U.S. Department of Justice
>Special Counsel's Office
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530
>aaw@usdoj.gov
>
>Daniel H. Claman
>U.S. Department of Justice, Criminal Division
>Money Laundering and Asset Recovery Section
>1400 New York Avenue, N.W.
>Suite 10200
>Washington, D.C. 20530
>daniel.claman@usdoj.gov

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>        /s/ David B. Smith
>David B. Smith
>D.C. Bar No. 403068
>David B. Smith, PLLC
>108 North Alfred Street, 1st Floor
>Alexandria, Virginia 22314
>(703) 548-8911
>Facsimile (703) 548-8935
>dbs@davidbsmithpllc.com