UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> PAUL J. MANAFORT, JR., ) <br> ) <br>       Defendant. ) <br> ) <br> IN RE: PETITIONS FOR RELIEF ) <br> CONCERNING CONSENT ORDER OF ) <br> FORFEITURE ) <br> ) <br> 29 HOWARD STREET ) <br> CONDOMINIUM, ) <br> ) <br>       Interested Party. ) | Case No. 1:18-mc-00167-ABJ |

### JOINT MOTION OF UNITED STATES AND 29 HOWARD STREET CONDOMINIUM FOR ENTRY OF STIPULATION AND ORDER OF SETTLEMENT

The United States of America, by and through its undersigned counsel, and Interested Party 29 Howard Street Condominium ("29 Howard Street Condominium") respectfully submit this joint motion for entry of the attached Stipulation and Order of Settlement in resolution of 29 Howard Street Condominiums' interest in the real property described below. In support of this motion movants state:

On October 10, 2018, this Court entered a Consent Order of Forfeiture. (Dkt. No. 3.)[1] This Consent Order of Forfeiture constituted a preliminary order of forfeiture under Federal Rule of Criminal Procedure 32.2 with respect to several identified assets, including the following property:

---

[1] The Consent Order of Forfeiture was originally entered as Docket No. 443 in *United States v. Paul J. Manafort, Jr.,* No. 17-cr-201-1 (D.D.C.). On November 13, 2018, the Court directed the Clerk of Court to open the instant miscellaneous action for filings that relate solely to petitions for relief from

1

> The real property and premises commonly known as 29 Howard Street, #4D, New York, New York 10013 (Block 00209, Lot 1104), including all appurtenances, improvements, and attachments thereon (the "Property").

On December 17, 2018, January 28, 2019, and February 4, 2019, the Court extended the deadline for 29 Howard Street Condominium to file a petition in these ancillary proceedings until February 7, 2019.  Dec. 17, 2018, Scheduling Order, Jan. 28, 2019 Amended Scheduling Order, Feb. 4, 2019, Second Amended Scheduling Order.  (Dkt. Nos. 18, 26, 29).

The attached Stipulation and Order of Settlement has been executed by counsel for the United States and 29 Howard Street Condominium.  As set forth in the settlement, it will fully resolve 29 Howard Street Condominium interest in the Property.

These parties submit that there is good cause for the Court to enter the settlement as an order of the Court, which will dispose of 29 Howard Street Condominium's interest.  Entry of this settlement is in the interest of justice and will conserve resources of the parties and the Court, as it will obviate further litigation of 29 Howard Street Condominium's interest.

Wherefore, the United States and 29 Howard Street Condominium respectfully request that the Court enter the attached Stipulation and Order as an order of the Court.

Counsel for the United States has conferred with 29 Howard Street Condominium, who joins this motion.

                Respectfully submitted,

                ROBERT S. MUELLER, III
                Special Counsel

By:    _____
       Andrew Weissmann
       Greg D. Andres

---

the Consent Order of Forfeiture.  *See* (Dkt. No. 1), also filed in Case No. 17-cr-201-1 as (Dkt. No. 452).

                U.S. Department of Justice
                Special Counsel's Office
                950 Pennsylvania Avenue NW
                Washington, D.C.  20530
                Telephone: (202) 616-0800

By:   */s/ Daniel H. Claman*
       Daniel H. Claman
       Money Laundering and
          Asset Recovery Section
       Criminal Division
       U.S. Department of Justice
       1400 New York Avenue, N.W., Suite 10100
       Washington, D.C. 20530
       Telephone:  (202) 514-1263

       Counsel for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2019, I have provided notice of the forgoing through the Court's Electronic Filing System to such counsel of record or pro se litigants as have consented to accept service through such means.  I have also transmitted a copy of this filing via electronic mail to the following, who do not appear to have registered for notice through the Court's Electronic Filing System or who have not filed an appearance in this matter:

William Clayton Batchelor, Esq.
1601 18th Street, NW Suite 2
Washington, D.C. 20009
wcb@wrightandbatchelor.com

Robert T. Holland, Esq.
BELKIN BURDEN WENIG & GOLDMAN LLP
270 Madison Avenue
New York, New York  10106
RHolland@BBWG.COM
(Attorney for Petitioner the Residential Board of Trump Tower Condominium)

Christopher Doyle
48 Dougherty Drive
Middletown, NJ  07748
cdpar3@msn.com

Howard Bonfield, Esq.
GOLDBERG WEPRIN FINKEL & GOLDSTEIN LLP
1501 Broadway, 22nd Floor
New York, NY 10036
hbonfield@gwfglaw.com
(Attorney for Petitioner Christopher Doyle)

Gayle Pollack, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York  10022
gpollack@morrisoncohen.com
(Attorney for 29 Howard Street Condominium)


Helen Cantwell, Esq.
Miheer Mhatre, Esq.
Dana Rehnquist, Esq.
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, NY 10022
hcantwell@debevoise.com
mmhatre@debevoise.com
drehnquist@debevoise.com
(Attorneys for Citizens Bank)


/s/ *Daniel H. Claman*
Daniel H. Claman
Money Laundering and
   Asset Recovery Section