**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE** | **Misc. No. 18-167 (ABJ)** |
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.,**<br><br>Defendant. | **Crim. No. 17-cr-201-1 (ABJ)** |

### PETITION OF CITIZENS BANK, N.A. FOR ANCILLARY HEARING

Citizens Bank, N.A. ("Citizens" or the "Petitioner"), by and through its counsel, Helen V. Cantwell, Esq., respectfully petitions this Court for an ancillary hearing pursuant to Title 21, United States Code, Section 853(n), and asserts its interest as an innocent third party with respect to the Property (as hereinafter defined) which has been forfeited to the United States, in the above-styled case, as follows:

### The Property

1. Citizens asserts its interest in the following real property and premises ordered forfeited to the United States pursuant to that certain *Consent Order of Forfeiture* dated October 9, 2018 [Crim. No. 17-cr-201-1 (ABJ), ECF No. 443] (the "Order"): 29 Howard

1

Street, #4D, New York, New York 10013 (Section: 1; Block: 209; Lot: 1104; Volume: 5) (the "Property").[1]

## The Note

2. On or about March 4, 2016, Paul J. Manafort Jr. ("Defendant") executed and delivered to Citizens that certain *Consolidated Adjustable Rate Note* dated March 4, 2016 (the "Note") in the principal amount of $2,730,000.00. A copy of the Note is attached hereto as **Exhibit A**. The length of time and current payment provisions of this loan are: 30-year term, current monthly payment of $12,333.88, and current interest rate of 2.5% fixed.

3. The Note was and is secured by:

   a. That certain *Consolidation, Extension, and Modification Agreement* dated March 4, 2016 (the "CEMA Agreement") recorded on April 19, 2016 at City Register File Number ("CRFN") 2016000136306 in the City Register of the City of New York, New York (the "City Register"). A copy of the CEMA Agreement is attached hereto as **Exhibit B**;

   b. That certain *New Money-Gap Mortgage* dated March 4, 2016 (the "Gap Mortgage") recorded on April 19, 2016 at CRFN 2016000136305 in the City Register. A copy of the Gap Mortgage is attached hereto as **Exhibit C**;

   c. That certain *Assignment of Mortgage* dated February 8, 2016 (the "Assignment") recorded on April 19, 2016 at CRFN 2016000136304 in the City Register. A copy of the Assignment is attached hereto as **Exhibit D**; and

   d. That certain *Mortgage* dated April 26, 2012 (the "Mortgage") recorded on April 26, 2012 at CRFN 2012000268595 in the City Register. A copy of the

---

[1] Unless otherwise noted, all docket references herein refer to docket entries in Misc. No. 18-167 (ABJ).

Mortgage is attached hereto as **Exhibit E**.  Collectively, the Note, the CEMA Agreement, the Gap Mortgage, the Assignment, and the Mortgage are referred to herein as "Loan Number XXXX5212."

4. As of January 16, 2019, which is the date of the most recently-generated statement, the total amount due under Loan Number XXXX5212 is $2,614,409.05, inclusive of: (i) principal balance of $2,577,724.84, (ii) interest of $26,738.22, (iii) escrow (taxes and insurance) of $7,249.29, and (iv) total fees and charges of $2,696.70.  A copy of the statement is attached hereto as **Exhibit F**.  Interest will continue to accrue under the Note at a rate of $176.56 per diem.

## The HELOC Agreement

5. Additionally, on or about March 4, 2016, Defendant executed and delivered to Citizens that certain *Home Equity Line of Credit Agreement* dated March 4, 2018 (the "HELOC Agreement").  A copy of the HELOC Agreement is attached hereto as **Exhibit G**.  The length of time and current payment provisions of this loan are: current 10-year draw period (followed by 15-year repayment period), current monthly payment of $8,248.93 (interest only), and current interest rate of 6.34% variable.

6. The HELOC Agreement was and is secured by that certain *Credit Line Mortgage* dated March 4, 2016 (the "HELOC Mortgage") recorded on April 19, 2016 at CRFN 2016000136307 in the City Register.  A copy of the HELOC Mortgage is attached hereto as **Exhibit H**.  Collectively, the HELOC Agreement and the HELOC Mortgage are referred to herein as "Loan Number XXXX9203."

7. As of January 7, 2019, which is the date of the most recently-generated statement, the total amount due under Loan Number XXXX9203 is $700,350.58, inclusive of: (i)

principal balance of $682,378.86, (ii) interest of $17,849.72, (iii) late fees of $80.00, and (iv) recording fee of $42.00. A copy of the statement is attached hereto as **Exhibit I**. Interest will continue to accrue under the HELOC Agreement at a rate of $118.53 per diem.

### Insurance

8. Pursuant to the terms of the CEMA Agreement, casualty insurance in the amount of $898,500.00 must be maintained on the Property. Citizens has paid casualty insurance premiums in the amount of $3,862.00 for coverage effective February 14, 2018 to February 14, 2019.

### Acquisition of Citizens's Interest

9. The circumstances under which Citizens acquired its interest are as follows: Defendant applied, and was approved for, Loan Number XXXX5212 and Loan Number XXXX9203.

10. Pursuant to 21 U.S.C. § 853(n)(6), the Petitioner has a prior vested or superior interest in the Property, or is a bona fide purchaser for value of the right, title, or interest in the Property and was at the time of the loan transactions reasonably without cause to believe that the Property was subject to forfeiture.

### Relief Sought

11. Citizens and the U.S. Department of Justice mutually agreed to an extension through December 6, 2018 of the period in which Citizens may file a petition under 21 U.S.C. § 853(n). A copy of the letter is attached hereto as **Exhibit J**.

12. Citizens and the U.S. Department of Justice mutually agreed to a second extension through December 14, 2018 of the period in which Citizens may file a petition under 21 U.S.C. § 853(n). A copy of the letter is attached hereto as **Exhibit K**.

13. On December 14, 2018, the U.S. Department of Justice informed the Court that the parties were continuing to discuss the possible resolution of Citizens's anticipated petition and requested that the Court authorize Citizens to file a petition under 21 U.S.C. § 853(n) on or by January 24, 2019. The Court granted this request in an order dated December 17, 2018. A copy of the Court's order [ECF No. 18] is attached hereto as **Exhibit L**.

14. On January 24, 2019, the U.S. Department of Justice informed the Court that the parties were continuing to discuss the possible resolution of Citizens's anticipated petition and requested that the Court authorize Citizens to file a petition under 21 U.S.C. § 853(n) on or by January 31, 2019. The Court granted this request in an order dated January 25, 2019. A copy of the Court's order [ECF No. 26] is attached hereto as **Exhibit M**.

15. On January 31, 2019, Citizens and the U.S. Department of Justice mutually agreed to an additional extension through February 7, 2019 of the period in which Citizens may file a petition under 21 U.S.C. § 853(n). The U.S. Department of Justice submitted a report informing the Court of the parties' ongoing discussions and requesting that the Court authorize an extension through February 7, 2019. A copy of the U.S. Department of Justice's report [ECF No. 27] is attached hereto as **Exhibit N**.

16. The Petitioner now seeks relief from the Order, and hereby respectfully requests (i) that this Honorable Court hold a hearing ancillary to the criminal conviction of Paul J. Manafort, Jr. at which the Petitioner may testify and present evidence and witnesses on

its own behalf pursuant to 21 U.S.C. § 853(n)(5), and (ii) further that this Honorable Court amend the Order to recognize fully the interest of Citizens as it is set forth herein.

Dated: February 6, 2019
Washington, D.C.

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By: /s/ Anna Moody
Anna Moody
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 383-8000
amoody@debevoise.com

Helen V. Cantwell
Miheer Mhatre
Dana Rehnquist
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
hvcantwell@debevoise.com
mmhatre@debevoise.com
drehnquist@debevoise.com

*Attorneys for Citizens Bank, N.A.*

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2019 at Canton, Massachusetts.

_____
Ryan G. Parks
Senior Vice President, Citizens Bank, N.A.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Citizens Bank, N.A., by and through its undersigned counsel, hereby submits the following disclosure statement:

1. Citizens Bank, N.A. is a wholly-owned subsidiary of Citizens Financial Group, Inc., which is a publicly-traded company organized under the laws of Delaware.

2. The only entity that owns more than ten (10%) percent of the shares of Citizens Financial Group, Inc. is The Vanguard Group, Inc., which beneficially owns 10.67% of the shares of Citizens Financial Group, Inc. as of December 31, 2017.

3. The foregoing information is solely based on an amended Schedule 13G filed with the Securities and Exchange Commission by The Vanguard Group, Inc. on February 7, 2018.

Dated:  February 6, 2019
Washington, D.C.

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By:  /s/ Anna Moody
Anna Moody
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 383-8000
amoody@debevoise.com

Helen V. Cantwell
Miheer Mhatre
Dana Rehnquist
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
hvcantwell@debevoise.com
mmhatre@debevoise.com
drehnquist@debevoise.com

*Attorneys for Citizens Bank, N.A.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of February, 2019 a true and correct copy of the foregoing was sent by FedEx to the individuals identified below.


Andrew Weissmann
Special Counsel's Office
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Daniel Claman
Money Laundering and Asset Recovery Section
1400 New York Avenue, NW, Suite 10100
Washington, D.C. 20530



                                                      /s/ Anna Moody
                                                      Anna Moody