# Exhibit D

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2016032201175002001EC944 |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE      PAGE 1 OF 3

**Document ID:** 2016032201175002    **Document Date:** 02-08-2016    **Preparation Date:** 03-22-2016
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| KENSINGTON VANGUARD NATIONAL LAND<br>39 WEST 37TH STREET, SEVENTH FLOOR<br>HOLD FOR PICKUP / SEARCH NY TITLE NO. 657009<br>NEW YORK, NY 10018<br>212-532-8686<br>mhunker@KVNATIONAL.COM | CITIZENS BANK, N.A.<br>ONE CITIZENS PLAZA<br>PROVIDENCE, RI 02903 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 209 | 1104 Entire Lot | 29-4 | 27 HOWARD STREET |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA
**CRFN:** 2012000268595

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| FIRST REPUBLIC BANK<br>111 PINE STREET<br>SAN FRANCISCO, CA 94111 | CITIZENS BANK, N.A.<br>ONE CITIZENS PLAZA<br>PROVIDENCE, RI 02903 |

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 47.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    04-19-2016 14:55
City Register File No.(CRFN): 2016000136304

*City Register Official Signature*

657009

ASSIGNMENT OF MORTGAGE (the "Assignment"), dated as of February 8, 2016, made by FIRST REPUBLIC BANK, having an office at 111 Pine Street, San Francisco, CA 94111 ("Assignor"), in favor of Citizens Bank, N.A., One Citizens Plaza, Providence, RI, 02903 ("Assignee").

Mortgage dated **April 26, 2012** made by **MC Soho Holdings, LLC** to **First Republic Bank** in the principal sum of **$1,500,000.00** and recorded on **July 10, 2012** in the Office of the New York City Register, State of New York, in CRFN: 2012000268595.

Said premises known as:
29 Howard Street, Unit 4
New York, NY 10013

B: 209
L: 1104

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

THIS ASSIGNMENT IS MADE WITHOUT RECOURSE, REPRESENTATION, WARRANTY AND COVENANT AGAINST THE ASSIGNOR IN ANY EVENT WHATSOEVER.

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest; **TO HAVE AND HOLD** the same unto the assignee and to the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

The assignee is not acting as nominee of the mortgagor and the mortgage continues to secure a bonafide obligation

**IN WITNESS WHEREOF**, the assignor has duly executed this assignment

First Republic Bank

_____
Name: Alan J. Perlowitz
Title: Secretary

**STATE OF New York , COUNTY OF New York SS:**

On February 8, 2016 , before me the undersigned, personally appeared Alan J. Perlowitz , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledge to me that she/he executed the same in his/her capacity, that by his/her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of New York , State of New York

_____
Notary Public
Commission Exp:

Diana M. Garguilo
Notary Public, State of New York
No. 01GA6198783
Qualified in Kings County
Commission Expires Jan 05, 2017

SEAL