# Exhibit J



**U.S. Department of Justice**

Criminal Division

---

*Money Laundering and Asset Recovery Section*                    *Washington, D.C. 20530*


November 2, 2018

<u>VIA Electronic Mail</u>

Helen Cantwell, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

  RE: *United States v. Paul J. Manafort, Jr.*, No. 17-cr-201-1 ABJ (D.D.C.)

Dear Ms. Cantwell:

  On October 11, 2018, by FedEx delivery and email, the United States sent to you on behalf of Citizens Financial Group, Inc. d/b/a Citizens Bank (Citizens), Notice of Forfeiture and a copy of the October 10, 2018, Consent Order of Forfeiture entered in the above-referenced case. Pursuant to 21 U.S.C. § 853(n), within 30 days of receipt of notice, a person other than the defendant may file a petition in order to assert an interest in property subject to a preliminary order of forfeiture, such as the Consent Order of Forfeiture entered in this action.

  In light of our on-going discussions and to avoid the week of Thanksgiving, the United States consents to an extension through December 6, 2018, of the period in which Citizens may file a petition under 21 U.S.C. § 853(n).

       Sincerely,

       Daniel H. Claman
       Money Laundering and
        Asset Recovery Section