## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>           **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE: PETITIONS FOR RELIEF<br>CONCERNING CONSENT ORDER OF<br>FORFEITURE | )<br>)<br>)    **Case No. 1:18-mc-00167-ABJ**<br>)<br>) |
| CITIZENS FINANCIAL GROUP, INC.<br>D/B/A CITIZENS BANK,<br><br>           **Petitioner.** | )<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF SETTLEMENT REGARDING
## PETITION OF CITIZENS FINANCIAL GROUP, INC. D/B/A CITIZENS BANK
## AND 29 HOWARD STREET, #4D, NEW YORK, NEW YORK 10013

IT IS HEREBY STIPULATED and AGREED by and between United States of America, by

and through its undersigned counsel, and Citizens Financial Group, Inc. D/B/A Citizens Bank

(including its subsidiaries and affiliates), Petitioner (hereinafter "Citizens Bank"), pursuant to 21

U.S.C. § 853(i)(2) and (n), to compromise and settle its interest in the following property:

> The real property and premises commonly known as 29 Howard Street, #4D, New
> York, New York 10013 (Block 209, Lot 1104), including all appurtenances,
> improvements, and attachments thereon,

described more fully in the deed for which is attached hereto as Exhibit A and incorporated by

reference herein (the "Property"), and any property traceable thereto.

This settlement is entered into between the parties pursuant to the following terms:

1.      On the terms set forth herein, Citizens Bank hereby withdraws its petition filed

February 6, 2019 (the "Petition") asserting an interest in the Property.  Upon the Court's

1

endorsement of this Stipulation and Order, said petition is hereby deemed dismissed with prejudice, without costs and/or attorney's fees to either party.

2.     The United States agrees that upon its sale of the property pursuant to the Court's entry of an interlocutory order authorizing sale of the property or a final order of forfeiture forfeiting the property to the United States, the United States will not contest payment to Citizens Bank from the proceeds of sale, after payment of any outstanding taxes, valid superior liens, condominium association charges and assessments, real estate commissions, insurance costs, escrow fees, document recording fees not paid by the buyer, title fees, county/city transfer fees, and other expenses incurred by the United States Marshals Service ("USMS") in connection with its custody, management, maintenance, repair, and sale of the Property, the following (to the extent the sale produces sufficient funds after the payments noted above):

    (a)    All unpaid principal due to Citizens Bank in the amount of $2,571,257.74 as of October 22, 2018, pursuant to the mortgage instrument (Loan No. XXXXXX5212), dated March 4, 2016, which was secured by a deed of trust recorded April 19, 2016, in the official records of the City of New York, New York, at City Register File Number ("CRFN") 2016000136305; and

    (b)    All unpaid principal due to Citizens Bank in the amount of $678,963.23 as of October 22, 2018, pursuant to the Credit Line Mortgage instrument (Account No. XXXXXXXXXX9203) dated March 4, 2016, which was secured by a deed of trust recorded April 19, 2016, in the official records of the City of New York, New York, at CRFN 2016000136307.

3.     The United States agrees to use its best efforts to sell the property for fair market value.

4.     The payment to Citizens Bank shall be in full settlement and satisfaction of all claims by Citizens Bank arising from and relating to the seizure, detention, and forfeiture of the Property.

5.     Upon payment, Citizens Bank agrees to provide a release of its security interest to the United States via recordable documents and to release and hold harmless the United States, and any agents, servants, and employees of the United States (and any involved state or local law enforcement agencies and their agents, servants, or employees), in their individual or official capacities, from any and all claims by Citizens Bank and its agents that currently exist or that may arise as a result of the Government's actions against and relating to the property.

6.      Citizens Bank agrees not to pursue any other rights it may have to affect an interest in the Property under the Mortgage Instruments listed herein, including but not limited to the right to foreclose upon and sell the Property and any right to assess additional interest or penalties.

7.      Citizens Bank agrees to notify the Special Counsel's Office and the Money Laundering and Asset Recovery Section (MLARS) of the U.S. Department of Justice promptly if it learns of any condition that might affect the sale of the Property, and to join in any motion by the United States to effect the sale of the Property, including motions to remove occupants who fail to abide by the terms of an occupancy agreement. Citizens Bank shall endorse such government motions within ten days of receipt of the motion.

8.      Citizens Bank understands and agrees that this Stipulation and Order constitutes a full and final settlement of its petition and that it waives any rights to litigate further its interest in the Property and further pursue remission or mitigation of the forfeiture. If this Stipulation is approved by the Court, then unless specifically directed by an order of the Court, Citizens shall be excused and relieved from further participation in this action. However, this expedited settlement does not relieve the petitioner of any applicable discovery obligations.

9.      Citizens Bank understands and agrees that the Special Counsel's Office and MLARS also reserve the right to void this Stipulation and Order if, before payment of the sums set forth in paragraph 2 above, the Special Counsel's Office and/or MLARS obtains new information indicating that Citizens Bank did not have a prior vested or superior interest in the property, pursuant to 21 U.S.C. § 853(n)(6)(A), or that it was not a bona fide purchaser for value of the right, title, or interest in the Property or, at the time of the purchase, was not reasonably without cause to believe that the Property was subject to forfeiture, pursuant to 21 U.S.C. § 853(n)(6)(B). The Special Counsel's Office and MLARS also reserve the right, in their discretion, to terminate the forfeiture at any time and release the Property. In either event, the Government shall promptly notify Citizens Bank of such action. A discretionary voidance or termination of forfeiture shall not be a basis for any award of fees but shall result in a reinstatement of all claims of Citizens Bank for payment in relation to the Property that are otherwise waived by the terms of this Stipulation and Order.

10.     The parties agree to execute further documents, to the extent necessary, to convey clear title to the Property to the United States and to implement further the terms of this Stipulation and Order.

11.     Each party agrees to bear its own costs and attorneys' fees.

12.     Payment to Citizens Bank pursuant to this Stipulation and Order is contingent upon a Court-authorized interlocutory sale of the property or the United States' prevailing against the defendant and any third-party claims in an ancillary proceeding, the Court's entry of a final order of forfeiture to the United States, and sale of the property pursuant to the final order of forfeiture.  The terms of this settlement agreement shall be subject to approval by the United States District Court and any violation of any terms or conditions shall be construed as a violation of an order of the Court.

13.     The parties agree that the United States may choose in its sole discretion how it wishes to accomplish forfeiture of the Property, whether by criminal or civil forfeiture.  If the United States chooses to effect the forfeiture through institution of civil forfeiture proceedings, Citizens Bank consents to the filing of this Stipulation and Order in such civil forfeiture proceedings in full settlement and satisfaction of all claims to and any right, title and interest it may have in the Property upon the same terms as set forth herein.  Citizens Bank waives all defenses, including, but not limited to, defenses based upon statute of limitations and venue, and any claim to attorneys' fees or costs, with respect to any civil forfeiture proceeding related to the Property.

14.     This Stipulation and Order may be executed in counterparts, each of which shall be deemed an original, and all of which, when taken together, shall be deemed the complete Stipulation and Order.

15.     The individual(s) signing this Stipulation and Order on behalf of Citizens Bank represent and warrant that they are authorized by Citizens Bank to execute this Stipulation and Order.  The undersigned United States signatory represents that he is signing this Stipulation and Order in his official capacity and that he is authorized to execute this Stipulation and Order.

16.     Entry of this Stipulation and Order does not affect the right of either party to seek recovery, relief or enforcement of rights against persons or entities who are not party to this agreement, including Paul J. Manafort, Jr. and other third parties.

17.     The Court shall have exclusive jurisdiction over the interpretation and enforcement of this Stipulation and Order.

18.     This Stipulation and Order constitutes the complete agreement between the parties hereto and may not be amended except by written consent thereof.


For the United States of America:          ROBERT S. MUELLER, III
                                           Special Counsel

Dated:  2/6/2019               By:  _____
                                           Andrew Weissmann
                                           Greg D. Andres
                                           U.S. Department of Justice
                                           Special Counsel's Office
                                           950 Pennsylvania Avenue NW
                                           Washington, D.C.  20530
                                           Telephone: (202) 616-0800

                               By:  _____
                                           Daniel H. Claman
                                           Money Laundering and
                                               Asset Recovery Section
                                           Criminal Division
                                           U.S. Department of Justice
                                           1400 New York Avenue, N.W., Suite 10100
                                           Washington, D.C. 20530
                                           Telephone:  (202) 514-1263

For Citizens Bank:

DEBEVOISE & PLIMPTON LLP
Attorneys for Citizens Bank

Dated: 2/6/19

By: _____
Helen V. Cantwell, Esq.

Citizens Bank:

Dated: 2/6/2019

By: _____
Ryan G. Parks
Senior Vice President,
Citizens Bank

## ORDER

Having reviewed the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation is SO

ORDERED.

ORDERED this 7th day of February , 2019.

_____
THE HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

ATTACHMENT A

Deed for
29 Howard Street, #4D, New York, New York 10013
(Block 209, Lot 1104)

New York City Department of Finance, Office of the City Register
Document ID No. 2016032201175001

| NYC  DEPARTMENT  OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. |  |

**2016032201175001001EC900**

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 6 |
|---|---|---|
| Document ID: **2016032201175001** | Document Date: 03-04-2016 | Preparation Date: 03-22-2016 |
| Document Type:  DEED | | |
| Document Page Count: 4 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| KENSINGTON VANGUARD NATIONAL LAND 39 WEST 37TH STREET, SEVENTH FLOOR HOLD FOR PICKUP / SEARCH NY TITLE NO. 657009 NEW YORK, NY 10018 212-532-8686 mhunker@KVNATIONAL.COM | PAUL & KATHLEEN MANAFORT 10 ST. JAMES DRIVE PALM BEACH GARDEN, FL 33418 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 209 | 1104 | Entire Lot 29-4 | 27 HOWARD STREET |

**Property Type:**  SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN_____  *or*  DocumentID_____  *or*  _____Year____ Reel____Page_____  *or*  File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| MC SOHO HOLDINGS, LLC C/O BRUCE BALDINGER, 365 SOUTH STREET MORRISTOWN, NJ 07960 | PAUL MANAFORT 10 ST. JAMES DRIVE PALM BEACH GARDENS, FL 33418 |
| ☒  Additional  Parties Listed on Continuation  Page | |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ | 0.00 | Recorded/Filed      04-19-2016 14:55 | |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ | 0.00 | **2016000136303** | |
| Recording Fee: | $ | 57.00 | | |
| Affidavit Fee: | $ | 0.00 | *Annette M Hill* | |

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|

2016032201175001001CCB80

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**     **PAGE 2 OF 6**

| Document ID: **2016032201175001** | Document Date: 03-04-2016 | Preparation Date: 03-22-2016 |
|---|---|---|
| Document Type: DEED | | |

**PARTIES**

**GRANTEE/BUYER:**
KATHLEEN MANAFORT
10 ST. JAMES DRIVE
PALM BEACH GARDENS, FL 33418

657009

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made the ___4___ day of ___MARCH___ in the year **2016.**

**BETWEEN**

**MC Soho Holdings, LLC,** at c/o Bruce Baldinger 365 South Street, Morristown, NJ 07960, party of the first part, and

**Paul Manafort** and **Kathleen Manafort,** residing at 10 St. James Drive, Palm Beach Gardens, FL 33418, party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being at

See attached **schedule A** description.

Block: **209,**  Lot: **1104**

Said premises also known as 29 Howard Street, Unit 4 (AKA 4D & AKA 29-4), New York, NY.

**BEING** and intended to be the premises conveyed herein by a deed dated February 14, 2012 and recorded March 12, 2012 as CRFN 2012000098146 in the Office of the New York City Register.

B:209
L:1104

**TOGETHER** with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:                                    MC Soho Holdings, LLC

_____                    _____
**Witness**                                              By: Paul Manafort, Managing Member
VINCENT DEL CHICCO

Case 1:18-mc-00167-ABJ   Document 39   Filed 02/08/19   Page 11 of 21

STATE OF ~~NEW YORK~~ *FLORIDA*, COUNTY OF *PALM BEACH* ⊕

On the 4 day of *MARCH* in the year **2016**, before me, the undersigned, personally appeared
*PAUL MANAFORT*

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

Notary *VINCENT DEL CHICCO*
*NOTARY PUBLIC STATE OF FLORIDA*
(SEAL) *COMM EXP 8-27-17*
*COMM # FF 048716*

STATE OF _____ , COUNTY OF _____
On the _____ day of _____ in the year _____ before me, the undersigned, a Notary Public in and for said State, personally appeared _____ , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

[add the following if the acknowledgment is taken outside NY State] and that said subscribing witness made such appearance before the undersigned in the (insert the city or other political subdivision and the State or country or other place the proof was taken).

STATE OF NEW YORK, COUNTY OF

On the ___ day of _____ in the year **2016**, before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
**Notary**

STATE OF _____ , COUNTY OF _____
On the _____ day of _____ in the year _____ before me personally came

to me known, who, being by me duly sworn, did depose and say that   he resides at that   he is the of the corporation described in and which executed the foregoing instrument; that   he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that   he signed h   name thereto by like order.

# Bargain and Sale Deed

**WITH COVENANT AGAINST GRANTOR'S ACTS**

TITLE NO   657009(S-NY-RR-ASH)A
_____

**MC Soho Holdings, LLC**

TO

**Paul Manafort and Kathleen Manafort**

| Distributed By |
| --- |
| **Stewart Title Insurance Company** |

**Block: 209**
**Lot: 1104**
County of **New York**

Recoded at Request of
**RETURN BY MAIL TO:**

| **Paul** and **Kathleen Manafort** |
| --- |
| 10 St. James Drive |
| Palm Beach Gardens, FL 33418 |



VINCENT DELCHICCO
Notary Public - State of Florida
My Comm. Expires Aug 27, 2017
Commission # FF 048716



SEAL

Stewart Title Insurance Company

Title Number:   657009(S-NY-RR-ASH)

## SCHEDULE A
## DESCRIPTION

The land referred to in this Certificate of Title is described as follows:

The Condominium Unit (hereinafter referred to as the "Unit') in the building (hereinafter referred to as the "Building") known as The 29 Howard Street Condominium and by the street number 29 Howard Street, Borough of Manhattan, County of New York and City and State of New York, said Unit being designated and described as Unit No. 4 in a certain declaration dated December 16, 2002, made by the Sponsor pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act") establishing a plan for condominium ownership of the building and land (hereinafter referred to as the "Land") upon which the Building is situate (which Land is more particularly described below and by this reference made a part hereof), which declaration was recorded in the New York County Office of the Register of The City of New York on January 22, 2003 as CRFN 2003000003859 as amended by the Amendment to the Declaration dated April 22, 2003 and recorded June 4, 2003 as CRFN 2003000154620, (which declaration and amendments thereto are hereinafter collectively referred to as the "Declaration"). This Unit is also designated as Tax Lot 1104 in Block 209 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the floor Plans of the Building filed with said Assessment Department as Condominium Plan No. 1283 and also filed in the City Register's Office on January 22, 2003 as CRFN 2003000003860.

TOGETHER with an undivided 14.3688% interest in the Common Elements (as such term is defined in the Declaration).

The Land on which the Building containing said Unit is more particularly bounded and described as follows:

Parcel 1: Lot 10

Parcel A:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of New York, City and State of New York, distinguished on the Map of Bayards's East Farm by Lot No. 663 and known as 29 Howard Street, said lot being bounded and contained as follows:

Northerly in front by Howard Street, 25 feet;

Easterly by Lot No. 664 on said Map, 100 feet;

Westerly by Lot No. 662 on said map, and being 25 feet in width in the rear thereof and also certain strip of land;

ALSO

Parcel B:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of New York, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Howard Street, at the center of a party wall standing upon Lots 29 and 31 Howard Street;

RUNNING THENCE southerly along the center line of said wall and the prolongation of said line to the rear of

**SCHEDULE A**
**DESCRIPTION**
(Continued)

Title Number:   657009(S-NY-RR-ASH)


said Lot 31 Howard Street;

THENCE easterly along the rear line of said Lot 31, 8 inches to the westerly line of said Lot 29, Howard Street;

THENCE northerly along said westerly line of said Lot 29 and the easterly side of said wall to the northerly lien of said Lot 29;

THENCE westerly along the northerly line of said Lot 31, 8 inches to the BEGINNING.

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2016032201175001001S0781

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2016032201175001**     Document Date: 03-04-2016          Preparation Date: 03-22-2016
Document Type: DEED

**ASSOCIATED TAX FORM ID:**    2016022400349

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 4 |
| SMOKE DETECTOR AFFIDAVIT | 2 |

| FOR CITY USE ONLY | | |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded / Month / Day / Year | |
| C3. Book OR | C4. Page | |
| C5. CRFN | | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC

## PROPERTY INFORMATION

**1. Property Location**  27  HOWARD STREET 29-4     MANHATTAN     10013
STREET NUMBER     STREET NAME     BOROUGH     ZIP CODE

**2. Buyer Name**
MANAFORT     PAUL
LAST NAME / COMPANY     FIRST NAME
MANAFORT     KATHLEEN
LAST NAME / COMPANY     FIRST NAME

**3. Tax Billing Address**  Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY     FIRST NAME
STREET NUMBER AND STREET NAME     CITY OR TOWN     STATE     ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed**  1  # of Parcels  OR [ ] Part of a Parcel

**4A.** Planning Board Approval - N/A for NYC
**4B.** Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:
**6.** Ownership Type is Condominium  [✓]
**7.** New Construction on Vacant Land  [ ]

**5. Deed Property Size**  _____ FRONT FEET  X  _____ DEPTH  OR  _____ ACRES

**8. Seller Name**
MC SOHO HOLDINGS, LLC
LAST NAME / COMPANY     FIRST NAME
LAST NAME / COMPANY     FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A | [✓] One Family Residential | C | [ ] Residential Vacant Land | E | [ ] Commercial | G | [ ] Entertainment / Amusement | I | [ ] Industrial |
|---|---|---|---|---|---|---|---|---|---|
| B | [ ] 2 or 3 Family Residential | D | [ ] Non-Residential Vacant Land | F | [ ] Apartment | H | [ ] Community Service | J | [ ] Public Service |

## SALE INFORMATION

**10. Sale Contract Date**  3 / 4 / 2016
Month  Day  Year

**11. Date of Sale / Transfer**  3 / 4 / 2016
Month  Day  Year

**12. Full Sale Price** $  0
( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.)  *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| | |
|---|---|
| A | [ ] Sale Between Relatives or Former Relatives |
| B | [ ] Sale Between Related Companies or Partners in Business |
| C | [ ] One of the Buyers is also a Seller |
| D | [ ] Buyer or Seller is Government Agency or Lending Institution |
| E | [ ] Deed Type not Warranty or Bargain and Sale (Specify Below ) |
| F | [ ] Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | [ ] Significant Change in Property Between Taxable Status and Sale Dates |
| H | [ ] Sale of Business is Included in Sale Price |
| I | [ ] Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | [✓] None |

## ASSESSMENT INFORMATION  -  Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class**  R 1

**16. Total Assessed Value  (of all parcels in transfer)**  9 2 3 2 4

**17. Borough, Block and Lot / Roll Identifier(s)  ( If more than three, attach sheet with additional Identifier(s) )**

MANHATTAN 209 1104

CITY REGISTER   MAR 29 2016
MAR 29 2016   CITY REGISTER

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | 3-4-16 | BUYER'S ATTORNEY | |
|---|---|---|---|
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |

10 ST. JAMES DRIVE

| STREET NUMBER | STREET NAME (AFTER SALE) | AREA CODE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | SELLER |

PALM BEACH GARDENS          FL          33418

| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |
|---|---|---|---|---|

201602240034920l

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
| --- | --- |

| BUYER | | | | BUYER'S ATTORNEY | | |
| --- | --- | --- | --- | --- | --- | --- |
| BUYER SIGNATURE | | DATE | | LAST NAME | | FIRST NAME |
| 10 ST. JAMES DRIVE | | | | | | |
| STREET NUMBER | STREET NAME (AFTER SALE) | | | AREA CODE | TELEPHONE NUMBER | |
| PALM BEACH GARDENS | FL | 33418 | | | SELLER | 3-9-16 |
| CITY OR TOWN | STATE | ZIP CODE | | SELLER SIGNATURE | | DATE |

*MANAGING MEMBER*
*PAUL J. MANAFORT*

2016022400349201

Form RP-5217 NYC                                                                        ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYERS**                                                      **SELLERS**

*Kathleen B Manafort*    3-4-16
_____  ___3-4-16___          _____  _____
Buyer Signature          Date                  Seller Signature          Date
*KAHTLEEN B MANAFORT*

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

_____  _____          _____  _____
Buyer Signature          Date                  Seller Signature          Date

2016022400349201

Affidavit of Compliance with Smoke Detector Requirement for One and Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

Florida

State of ~~New York~~        )
                             ) SS.:
County of Palm Beach         )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 27 HOWARD STREET | | 29-4 |
|---|---|---|
| Street Address | , | Unit/Apt. |

| MANHATTAN | New York, | 209 | 1104 | (the "Premises"); |
|---|---|---|---|---|
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

PAUL MANAFORT

| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
|---|---|
| SEE Attached | |
| Signature of Grantor | Signature of Grantee |

Sworn to before me                    Sworn to before me   VINCENT DELCHICCO
this _____ date of _____ 20 ___   this ___4___ date of   MARCH   20 16

These statements are made with the knowledge that a willfully false ~~representation is unlawful and is punishable~~ as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

SEAL



VINCENT DELCHICCO
Notary Public · State of Florida
My Comm. Expires Aug 27, 2017
Commission # FF 048716

1

2016022400349101

<u>Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings</u>

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of ~~New York~~ *Florida* )
) SS.:
County of *Palm Beach* )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 27 HOWARD STREET | | | | , | 29-4 | , |
|---|---|---|---|---|---|---|
| **Street Address** | | | | | **Unit/Apt.** | |

| MANHATTAN | New York, | 209 | 1104 | (the "Premises"); |
|---|---|---|---|---|
| **Borough** | | **Block** | **Lot** | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

MC SOHO HOLDINGS LLC
PAUL MANAFORT, MANAGING MEMBER

| _____ | _____ |
|---|---|
| **Name of Grantor** (Type or Print) | **Name of Grantee** (Type or Print) |
| _____ | _____ |
| **Signature of Grantor** | **Signature of Grantee** |

| Sworn to before me | | Sworn to before me | |
|---|---|---|---|
| this ___15th___ date of *March* 20 *16* | | this ____ date of ____ 20 ____ | |

Notary Public State of Florida
Gregg W Gullo
My Commission FF 961183
Expires 03/02/2020

**SEAL**

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

2016022400349101



**The City of New York**
**Department of Environmental Protection**
**Bureau of Customer Services**
**59-17 Junction Boulevard**
**Flushing, NY   11373-5108**

# Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

(1)   Property receiving service: BOROUGH:  MANHATTAN         BLOCK:  209         LOT:  1104

(2)   Property Address: 27 HOWARD STREET   Unit 29-4, NEW YORK, NY 10013

(3)   Owner's Name:      MANAFORT , PAUL

     Additional Name:      MANAFORT , KATHLEEN

## Affirmation:

 Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

**Please Note:**

A.   Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B.   Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**.  DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way  relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _PAUL MANAFORT_

Signature: _____          Date (mm/dd/yyyy) _03/04/2016_

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2016022400349101