**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : <br> : <br> v.  : <br> : <br> **PAUL J. MANAFORT, JR.,** : <br> : <br> *Defendant* : <br> : <br> **IN RE:** : <br>   **PETITIONS FOR RELIEF CONCERNING** : <br>   **CONSENT ORDER OF FORFEITURE** : <br> : <br> **WOODLAWN, LLC,** : <br> : <br> *Petitioner* : | Case No. 1:18-mc-00167 |

**[PROPOSED] ORDER**

Upon consideration of the arguments presented by Woodlawn, LLC in its Motion for Summary Judgment filed in this matter on February 25, 2019, the Special Counsel's opposition filed on _____, 2019, and Woodlawn's Reply filed on _____, 2019, the Court hereby grants Petitioner's motion for summary judgment. It is therefore

ORDERED that the Court's Preliminary Order of Forfeiture entered in this matter on October 10, 2018 is hereby amended to fully recognize Petitioner Woodlawn, LLC's security interest in the property identified as 123 Baxter Street, #5D, New York, New York 10016; and it is

FURTHER ORDERED that the parties are directed to confer on whether they can agree on the value of Woodlawn's interest and to report to the Court within two weeks of the date of this Order.

SO ORDERED this _____ day of _____, 2019.

_____
AMY B. JACKSON
United States District Judge