# CONTINUATION SHEET

AIA DOCUMENT G703

Shiku Construction Management Co

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: 8/1/2017
PERIOD TO: 8/1/2017 thru 8/30/2017
ARCHITECT'S PROJECT NO:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | General Requirements | | | | | | | | |
| 2 | General Conditions | $70,000.00 | $0.00 | $42,500.00 | $0.00 | $42,500.00 | 61% | $27,500.00 | $4,250.00 |
| 3 | General Contractors Fee | $28,750.00 | $0.00 | $7,187.50 | $0.00 | $7,187.50 | 25% | $21,562.50 | $718.75 |
| 4 | Insurance | $19,813.00 | $0.00 | $19,813.00 | $0.00 | $19,813.00 | 100% | $0.00 | $1,981.30 |
| 5 | Contingency | $67,000.00 | $0.00 | $10,050.00 | $0.00 | $10,050.00 | 15% | $56,950.00 | $1,005.00 |
| 6 | 02050 DEMOLITION | | | | | | | | |
| 7 | Remove: | | | | | | | | |
| 8 | Interiors | | | | | | | | |
| 9 | Partitions | $195.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $195.00 | $0.00 |
| 10 | Interior Windows | $1,500.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | 100% | $0.00 | $150.00 |
| 11 | Millwork | $2,150.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,150.00 | $0.00 |
| 12 | Demo Kitchen Countertops | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 13 | Site | | | | | | | | |
| 14 | Front Fence | $2,475.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,475.00 | $0.00 |
| 15 | Paving | $990.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $990.00 | |
| 16 | Coal hatch | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $250.00 | $0.00 |
| 17 | Rear Yard Fence | $920.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $920.00 | $0.00 |
| 18 | Debris Removal | $1,350.00 | $0.00 | $270.00 | $0.00 | $270.00 | 20% | $1,080.00 | $27.00 |
| 19 | 02200 EARTHWORK | | | | | | | | |
| 20 | Grade Rear yard | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,500.00 | $0.00 |
| 21 | Infill Gravel @ Coal Chute | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 22 | Excavation/Backfill @ Rear Stair | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 23 | 02500 PAVING & SURFACING | | | | | | | | |
| 24 | Bluestone Payers | $19,125.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $19,125.00 | $0.00 |
| 25 | 02800 SITE IMPROVEMENTS | | | | | | | | |
| 26 | New Front Fence & Gate | $8,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $8,250.00 | $0.00 |
| 27 | New Rear Yard Fence - 6' Cedar | $4,140.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $4,140.00 | $0.00 |
| 28 | Wood Fence on 4" Steel Post @ Roof | $8,775.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $8,775.00 | $0.00 |
| 29 | Clean/Refinish East Fence | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,000.00 | $0.00 |
| 30 | 02900 LANDSCAPING | | | | | | | | |
| 31 | Planting @ Front yard | $1,850.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,850.00 | $0.00 |

## CONTINUATION SHEET

*AIA DOCUMENT G703*

Shiku Construction Management Co

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: 8/1/2017
PERIOD TO: 8/1/2017 thru 8/30/2017
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED | TOTAL COMPLETED AND STORED | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| 32 | Seeding Rear yard | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,000.00 | $0.00 |
| 33 | 03300 SUPERSTRUCTURE CONCRETE | | | | | | | | |
| 34 | Concrete Fill on Metal Deck | $960.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $960.00 | $0.00 |
| 35 | Footing for Rear Stair | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,500.00 | $0.00 |
| 36 | Concrete Cap @ Coal Chute | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $250.00 | $0.00 |
| 37 | Gyperete Floor for Radiant Heating | $5,433.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,433.00 | $0.00 |
| 38 | Misc. Concrete | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,500.00 | $0.00 |
| 39 | 04200 MASONRY | | | | | | | | |
| 40 | Stucco @ Rear Façade | $18,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $18,100.00 | $0.00 |
| 41 | Re-Point/Seal Cellar Brick Arches | $2,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,700.00 | $0.00 |
| 42 | Patch Front Stairs | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,500.00 | $0.00 |
| 43 | 05500 METAL FABRICATION | | | | | | | | |
| 44 | Open Riser Stair @ Rear Yard | $5,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,250.00 | $0.00 |
| 45 | Stair Railings | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $4,500.00 | $0.00 |
| 46 | General Miscellaneous Iron | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,500.00 | $0.00 |
| 47 | 06100 ROUGH CARPENTRY | | | | | | | | |
| 48 | Exterior | | | | | | | | |
| 49 | Install Doors & HM Frames - Single | $1,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,200.00 | $0.00 |
| 50 | Install Doors & HM Frames - Double | $1,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,800.00 | $0.00 |
| 51 | Install Sliding Doors - Double | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $500.00 | $0.00 |
| 52 | Install Windows | $8,250.00 | $0.00 | $8,250.00 | $0.00 | $8,250.00 | 100% | $0.00 | $825.00 |
| 53 | Interior | | | | | | | | |
| 54 | Install Wood Doors & HM Frames - Single | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $3,000.00 | $0.00 |
| 55 | Install Wood Doors & HM Frames - Double | $3,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $3,600.00 | $0.00 |
| 56 | Install Sliding Doors - Double | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $150.00 | |
| 57 | Install Pocket Doors - Single | $800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $800.00 | $0.00 |
| 58 | Install Pocket Doors - Double | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 59 | Install Bi-Fold Doors - Double | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 60 | Misc. Wood Blocking - Rooms | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,500.00 | $0.00 |
| 61 | Install Kitchen Cabinets | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,500.00 | $0.00 |
| 62 | 06200 FINISH CARPENTRY | | | | | | | | |
| 63 | Chair rail | $360.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $360.00 | $0.00 |
| 64 | Picture Frame Mouldings | $3,620.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $3,620.00 | $0.00 |

## CONTINUATION SHEET

*AIA DOCUMENT G703*

Shiku Construction Management Co

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: 8/1/2017
PERIOD TO: 8/1/2017 thru 8/30/2017
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED | TOTAL COMPLETED AND STORED | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| 65 | Wood Crown Mouldings | $2,380.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,380.00 | |
| 66 | Wood base | $8,177.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $8,177.00 | $0.00 |
| 67 | Wood Base - Kitchen/Living Room | $5,720.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,720.00 | $0.00 |
| 68 | Whitewash Wall Planking | $11,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $11,900.00 | $0.00 |
| 69 | Whitewash Ceiling Planking | $4,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $4,800.00 | $0.00 |
| 70 | Interior Stair Railings | $18,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $18,600.00 | $0.00 |
| 71 | Finish Interior Stairs | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,000.00 | $0.00 |
| 72 | Restore Basement Fireplace | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,000.00 | $0.00 |
| 73 | Closet Shelf & Pole | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $100.00 | |
| 74 | **06400 MILLWORK** | | | | | | | | |
| 75 | Bar cabinet | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,000.00 | $0.00 |
| 76 | Fixed Shelves | $175.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $175.00 | $0.00 |
| 77 | Laundry Counter | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,500.00 | $0.00 |
| 78 | Laundry Shelves | $225.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $225.00 | $0.00 |
| 79 | Cedar Closets - 4 Pr Doors | $4,125.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $4,125.00 | $0.00 |
| 80 | Luggage Shelves - 27' Deep | $608.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $608.00 | $0.00 |
| 81 | Open Shelves for Wine/Refrigerator | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,500.00 | |
| 82 | Guest Bed Closet | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $500.00 | $0.00 |
| 83 | Window Panels + Sills - 36" x 30" | $1,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,200.00 | $0.00 |
| 84 | Glass Cabinets - Base | $5,850.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,850.00 | $0.00 |
| 85 | Glass Cabinets - Walls | $2,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,800.00 | $0.00 |
| 86 | Closet | $650.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $650.00 | $0.00 |
| 87 | Bench + Coat Hooks - 42" x 84" | $6,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $6,000.00 | $0.00 |
| 88 | Kichen Cabinets - Base | $6,375.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $6,375.00 | $0.00 |
| 89 | Kichen Cabinets - Wall | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,000.00 | |
| 90 | Base Cabinet + Shelves -42" x 104 | $7,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $7,500.00 | $0.00 |
| 91 | Kitchen Pantry | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,500.00 | $0.00 |
| 92 | Kitchen Island | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $8,000.00 | $0.00 |
| 93 | Bench + Coat Hooks - 42" x 104" | $7,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $7,500.00 | $0.00 |
| 94 | Cabinet + AC Cover - 63' x 108" | $9,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $9,500.00 | $0.00 |
| 95 | Powder Room Shelves | $165.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $165.00 | $0.00 |
| 96 | Master Vanity | $3,938.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $3,938.00 | $0.00 |
| 97 | Cabinet + Shelves - 40" x 90" | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,000.00 | |

## CONTINUATION SHEET

AIA DOCUMENT G703

Shiku Construction Management Co

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: 8/1/2017
PERIOD TO: 8/1/2017 thru 8/30/2017
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED | TOTAL COMPLETED AND STORED | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| 98 | Walk-In Closet | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $4,500.00 | $0.00 |
| 99 | Vanity | $2,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,700.00 | $0.00 |
| 100 | Linen Closet - 18" x 90" | $2,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,250.00 | $0.00 |
| 101 | Closet | $700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $700.00 | $0.00 |
| 102 | Shelves Full Height - Playroom | $6,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $6,250.00 | $0.00 |
| 103 | Window Seat + Drawers | $10,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $10,250.00 | $0.00 |
| 104 | Closet | $1,150.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,150.00 | $0.00 |
| 105 | Window Panel + Stool - 39" x 24' | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $4,500.00 | |
| 106 | Shelves | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,000.00 | $0.00 |
| 107 | Niche - 18" x 48' | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $3,000.00 | $0.00 |
| 108 | 07500 MEMBRANE ROOFING | | | | | | | | |
| 109 | Concrete Pedestal Payers | $17,875.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $17,875.00 | $0.00 |
| 110 | 07920 CAULKING | | | | | | | | |
| 111 | Caulking -Interior | $4,390.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $4,390.00 | $0.00 |
| 112 | 09250 DRYWALL | | | | | | | | |
| 113 | Partitions: | | | | | | | | |
| 114 | 5/8 Moisture Resistant Gyp Board | $9,202.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $9,202.00 | $0.00 |
| 115 | 5/8" X Gyp Board | $7,740.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $7,740.00 | $0.00 |
| 116 | Patch Existing Walls | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,000.00 | $0.00 |
| 117 | Patch Existing Plaster Ceilings | $4,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $4,900.00 | $0.00 |
| 118 | Gyp Board Soffits | $430.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $430.00 | $0.00 |
| 119 | Plaster Crown Mouldings | $15,840.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $15,840.00 | $0.00 |
| 120 | Suspended Gyp Board Ceilings | $19,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $19,500.00 | $0.00 |
| 121 | 09300 TILEWORK/STONEWORK | | | | | | | | |
| 122 | TILEWORK | | | | | | | | |
| 123 | Install Only | | | | | | | | |
| 124 | Floor Tile T-2 | $1,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,600.00 | $0.00 |
| 125 | Floor Tile T-3 | $340.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $340.00 | $0.00 |
| 126 | Floor Tile T-313 | $70.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $70.00 | $0.00 |
| 127 | Floor Tile T-5 | $360.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $360.00 | $0.00 |
| 128 | Floor Tile T-8 & 8A | $3,680.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $3,680.00 | $0.00 |
| 129 | Floor Tile T-10 | $1,090.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,090.00 | |
| 130 | Floor Tile T-12 | $700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $700.00 | $0.00 |

## CONTINUATION SHEET

AIA DOCUMENT G703

Shiku Construction Management Co

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: 8/1/2017
PERIOD TO: 8/1/2017 thru 8/30/2017
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED | TOTAL COMPLETED AND STORED | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| 131 | Floor Tile T-12B | $130.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $130.00 | $0.00 |
| 132 | Base Tile T-3C | $216.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $216.00 | $0.00 |
| 133 | Base Tile T-11A | $368.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $368.00 | $0.00 |
| 134 | Base Tile T-13A | $304.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $304.00 | $0.00 |
| 135 | Wall Tile T-4 | $700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $700.00 | $0.00 |
| 136 | Wall Tile T-I 1 | $1,610.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,610.00 | $0.00 |
| 137 | Wall Tile T-13 | $1,190.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,190.00 | |
| 138 | Saddles S-I 6' x 36" | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $25.00 | $0.00 |
| 139 | Saddles S-1 12" x 60" | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $25.00 | $0.00 |
| 140 | Saddles S-1 24" x 60' | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $25.00 | $0.00 |
| 141 | Saddles S-2 6" x 42" | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $25.00 | $0.00 |
| 142 | Saddles S-2 12" x 120" | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $25.00 | $0.00 |
| 143 | Saddles S-2 24" x 36" | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $25.00 | $0.00 |
| 144 | Saddles S-3 6" x 36" | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $25.00 | $0.00 |
| 145 | Saddles S-5 6' x 36" | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $25.00 | |
| 146 | Saddles 3-7 6" x 60" | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $75.00 | $0.00 |
| 147 | Kitchens | | | | | | | | |
| 148 | Tile backsplash T-9 | $270.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $270.00 | $0.00 |
| 149 | Stone Countertops S-4 | $360.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $360.00 | $0.00 |
| 150 | Basement Wet Bar Top S-6 | $180.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $180.00 | $0.00 |
| 151 | Bathrooms | | | | | | | | |
| 152 | Kids Bath Vanity Top S-5 | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $90.00 | $0.00 |
| 153 | Master Bath Vanity Top S-9 | $110.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $110.00 | |
| 154 | 09640 WOOD FLOORING | | | | | | | | |
| 155 | Wood Flooring - Install Only | $28,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $28,250.00 | $0.00 |
| 156 | 09900 PAINTING | | | | | | | | |
| 157 | Paint GWB Partitions | $8,104.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $8,104.00 | $0.00 |
| 158 | Sealed Concrete Floors | $768.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $768.00 | $0.00 |
| 159 | Paint Wood Trim | $1,882.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,882.00 | $0.00 |
| 160 | WallPaper | $4,827.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $4,827.00 | $0.00 |
| 161 | WallPaper- Ribbon | $450.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $450.00 | |
| 162 | Paint Stairs | $6,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $6,000.00 | $0.00 |
| 163 | Paint GB Ceilings & Soffits | $2,470.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,470.00 | $0.00 |

## CONTINUATION SHEET

*AIA DOCUMENT G703*

Shiku Construction Management Co

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: 8/1/2017
PERIOD TO: 8/1/2017 thru 8/30/2017
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED | TOTAL COMPLETED AND STORED | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| 164 | Paint Doors and Frames | $8,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $8,400.00 | $0.00 |
| 165 | Miscellaneous painting | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,000.00 | $0.00 |
| 166 | **10800 TOILET AND BATH ACCESSORIES** | | | | | | | | |
| 167 | Toilet Paper Holder | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $400.00 | $0.00 |
| 168 | Towel Bar-18' | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $600.00 | $0.00 |
| 169 | Towel Bar - 24' | $1,625.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,625.00 | |
| 170 | Towel Bar - 30' | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $350.00 | $0.00 |
| 171 | Medicine Cabinet - Basement | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 172 | Medicine Cabinet - Master Bath | $750.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $750.00 | $0.00 |
| 173 | Medicine Cabinet - Powder | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 174 | Medicine Cabinet - Kids | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $400.00 | $0.00 |
| 175 | Hotel Rack | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $350.00 | $0.00 |
| 176 | Robe Hooks | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 177 | Shower Doors & Enclosures | $27,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $27,500.00 | |
| 178 | **11450 RESIDENTIAL EQUIPMENT** | | | | | | | | |
| 179 | Install Only | | | | | | | | |
| 180 | Refrigerator | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $500.00 | $0.00 |
| 181 | Undercounter Refrigerator | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $200.00 | $0.00 |
| 182 | Range | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 183 | Hood | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 184 | Garbage Disposal | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $300.00 | $0.00 |
| 185 | Dishwasher | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $250.00 | |
| 186 | Washer | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $500.00 | $0.00 |
| 187 | Dryer | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $500.00 | $0.00 |
| 188 | Wine Cooler | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $100.00 | $0.00 |
| 189 | **15300 FIRE PROTECTION** | | | | | | | | |
| 190 | Trim & Escutcheons | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,500.00 | $0.00 |
| 191 | **15400 PLUMBING** | | | | | | | | |
| 192 | FIXTURES - Install Only | | | | | | | | |
| 193 | Water Closets | $1,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,400.00 | |
| 194 | Lavatories | $2,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,250.00 | $0.00 |
| 195 | Kitchen Sink | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $350.00 | $0.00 |
| 196 | Laundry Sink | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $350.00 | $0.00 |

## CONTINUATION SHEET

*AIA DOCUMENT G703*

Shiku Construction Management Co

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: 8/1/2017
PERIOD TO: 8/1/2017 thru 8/30/2017
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED | TOTAL COMPLETED AND STORED | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| 197 | Tub | $700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $700.00 | $0.00 |
| 198 | Showers | $700.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $700.00 | $0.00 |
| 199 | Outdoor Sink | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $350.00 | $0.00 |
| 200 | Wet Bar Sink | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $350.00 | $0.00 |
| 201 | Washer/Dryer Sets | $900.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $900.00 | |
| 202 | Miscellaneous | - | | | | | | | |
| 203 | Permits, Inspections, & Testing | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,000.00 | $0.00 |
| 204 | Water Treatment & Sanitation | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,500.00 | $0.00 |
| 205 | 15500 HEATING, VENTILATING AND AIR CONDITIONING | | | | | | | | |
| 206 | Radiant Heating Tubing - F & I | $7,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $7,200.00 | $0.00 |
| 207 | Grilles & Diffusers - F & I | $10,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $10,500.00 | $0.00 |
| 208 | DDC Controls | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,000.00 | $0.00 |
| 209 | Testing & Balancing | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,500.00 | |
| 210 | 16500 ELECTRIC | | | | | | | | |
| 211 | Wire Devices | | | | | | | | |
| 212 | Duplex Receptacles | $3,450.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $3,450.00 | $0.00 |
| 213 | Simplex Receptacles | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $350.00 | $0.00 |
| 214 | Quadraplex Outlets | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $400.00 | $0.00 |
| 215 | Tel/Data Outlets | $550.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $550.00 | $0.00 |
| 216 | TV Outlets | $450.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $450.00 | $0.00 |
| 217 | Doorbell | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $200.00 | |
| 218 | Cover Plates | $810.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $810.00 | $0.00 |
| 219 | Lighting Fixtures by Type - F&I | | | | | | | | |
| 220 | A | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $13,400.00 | $0.00 |
| 221 | A1 | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $200.00 | $0.00 |
| 222 | A2 | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $400.00 | $0.00 |
| 223 | B | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $2,000.00 | $0.00 |
| 224 | B1 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,000.00 | $0.00 |
| 225 | B2 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $500.00 | |
| 226 | B3 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,000.00 | $0.00 |
| 227 | B4 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,000.00 | $0.00 |
| 228 | B5 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,000.00 | $0.00 |
| 229 | B6 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $500.00 | $0.00 |

## CONTINUATION SHEET

AIA DOCUMENT G703

Shiku Construction Management Co

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: 8/1/2017
PERIOD TO: 8/1/2017 thru 8/30/2017
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION | THIS PERIOD | MATERIALS PRESENTLY STORED | TOTAL COMPLETED AND STORED | (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 230 | B7 | $3,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $3,600.00 | $0.00 |
| 231 | B8 | $1,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,800.00 | $0.00 |
| 232 | C | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,000.00 | $0.00 |
| 233 | D | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $600.00 | |
| 234 | E | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $600.00 | $0.00 |
| 235 | EI | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $400.00 | $0.00 |
| 236 | F | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $250.00 | $0.00 |
| 237 | F1 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $250.00 | $0.00 |
| 238 | F2 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $250.00 | $0.00 |
| 239 | F3 | $750.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $750.00 | $0.00 |
| 240 | F4 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,000.00 | $0.00 |
| 241 | F5 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $250.00 | |
| 242 | F6 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $250.00 | $0.00 |
| 243 | G | $1,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,750.00 | $0.00 |
| 244 | H | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $350.00 | $0.00 |
| 245 | I | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,500.00 | $0.00 |
| 246 | J | $1,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $1,400.00 | $0.00 |
| 247 | K | $3,150.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $3,150.00 | $0.00 |
| 248 | Miscellaneous | | | | | | | | |
| 249 | Testing | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $5,000.00 | $0.00 |
| | Total | $785,000.00 | $0.00 | $89,570.50 | $0.00 | $89,570.50 | 11% | $695,429.50 | $8,957.05 |