UNITED STATES DISTRICT COURT
FOR THE DISTRUCT OF COLUMBIA

UNITED STATES OF AMERICA : Criminal No. 17-cr-201-1 (ABJ)

v. :

PAUL J. MANAFORT, JR. :

Leave to file GRANTED in 18-mc-0167

Amy B. Jackson   Date
United States District Judge

Petition of Christopher Doyle to Adjudicate the
Extent and Validity of Interest in Property
377 Union Street, Brooklyn, New York, 1001

To the Honorable Judge of said Court:

Now comes, Christopher Doyle ("Doyle"), Petitioners, and pursuant to 21 USC §853(n) respectfully shows the Court the following:

1. The real property which is the subject matter of this action is described in the Government's Notice of Forfeiture, dated November 2, 2018 and the accompanying Consent Order of Forfeiture filed October 10, 2018 [Docket #443] and identified as follows:

   a. "377 Union Street, Brooklyn, New York, 10013 (Block 429, Lot 65) including all appurtenances, improvements, and attachments thereon, and any property traceable thereto, described more fully in Attachment A"

   b. The "Attachment A" referred to in 1(a) is annexed hereto as Exhibit "A."
   (hereinafter "Subject Property")

2. Petitioner Doyle is the general contractor who provided construction services to improve the Real Property.

NOV 26

3. On or about OCtoBeR 16, 2018, Petitioner Doyle obtained a mechanic's lien in the amount of $ 585,991.85 which represented the unpaid balance due and owing to him ("Mechanic's Lien"). A copy of the said recorded Mechanic's Lien is annexed hereto as Exhibit "B."

4. Pursuant to LIE §3 *et. seq.* of the New York Consolidated Laws, Lien Law, the filing of a mechanic's lien constitutes a valid, good interest in the subject property which is superior to all interest claimed by the owner and user of the Subject Property.

5. There has been no payment(s) made against the Mechanic's Lien and the full amount due and owing remains, along with accumulated interest and costs.

6. Petitioner Doyle interests in the Subject Property are not subject to forfeiture to the United States by reason of an act or mission of the Subject Property's owner or the Defendant because (1) Petitioner Doyle had no knowledge that the Subject Property was or would be involved in any violation of law; (2) Petitioner Doyle had no knowledge of the particular violation which subjected the Subject Property to seizure and forfeiture; (3) Petitioner Doyle had no knowledge that the user of the Subject Property had any record for violating laws of the United States or of any State for a related crime.

Wherefore, Petitioner Christopher Doyle, prays that the Court:

a. recognize the continued existence of and validity of the Mechanic's Lien securing payment of the amounts due and owing Petitioner from the Subject Property;

b. order that the sums due and owing Petitioner Doyle as represented in the Mechanic's Lien be paid from the proceeds of the sale after the expenses of preservation of the sale and prior to the distribution to any other claimant other than mortgage holders and other mechanic's lien holders who may have filed first in time; and

c. For all further relief to which Petitioner Doyle may be entitled.

Respectfully submitted,

_____
Christopher Doyle
48 Dougherty Dr.
Middletown, NJ 07748

State of  New York :
County of  New York :

BEFORE ME, the undersigned authority on this day personally appeared Christopher Doyle, who being the first duly sworn on oath deposed and said that he is the Petitioner, that he has read the foregoing petition, that he has personal knowledge of each of the allegations set forth therein, and that each of those allegations is true and correct.

_____
Christopher Doyle

Subscribed and Sworn before me this
21 day of November, 2018

_____

DIANA G. HILBIG
Notary Public - State of New York
NO. 01HI6310596
Qualified in New York County
My Commission Expires Aug 25, 2022

## CERTIFICATE OF NON-CONFERENCE

I HEREBY CERTIFY THAT I did not confer with the US Attorney prior to the filing of the Petition herein. Petitioner Doyle is not opposed to the United States forfeiture of the subject property. Pursuant to 21 USC §853(n), he simply requests that his lien be preserved and satisfied from the proceeds of any sale.

_____
Christopher Doyle

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing has been mailed to Andrew Weissmann, Assistant Special Counsel's Office, 9050 Pennsylvania Ave., N.W., Washington DC 20530 and Daniel Claman, Money Laundering and Asset Recovery Section, 1400 New York Ave., N.W., suite 10100, Washington DC 20530

_____
Christopher Doyle

Kings County Clerk

Room 189, Window 11

360 Adams St.

Brooklyn, NY 11201

10/13/2018

Re: Affidavit of Service of Notice Under Mechanic's Lien Law

   Property address:

   377 Union St., Brooklyn NY 11231

   Block 429, Lot 65

Dear Sir or Madam:

   Enclosed please find the original and one copy of an Affidavit of Service of Notice Under Mechanic's Lien Law for filing by your office. Also enclosed is a check in the amount of $5.00 for the filing fee, and a self-addressed postage-paid envelope for the return of a filed copy of the enclosed affidavit. Should there be any questions regarding this request, please contact the undersigned at 732-433-6939 or *cdpar3@mns.com*.

Thank you for your cooperation.

Very truly yours,

Christopher Doyle

Kings County Clerk

Room 189, Window 11

360 Adams St.

Brooklyn, NY 11201

10/13/2018

Re: Mechanic's Lien

   Property address:

   377 Union St., Brooklyn NY 11231

   Block 429, Lot 65

Dear Sir or Madam:

   Enclosed please find the original and one copy of a Notice Under Mechanic's Lien Law for filing by your office. Also enclosed is a check in the amount of $30.00 for the filing fee and a self-addressed postage-paid envelope for the return of a filed copy of the enclosed notice. Should there be any questions regarding this request, please contact the undersigned at 732-433-6939 or cdpar3@mns.com

Thank you for your cooperation.

Very truly yours,

Christopher Doyle

# AFFIDAVIT OF SERVICE

State of New York )
County of _____ )

The undersigned being duly sworn, deposes and says:

CHRistopHeR Doyle is not a party to the action, is over
*(Name of Person Serving Papers)*

18 years of age and resides at
48 Doherty Dr. MIDDLetown N.J. 07748
*(Complete Address of Person Serving Papers)*

That on 10-13-2018, deponent served the within
*(Date of Service)*

MecHanic's Lien
*(Name of Document(s) Served)*

upon McBrooklyn Holding LLC. located at
*(Name of Person/Corporation Served)*

377 Union St. Brooklyn N.Y. 11231 Block 429: Lot 65
*(Complete Address Where Other Party/Corporation Served)*

*(Select Method of Service)*

✓ **Personal Service:** By delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

___ **Service by Mail:** By depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope at a post office or official depository under the exclusive care and custody of the United States Postal Service.

Christoph Doyle
Signature of Person Serving Papers

CHRistopHeR Doyle
Printed Name

Sworn to before me this 13
day of October 2018

Notary Public

SEAN M KELLY
Notary Public - State of New Jersey
My Commission Expires Aug 4, 2021

**RECEIVED**

OCT 16 2018

**KINGS COUNTY CLERK'S OFFICE**

# NOTICE UNDER MECHANIC'S LIEN LAW

To the Clerk of the County of Kings and to others to whom it may concern:

PLEASE TAKE NOTICE, that Christopher Doyle as lienor has and claim a lien on the real property hereinafter described as follows:

377 Union Street, Brooklyn, NY 11231
Block 429; Lot 65

(1) The names and residences of the lienor is Christopher Doyle, 48 Doherty Dr., Mi████████, NJ 07748

(2) The lienor's is pro se

(3) The owner of the real property is McBrooklyn Holdings, LLC and the interest ███████ as far as known to the lienor is fee simple.

(4) The name of the person to whom the lienor furnished or is to furnish materials or for whom the lienor performed or is to perform professional services is McBrooklyn Holdings, LLC.

(5) The labor and materials furnished are masonry, carpentry and general contracting services for the home renovations

The agreed price and value of the labor performed and the material furnished is $1,026,656.00

(6) The amount unpaid to the lienor(s) for said labor performed and said material furnished is $100,000.00. The total amount claimed for which this lien is filed is $ 585,991.85.

(7) The time when the first item of labor and material was furnished was September August 1, 2017. The time when the last item of labor and material was furnished was September 20, 2018.

(8) The amounts sought here are in addition to a prior lien issued.

(9) The property subject to the lien is situated in the City of Brooklyn, County of Kings, and State of New York

Known as: Block 429 and Lot 65 on the Kings County Tax Assessment Map

That said labor and materials were performed and furnished for and used, and that the professional services rendered were used, in the improvement of the real property hereinbefore described. That eight months (four months if a single family dwelling) have not elapsed dating

from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final performance of the work, or since the final furnishing of the materials for which this lien is claimed.

Christopher Doyle

Dated: 10-13-18

*Christopher Doyle* (signature)

STATE OF NEW YORK, COUNTY OF **Kings** SS.:

Christopher Doyle, being duly sworn, says: that deponent is the lienor mentioned in the foregoing notice of lien; that deponent has read the said notice and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to those matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

*Christopher Doyle* (signature)

Sworn to before me this **13** day of October, 2018

Notary Public (signature)

SEAN M KELLY
Notary Public - State of New Jersey
My Commission Expires Aug 4, 2021