# EXHIBIT A

Deed to 377 Union Street Brooklyn, New York, 11231

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2017012300896001001E7F09 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

**Document ID:** 2017012300896001  **Document Date:** 01-04-2017  **Preparation Date:** 01-23-2017
Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| FIRST NATIONWIDE TITLE AGENCY LLC<br>HOLD FOR DENNISE A. TO PICK UP - FN-12771-NY<br>50 CHARLES LINDBERGH BLVD - SUITE 600<br>UNIONDALE, NY 11553<br>212-499-0100<br>RECORDING@FIRSTNATIONWIDETITLE.COM | FIRST NATIONWIDE TITLE AGENCY LLC<br>HOLD FOR DENNISE A. TO PICK UP - FN-12771-NY<br>50 CHARLES LINDBERGH BLVD - SUITE 600<br>UNIONDALE, NY 11553<br>212-499-0100<br>RECORDING@FIRSTNATIONWIDETITLE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 429 | 65 | Entire Lot | 377 UNION STREET |

**Property Type:** DWELLING ONLY - 3 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____Year_____ Reel____ Page_____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| MC BROOKLYN HOLDINGS, LLC<br>10 ST. JAMES DRIVE<br>PALM BEACH GARDENS, FL 33418 | PAUL J. MANAFORT<br>10 ST. JAMES DRIVE<br>PALM BEACH GARDENS, FL 33418 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed   02-02-2017 14:59
City Register File No.(CRFN): 2017000047513

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2017012300896001001C7D89 | |
|---|---|---|
| | RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 5 |
| Document ID: 2017012300896001<br>Document Type: DEED | Document Date: 01-04-2017 | Preparation Date: 01-23-2017 |

**PARTIES**

**GRANTEE/BUYER:**
KATHLEEN B. MANAFORT
10 ST. JAMES DRIVE
PALM BEACH GARDENS, FL 33418

3

FN-12771-NY
Kings
Blk: 429
Lot: 65

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the ~~2nd~~ 4th day of January, in the year 2017

BETWEEN MC Brooklyn Holdings, LLC,
10 St. James Drive, Palm Beach Gardens, FL 33418

party of the first part, and Paul J. Manafort and Kathleen B. Manafort, husband and wife, 10 St. James Dr., Palm Beach Gardens, FL 33418,
party of the second part,
WITNESSETH, that the party of the first part, in consideration of
$1.00 and other good consideration dollars
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings and State of New York, previously recorded as Block 429, Lot 65 as set forth more specifically in Schedule "A" attached hereto and and make part herein. Being the same premises conveyed to the parties of the first part herein by deed recorded in CFRN 2013000020434. Being known as 377 Union Street, Brooklyn, NY.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____     _____
                                    Paul J. Manafort
                                    Managing Member, MC Brooklyn Holdings,
                                    LLC

*Old Republic National Title Insurance Company*

Title Number: **FN-12771-NY**
Page 1

### SCHEDULE A DESCRIPTION

ALL that certain plot piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of Union Street (Bergen Place) distant 224 feet easterly from the corner formed by the intersection of the northerly side of Union Street with the easterly side of Smith Street;

RUNNING THENCE northerly parallel with Smith Street and part of the distance through a party wall 90 feet;

THENCE easterly parallel with Union Street 22 feet;

THENCE southerly parallel with Smith Street and part of the distance through a party wall 90 feet to the northerly side of Union Street;

THENCE westerly along the northerly side of Union Street 22 feet to the point or place of BEGINNING.

**FOR CONVEYANCING ONLY: TOGETHER** with all the right, title and interest of the party of the first part, of in and to the land lying in the street in front of and adjoining said premises.

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of          , ss:

On the     day of     in the year     , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of          , ss:

On the     day of     in the year     , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

## ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of          , ss:

On the     day of     in the year     , before me, the undersigned, a Notary Public in and for said State, personally appeared
, the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof): that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

## ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of Florida County of Palm Beach, ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the 4th day of January in the year 2018, before me the undersigned personally appeared Paul J. Manafort and ~~Kathleen Manafort~~
Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the Palm Beach Gardens, County of Palm Beach, State of Florida.
(add the city or political subdivision and the state or country or other place the acknowledgement was taken)

LESLIE R. EVANS
MY COMMISSION # FF 066762
EXPIRES: October 28, 2017
Bonded Thru Notary Public Underwriters



## Bargain and Sale Deed
## With Covenants

SEAL

Title No.

SECTION:
BLOCK: 426
LOT: 65
COUNTY OR TOWN: Borough of Brooklyn, King County, New York

TO

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2017012300896001001SB188 |
|---|---|

| **SUPPORTING DOCUMENT COVER PAGE** | | **PAGE 1 OF 1** |
|---|---|---|
| Document ID: 2017012300896001<br>Document Type: DEED | Document Date: 01-04-2017 | Preparation Date: 01-23-2017 |

**ASSOCIATED TAX FORM ID:** 2017010300265

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

# REAL PROPERTY TRANSFER REPORT
**STATE OF NEW YORK**
STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC

**CITY REGISTER**

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded: Month JAN 2 6 2017
- C3. Book
- C4. Page
- C5. CRFN

### PROPERTY INFORMATION

**1. Property Location:** 377 UNION STREET, BROOKLYN, 11231

**2. Buyer Name:** MANAFORT, PAUL J
MANAFORT, KATHLEEN B

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels

- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** ___ X ___ (Front Feet x Depth)

Check the boxes below as they apply:
- 6. Ownership Type is Condominium
- 7. New Construction on Vacant Land

**8. Seller Name:** MC BROOKLYN HOLDINGS, LLC

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
- A. One Family Residential
- B. ✓ 2 or 3 Family Residential
- C. Residential Vacant Land
- D. Non-Residential Vacant Land
- E. Commercial
- F. Apartment
- G. Entertainment / Amusement
- H. Community Service
- I. Industrial
- J. Public Service

### SALE INFORMATION

**10. Sale Contract Date:** 1 / 4 / 2017

**11. Date of Sale / Transfer:** 1 / 4 / 2017

**12. Full Sale Price:** $ 0

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**
- A. Sale Between Relatives or Former Relatives
- B. Sale Between Related Companies or Partners in Business
- C. One of the Buyers is also a Seller
- D. Buyer or Seller is Government Agency or Lending Institution
- E. Deed Type not Warranty or Bargain and Sale (Specify Below)
- F. Sale of Fractional or Less than Fee Interest (Specify Below)
- G. Significant Change in Property Between Taxable Status and Sale Dates
- H. Sale of Business is Included in Sale Price
- I. Other Unusual Factors Affecting Sale Price (Specify Below)
- J. ✓ None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** C 0

**16. Total Assessed Value (of all parcels in transfer):** 49,089

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))

BROOKLYN 429 65

2017010300026520101

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | |
|---|---|---|---|
| **BUYER** | | **BUYER'S ATTORNEY** | |
| *[signature]* Paul J. Manafort   DATE 01/04/2017 | | LAST NAME | FIRST NAME |
| BUYER SIGNATURE | | | |
| 10 ST. JAMES DRIVE | | AREA CODE | TELEPHONE NUMBER |
| STREET NUMBER | STREET NAME (AFTER SALE) | **SELLER** MC Brooklyn Holdings, LLC | |
| PALM BEACH GARDENS | FL   33418 | *[signature]*   01/04/217 | |
| CITY OR TOWN | STATE   ZIP CODE | SELLER SIGNATURE   DATE | |
| | | By: Paul J. Manafort, managing member | |

2017010300265201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

**AFFIDAVIT OF COMPLIANCE
WITH SMOKE DETECTOR REQUIREMENT
FOR ONE- AND TWO-FAMILY DWELLINGS**

State of ~~New York~~ FLORIDA ) 
                              ) SS.:
County of PALM BEACH )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 377 UNION STREET | | | | |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| BROOKLYN | New York, | 429 | 65 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

MC Brooklyn Holdings, LLC

PAUL J. MANAFORT                                    Kathleen MANAFORT
Name of Grantor (Type or Print)                      Name of Grantee (Type or Print)

[signature]                                          [signature]
Signature of Grantor                                 Signature of Grantee
By: Paul J. Manafort, managing
                               member

Sworn to before me                                   Sworn to before me
this 4th date of January 2017                        this 4th date of January 2017

[notary signature and seal: LESLIE R. EVANS, MY COMMISSION # FF 066762, EXPIRES: October 28, 2017, Bonded Thru Notary Public Underwriters]

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

2017010300265101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY   11373-5108

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1) Property receiving service: BOROUGH: BROOKLYN     BLOCK: 429     LOT: 65

(2) Property Address: 377 UNION STREET, BROOKLYN, NY 11231

(3) Owner's Name:     MANAFORT , PAUL J

   Additional Name:     MANAFORT , KATHLEEN B

### Affirmation:

☑ Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: Paul J. Manafort
Signature: _____  Date (mm/dd/yyyy): 01/04/2017
Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2

2017010300265101