# EXHIBIT B

Christopher Doyle's August 29, 2018 Mechanic's Lien on

377 Union Street Brooklyn, New York, 11231

No. 4318674

## Certification

**STATE OF NEW YORK, COUNTY OF KINGS, SS:**

I, Nancy T. Sunshine, County Clerk and Clerk of Supreme Court Kings County, do hereby certify that on February 8, 2019 I have compared the document attached hereto,

INDEX #MECHANIC'S LIEN, BLOCK: 429 LOT: 65, FILED 8/29/2018 page(s) 2

with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.

*Nancy T. Sunshine*

NANCY T. SUNSHINE
KINGS COUNTY CLERK



## NOTICE UNDER MECHANIC'S LIEN LAW

**FILED AUG 29 2018**

To the Clerk of the County of Kings and to others to whom it may concern: 

PLEASE TAKE NOTICE, that Christopher Doyle as lienor has and claim a lien on the real property hereinafter described as follows:

377 Union Street, Brooklyn, NY 11231
Block 429; Lot 65

(1) The names and residences of the lienor is Christopher Doyle, 48 Doherty Dr., Middletown, NJ 07748

(2) The lienor's is pro se

(3) The owner of the real property is McBrooklyn Holdings, LLC and the interest of the owner as far as known to the lienor is fee simple.

(4) The name of the person to whom the lienor furnished or is to furnish materials or for whom the lienor performed or is to perform professional services is McBrooklyn Holdings, LLC.

(5) The labor and materials furnished are masonry, carpentry and general contracting services for the home renovations

The agreed price and value of the labor performed and the material furnished is $1,026,656.00

(6) The amount unpaid to the lienor(s) for said labor performed and said material furnished is $100,000.00. The total amount claimed for which this lien is filed is $100,000.00.

(7) The time when the first item of labor and material was furnished was August 1, 2017. The time when the last item of labor and material was furnished was August 19, 2018.

(8) The property subject to the lien is situated in the City of Brooklyn, County of Kings, and State of New York

Known as: Block 429 and Lot 65 on the Kings County Tax Assessment Map

That said labor and materials were performed and furnished for and used, and that the professional services rendered were used, in the improvement of the real property hereinbefore described. That eight months (four months if a single family dwelling) have not elapsed dating from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final performance of the work, or since the final

furnishing of the materials for which this lien is claimed.

Christopher Doyle

Dated: 8/22/18

*/s/ Christopher Doyle*

STATE OF NEW YORK, COUNTY OF New York  SS.:

Christopher Doyle, being duly sworn, says: that deponent is the lienor mentioned in the foregoing notice of lien; that deponent has read the said notice and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to those matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

*/s/ Christopher Doyle*

Sworn to before me this 22 day of August, 2018

*/s/ Diana G. Hilbig*
Notary Public

DIANA G. HILBIG
Notary Public - State of New York
NO. 01HI6310596
Qualified in New York County
My Commission Expires Aug 25, 2022