UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | |
| PAUL J. MANAFORT, JR., | ) ) ) | |
| Defendant. | ) ) | |
| IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE | ) ) ) ) ) | Case No. 1:18-mc-00167-ABJ |

**JOINT STATUS REPORT OF UNITED STATES, PETITIONER THE FEDERAL SAVINGS BANK, AND PETITIONER NATIONAL BANCORP HOLDINGS**

The United States of America, The Federal Savings Bank (TFSB) and National Bancorp Holdings (NBH), by and through their undersigned counsel, respectfully submit this status report in accordance with the Court's March 1, 2019, Minute Order.

As noted in the United States' Response to Remaining Petitions and Request for Order, the United States, TFSB, and NBH have renewed discussions regarding potential settlement. Those discussions have continued, and the parties have exchanged further information in furtherance of those discussions. The discussions remain ongoing and active. The parties agree that a discovery and motions schedule would distract the parties from productive discussions, and do not request a schedule at this time. Counsel for these parties together request three weeks until April 11, 2019, in which further to confer regarding settlement and to report back to the Court.

        Respectfully submitted,

        ROBERT S. MUELLER, III
        Special Counsel

By:    _____
        Andrew Weissmann
        Greg D. Andres
        U.S. Department of Justice
        Special Counsel's Office
        950 Pennsylvania Avenue NW
        Washington, D.C.  20530
        Telephone: (202) 616-0800

By:    */s/ Daniel H. Claman*
        Daniel H. Claman
        Money Laundering and
            Asset Recovery Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, N.W., Suite 10100
        Washington, D.C. 20530
        Telephone:  (202) 514-1263

        Counsel for the United States of America


        SCHULTE ROTH & ZABEL LLP

By:    */s/ Seetha Ramachandran*
        Seetha Ramachandran
        Jason T. Mitchell (D.C. Bar # 1005757)
        SCHULTE ROTH & ZABEL LLP
        919 Third Avenue
        New York, New York  10022
        (212) 756-2000

        Counsel for Petitioners The Federal Savings Bank
        and National Bancorp Holdings

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2019, I have provided notice of the forgoing through the Court's Electronic Filing System to such counsel of record or pro se litigants as have consented to accept service through such means.  I have also transmitted a copy of this filing via electronic mail to the following, who do not appear to have registered for notice through the Court's Electronic Filing System or who have not filed an appearance in this matter:

William Clayton Batchelor, Esq.
1601 18th Street, NW Suite 2
Washington, D.C. 20009
wcb@wrightandbatchelor.com

Robert T. Holland, Esq.
BELKIN BURDEN WENIG & GOLDMAN LLP
270 Madison Avenue
New York, New York  10106
RHolland@BBWG.COM
(Attorneys for Claimant the Residential Board of Trump Tower Condominium)

Christopher Doyle
48 Dougherty Drive
Middletown, NJ  07748
cdpar3@msn.com

Gayle Pollack, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York  10022
gpollack@morrisoncohen.com
(Attorney for 29 Howard Street Condominium)

                                                    /s/ *Daniel H. Claman*
                                                    Daniel H. Claman
                                                    Money Laundering and
                                                      Asset Recovery Section