**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>           **Defendant.** )<br>_____)<br>)<br>IN RE: PETITIONS FOR RELIEF )<br>CONCERNING CONSENT ORDER OF )<br>FORFEITURE )<br>_____)<br>)<br>WOODLAWN, LLC, )<br>)<br>           **Petitioner.** )<br>_____) | Case No. 1:18-mc-00167-ABJ |

**UNITED STATES' MOTION FOR DISCOVERY UNDER FEDERAL RULES OF CIVIL PROCEDURE 56(d) AND 32.2(c)(1)(B) AND DENIAL OF PETITIONER'S MOTION FOR SUMMARY JUDGMENT**

The United States of America, by and through its undersigned counsel, hereby moves the Court, pursuant to Federal Rule of Civil Procedure 56(d) and Federal Rule of Criminal Procedure 32.2(c)(1)(B), to authorize the United States to take discovery on the Petition of Woodlawn, LLC asserting an interest in 123 Baxter Street, #5D, New York, New York 10016 and to deny Petitioner's motion for summary judgment (Dkt. No. 44). For the reasons set forth in the accompanying United States' Statement of Points and Authorities in Support of its Motion for Discovery and In Opposition to Petitioner Woodlawn LLC's Motion for Summary Judgment, and the documents filed in support thereof, discovery is necessary to enable the government fully to respond to Petitioner's Motion for Summary Judgment and is desirable to resolve factual issues raised by Woodlawn's Petition. For the reasons set forth in its memorandum and

supporting documents, the United States asks the Court to deny Woodlawn's Motion for Summary Judgment as premature, because factual issues remain in dispute, and because Petitioner has not established its entitlement to relief. A proposed order is attached.

        Respectfully submitted,

        ROBERT S. MUELLER, III
        Special Counsel

By: _____
    Andrew Weissmann
    Greg D. Andres
    U.S. Department of Justice
    Special Counsel's Office
    950 Pennsylvania Avenue NW
    Washington, D.C. 20530
    Telephone: (202) 616-0800

By: */s/ Daniel H. Claman*
    Daniel H. Claman
    Money Laundering and
       Asset Recovery Section
    Criminal Division
    U.S. Department of Justice
    1400 New York Avenue, N.W., Suite 10100
    Washington, D.C. 20530
    Telephone: (202) 514-1263

    Counsel for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2019, I have provided notice of the forgoing through the Court's Electronic Filing System to such counsel of record or pro se litigants as have consented to accept service through such means. I have also transmitted a copy of this filing via electronic mail to the following, who do not appear to have registered for notice through the Court's Electronic Filing System or who have not filed an appearance in this matter:

William Clayton Batchelor, Esq.
1601 18th Street, NW Suite 2

Washington, D.C. 20009
wcb@wrightandbatchelor.com

Robert T. Holland, Esq.
BELKIN BURDEN WENIG & GOLDMAN LLP
270 Madison Avenue
New York, New York  10106
RHolland@BBWG.COM
(Attorneys for Claimant the Residential Board of Trump Tower Condominium)

Christopher Doyle
48 Dougherty Drive
Middletown, NJ  07748
cdpar3@msn.com

Gayle Pollack, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York  10022
gpollack@morrisoncohen.com
(Attorney for 29 Howard Street Condominium)

/s/ *Daniel H. Claman*
Daniel H. Claman
Money Laundering and
   Asset Recovery Section