**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

UNITED STATES OF AMERICA,    )

    )

v.    )

    )

PAUL J. MANAFORT, JR.,    )

    )

Defendant.    )

_____)

    )

IN RE: PETITIONS FOR RELIEF    )

CONCERNING CONSENT ORDER OF    )    **Case No. 1:18-mc-00167-ABJ**

FORFEITURE    )

_____)

    )

WOODLAWN LLC,    )

    )

Petitioner.    )

_____)

## <u>DECLARATION OF DANIEL H. CLAMAN</u>

I, Daniel H. Claman, hereby declare the following:

1.    I am an attorney in the Money Laundering and Asset Recovery Section of the Criminal Division of the United States Department of Justice.  I have filed a Notice of Appearance (Dkt. No. 10) and, along with attorneys for the Special Counsel's Office, am an attorney of record acting on behalf of the United States in the conduct of the above-captioned ancillary proceedings.

2.    This declaration is based upon my personal knowledge and information provided to me in my official capacity by attorneys and personnel in the Department of Justice and the Federal Bureau of Investigation.

3.    This Court should deny Petitioner Woodlawn LLC's Motion for Summary Judgment for the reasons stated in the United States' Statement of Points and Authorities in Opposition to Petitioner Woodlawn LLC's Motion for Summary Judgment and because it is premature as no

1

discovery regarding the petition of Woodlawn LLC ("Woodlawn" or "Petitioner") has yet been authorized or taken.

4. As set forth herein, discovery is necessary because the United States lacks information to be able to discern whether Woodlawn is a person other than the defendant entitled to participate in these proceedings under 21 U.S.C. §853(n)(2); can meet the constitutional and statutory standing requirements of Article III and 21 U.S.C. 853(n)(3); and has a present legal interest in the property it claims. Discovery is also necessary to enable the government to obtain facts regarding the date and circumstances of Woodlawn's purported acquisition of its claimed property interest; whether Woodlawn or someone else provided value in exchange for that interest; and the extent to which any of that purported loan interest remains outstanding. The United States has sought this information from Petitioner, who while seeking the protection of this Court in these ancillary proceedings, has preferred to hide behind the opaque Nevada LLC structure of Woodlawn and so far refused to provide the necessary evidence to substantiate his claim.

5. Under Federal Rule of Criminal Procedure 32.2(c)(1)(B), discovery is not authorized unless permitted by the court upon its determination "that discovery is necessary or desirable to resolve factual issues." Fed. R. Crim. P. 32.2(c)(1)(B). Here, Petitioner refused the government's requests for informal discovery and prematurely moved for summary judgment in an apparent attempt to preclude the United States from discovering the facts from Petitioner or third parties that are necessary to respond to Petitioner's motion. Indeed, by prematurely moving for summary judgment Petitioner suggests that the government and the Court must accept its assertions at face value without any opportunity to verify the veracity of its statements or the extent and circumstances of its purported interest.

6. Discovery is needed to determine whether Woodlawn is entitled to participate in these ancillary proceedings. Under 21 U.S.C. § 853(n)(2), only "a person, other than the defendant," may

file a petition to assert an interest in property that has been ordered forfeited.  Under 21 U.S.C. §

853(n)(2).  Woodlawn has refused to identify its beneficial owner(s) or provide information

regarding its relationship with the defendant.  However, the case law is clear that a defendant,

whether directly or through a nominee, straw person, or alter ego, has no standing to participate in

ancillary forfeiture proceedings.  *United States v. McCorkle*, 143 F. Supp. 2d 1311, 1319–1321

(M.D. Fla. 2001) (a nominee cannot recover under§ 853(n)(6)(A); nor can a person who acquired the

property as a result of a sham transaction); *Hunter v. United States*, 2014 WL 4385852, *5 (W.D.

Tenn. Sept. 4, 2014) (claimant has burden of proving he is not merely a nominee by a preponderance

of the evidence); *United States v. Szaflarski*, 614 F. App'x. 836 (7th Cir. 2015) (sister was a mere

nominee without a valid third-party claim of ownership as defendant transferred formal title to her

for purpose of thwarting forfeiture).  Absent discovery, the United States and this Court cannot

verify whether Woodlawn is in fact entitled to participate in these proceedings as a person other than

the defendant.

       7.     As alleged in the Superseding Criminal Information ("Information") to which he

pleaded guilty, the defendant, Paul J. Manafort, Jr., used no less than fourteen domestic and sixteen

foreign legal entities he owned or controlled as part of his criminal scheme to violate U.S. law.  *See*

Information at ¶¶ 1, 2, 10.  In his Statement of the Offenses and Other Acts ("Statement"), the

defendant specifically admitted using several of these companies to make over $6.5 million in

payments in furtherance of his conspiracy to violate the Foreign Agents Registration Act. *See*

Statement at ¶ 37.  Manafort used nominee accounts and foreign legal entities to purchase millions

of dollars in real estate in the United States without reporting it as income on his tax returns.  *See*

Information at ¶ 15, 16, 58, 59; Statement at ¶ 38.  Indeed, land records reveal that each of the five

real properties subject to the October 10, 2018, Consent Order of Forfeiture has been held, in whole

or in part, through corporate entities while under Manafort's direction.

8.      The limited information Petitioner has provided is insufficient to meet Woodlawn's burden to establish that it is distinct from the defendant.  Woodlawn was created on August 2, 2017, after Manafort and the public were aware of the criminal investigation into his activities, and only five days before the loan was alleged to have been made.  *See* Exhibit A (Woodlawn Records from Nevada Secretary of State); Petition (Dkt. No. 15 at ¶ 6.).  No ownership information is provided for Woodlawn, and the only officers identified in Petitioner's four submissions is a manager who apparently resigned shortly after verifying the initial petition and the company's lawyer who subsequently took over that function.

9.      Woodlawn has no apparent physical place of business.  Exhibit 2 to Woodlawn's petition identifies Woodlawn as "a company maintaining an office for the transaction of business at 123 W. Nye Lane, Ste 129, Carson City, Nevada 89706…"  (Dkt. No. 15-2 at 1).  Government counsel's examination of the Nevada Secretary of State's website reveals that this is the address of American Corporate Enterprises, Inc., a registered agent that is associated with over 3400 active or defunct entities.  The current registered agent for Woodlawn, a Delaware incorporated service provider named Agents and Corporations Inc. is associated with 391 active and defunct companies in the Nevada corporate registry.[1]

10.      Notwithstanding Woodlawn's unwillingness to provide evidence to support its petition, the United States obtained voluntary disclosure of limited additional records from the Office of the Nevada Secretary of State.  A true and correct copy of the records provided by the Office of the Nevada Secretary of State are attached hereto as Exhibit A.

---

[1] *See*,
https://www.nvsos.gov/sosentitysearch/RACorps.aspx?fsnain=zOihbXoHuJpq00pCQNsUIA%253d%253d&RAName=AMERICAN+CORPORATE+ENTERPRISES%2c+INC.;
https://www.nvsos.gov/sosentitysearch/RACorps.aspx?fsnain=LmZXZcSKsmlqrotWUlQx9A%253d%253d&RAName=AGENTS+AND+CORPORATIONS%2c+INC.

11.     These records from the Nevada Secretary of State's Office still provided no ownership information, but revealed that Keith Berglund assumed the role of corporate manager the day after he verified the second purported petition.  Discovery is needed to enable the government to ascertain the genesis and beneficial ownership of Woodlawn, its relationship to the defendant, and whether the persons verifying the various different petitions were in fact authorized to act on behalf of the corporation.

12.     Petitioner has also refused to provide information that would enable the government to respond to Woodlawn's assertion that it is entitled to recover any outstanding loan amounts in these proceedings.  According to the petition, Woodlawn provided a loan with a principal amount of $1,025,000 that was to be paid back in full less than five months later.  (Dkt. Nos. 15, 17, 20, 21 at p. 1-2).  However, Petitioner provides no corroboration that amount was actually paid to the obligors under the note.  Exhibit 10 to the Petition is an August 10, 2017, letter from First Nationwide Title, the purported escrow agent, advising Keith Berglund (Woodlawn's sometime counsel and sometime managing member) that First Nationwide Title had received $512,500, which represents part of the net proceeds of the Loan…"  (Dkt. No. 15-10).  The letter states that "First Nationwide will not release any part of the Net Proceeds" until it received written confirmation from Mr. Berglund that he and the lender are satisfied with the borrower's executed loan documents.  *Id.*  However, no such confirmation has been provided and absent discovery, the government cannot verify whether either the initial $512,500 or any additional funds were ever disbursed to the obligors.

13.     The petition also states that "The *primary* collateral for the Note was the Lien on the Project which is memorialized by the Mortgage dated August 7, 2017..." and references title insurance (Dkt. Nos. 15, 17, 20, 21 at ¶¶ 6, 7) (emphasis added).[2]  To the extent that additional

---

[2] In Dkt. No. 21, "project" is changed to "property".

collateral exists for the note upon which Petitioner bases its claim, discovery would reveal whether such collateral affects the extent of the interest Petitioner claims to the Baxter Street Property.

14.     Further, the petition states that "payments by the Manaforts to Woodlawn on the Note were made on a sporadic basis," (Dkt. 15 at ¶ 11) but fails to provide information about how much was paid over what period of time or to whom.  The Petition goes on to explain that Woodlawn and the Manaforts engaged in forbearance negotiations until the Baxter Street Property became subject to the Court's October 10, 2018, Consent Order of Forfeiture.  Without discovery, the United States is unable to determine what, if any, amounts remain outstanding under the purported loan, or the extent to which it was intended to be paid back.  Such discovery is necessary for the government to ascertain even the basic nature and extent of the Petitioner's claimed interest in the property and relief sought, as required under Section 853(n)(3).

15.     Discovery is also needed to determine whether the loan from this Nevada corporate entity constituted a real or sham transaction.  One of the loan documents Petitioner filed in support of its petition suggests that its interest is based upon a "Loan from Adler to Jesand, LLC as guaranteed by Paul Manafort."  *See* (Dkt. No. 15-4 (re: line)).  However, Woodlawn's counsel has represented to counsel for the United States that Mr. Adler is not the person behind the purported loan from Woodlawn, yet has refused to identify who is.

16.     Woodlawn's assertions include a contention that the loan was based upon "standard documentation consistent with a loan secured by real estate."  (Dkt. Nos. 15, 17, 20, 21 at ¶ 5).  This documentation appears to include that same letter from the defendant's counsel, Bruce Baldinger, which states that "Except as otherwise disclosed, this firm is not aware of any action, suit or proceeding pending or threatened against or affecting the Obligor [including the Manafort] before or by any court, administrative agency or any other governmental authority."  (Dkt. No. 15-4 at 3 ¶7).  This letter provides an equivocal statement about whether the Obligor, including Manafort) was in

default or in violation of law to which it or any of its properties are subject. *Id.* at ¶8.  These

representations appear inconsistent with the public reporting on the extent of the criminal

investigation and the knowledge of attorneys representing Manafort.  Nevertheless, Woodlawn

purports to have extended a five-month loan for in excess of $1 million, which it contends was not

paid back by the maturity date and was the subject of forbearance discussions for an additional ten

months.  Discovery is needed to establish whether the purported loan was an arms-length transaction

and whether this was a real or fictitious loan for which no repayment was ever expected.  Such facts

are necessary to establish if Woodlawn has a legitimate basis for participation in these ancillary

proceedings and whether it has a legal interest in the property for purposes of its claims under

Section 853(n)(6)(A) or (B).

17.     The use of sham transactions, false loans and loan fraud is consistent with the facts of

the criminal conduct underlying this prosecution.  As set forth in this action, Manafort and his co-

defendant Gates further conspired to classify overseas payments from some of these Manafort-

controlled companies as "Loans" in order to avoid taxes.  *See* Statement at ¶ 38, 39; Information at ¶

16.  Manafort further engaged in false and fraudulent representations in order to obtain millions of

dollars in other loans.  *See* Statement at ¶¶ 47, 49, 51, 52.

18.     The Petition further fails to state any factual basis for its contention that Woodlawn

"is a bona fide purchaser for value of its interest in the subject property and was at the time of

purchase reasonably without cause to believe that the property was subject to forfeiture…"  (Dkt.

No. 15 at ¶19).  Petitioner omitted this contention in its "Amended Petition in Opposition to Order of

Forfeiture," (Dkt. No. 17), and later inserted a bald contention in its "Second Amended Petition" and

Second Amended Petition (Corrected)").  (Dkt. Nos. 20 at ¶16, 21 at ¶18).  As noted previously,

discovery is needed to determine the extent to which Woodlawn can establish that it was a bona fide

purchaser.  In addition, to respond to Petitioner's claim under Section 853(n)(6)(B), the United

States needs discovery to determine what Woodlawn knew or reasonably should have known at the time it acquired its purported interest.

19.     As set forth above and in light of the statutory requirements of 21 U.S.C. § 853(n)(2), (3) and (6), and the constitutional standing requirements for participation in these ancillary proceedings, the United States contends that discovery is necessary to enable the government to fully respond to Petitioner's motion for summary judgment.  Through this declaration and its motion, the United States respectfully requests that the Court permit it to take discovery to obtain the following facts and information

      a.  Information regarding the establishment, beneficial ownership, nature and activities of Woodlawn LLC.

      b.  Information regarding the origin, amount, disbursement and payment of any funds as a loan as a basis for the Petition, and the basis for any such loan.

      c.  Information regarding payments made to Woodlawn, its members, or owners, as payment for any such loan.

      d.  Information regarding any actual or proposed default, forbearance, or related negotiations.

      e.  Information regarding the relationship between Woodlawn and Manafort.

20.     The facts and information sought by the United States is the type of information needed to determine the extent to which the United States will oppose recognition of Woodlawn's lien and the extent and nature of its claim.

21.     Upon reasonable inquiry, I am informed that during the course of its investigation of Manafort, the FBI and Special Counsel's Office did not obtain financial records from Woodlawn or Manafort that would establish that any of the purported loan proceeds from Woodlawn were paid or disbursed to Manafort.  Similarly, the investigation did not yield financial records to establish that

Manafort made any payments to Woodlawn.  In addition, the investigation did not identify the beneficial owner(s) of Woodlawn or the source of funding for any payments or disbursements from or on behalf of Woodlawn to Manafort.  Without discovery and because Woodlawn has refused to provide such information in connection with the ancillary proceedings, the United States lacks sufficient evidence to verify the identity and source of funding for the purported loans from Woodlawn, the extent to which any such loans resulted in distributions to and a debt owed by Manafort, and, if so, the extent to which some portion of the loan amount may remain unpaid.

22.     The identified facts and information are discoverable from Petitioner because it holds the information regarding the nature and extent of its interest in the Baxter Street Property, any payments made to disburse the loan proceeds and payments received under the purported loan, as well as information regarding the source of funds and any discussions between Woodlawn, its beneficial owner(s), their representatives and the obligors.  Indeed, Petitioner's counsel has represented to counsel for the United States that Woodlawn has already collected much of the information the United States had requested in an attempt to obtain informal discovery.  Additional information may be available from third parties, such as financial institutions, former managers of Woodlawn, representatives of the obligors, or others who participated in the negotiation of the purported loan, the establishment of Woodlawn, the forbearance negotiations, and the execution of any payments on behalf of Woodlawn or the obligors.

23.     In order to discover facts necessary to respond to Petitioner's  regarding Petitioner's identity, the extent of its interest and relationship to the defendant, as well as the basis for Petitioner's claims in these proceedings, the United States requests that the Court authorize it to conduct the following discovery:

a. Up to 15 Special Interrogatories consistent with the Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions regarding the identity of Woodlawn and the extent and nature of its claims.

b. Up to 10 additional interrogatories regarding the factual and legal bases for Petitioner's claims.

c. Up to nine depositions.  The United States anticipates this may include Woodlawn's beneficial owner(s); Woodlawn's past and present managers Keith Berglund and Joseph Rappa who verified petitions in this action; Bruce Baldinger who Petitioner contends negotiated the loan with Mr. Berglund; Scott Adler who is referenced in Petitioner's papers as a possible source of the loan; the escrow agent for disbursement of the purported loan proceeds; and others with relevant knowledge, such as persons involved in the establishment of Woodlawn or the provision of the loan, payments under the loan, or forbearance negotiations.

d. Requests for production.

e. Requests for admission.

f. Subpoenas to third parties pursuant to Federal Rule of Civil Procedure 45 and 18 U.S.C. § 986.

24.     Recognizing the need to balance the expeditious resolution of this matter with sufficient time for Petitioner to respond to the United States' requests, the United States requests that this discovery be conducted over a period of ninety days.

25.      As set forth above and in the United States' motion and memorandum, discovery has not yet been authorized in these ancillary proceedings and addressing the matters set forth in Woodlawn's motion for summary judgment is neither ripe nor appropriate at this time.  Accordingly,

the Court should find that Woodlawn's motion is premature and grant the United States' motion for discovery.

Under penalty of perjury and pursuant to 28 U.S.C. § 1746, I hereby affirm that the foregoing is true and correct to the best of my knowledge.


Dated:          March 22, 2019                          _____/s/_____
                                                        Daniel H. Claman

**Exhibit A to the Declaration of Daniel H. Claman**

Woodlawn Records from Nevada Secretary of State

# STATE OF NEVADA



**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary*
*for Commercial Recordings*

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

OFFICE OF THE
## SECRETARY OF STATE

## Certified Copy

February 27, 2019

**Job Number:**           C20190221-2180
**Reference Number:**   00011246292-57
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| 20170331320-52 | Articles of Organization | 4 Pages/1 Copies |
| 20170415763-86 | Initial List | 1 Pages/1 Copies |
| 20170491042-60 | Registered Agent Change | 1 Pages/1 Copies |
| 20180386508-81 | Annual List | 1 Pages/1 Copies |
| 20180536848-85 | Amended List | 1 Pages/1 Copies |

Respectfully,

Barbara K. Cegavske
Secretary of State

Certified By: Raphael Alves
Certificate Number: C20190221-2180

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138

# STATE OF NEVADA

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary*
*for Commercial Recordings*



*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
## SECRETARY OF STATE

## Certified Copy

February 27, 2019

| | |
|---|---|
| **Job Number:** | C20190221-2180 |
| **Reference Number:** | 00011246292-57 |
| **Expedite:** | |
| **Through Date:** | |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

**Document Number(s)**
20170331320-52

**Description**
Articles of Organization

**Number of Pages**
4 Pages/1 Copies

Respectfully,

Barbara K. Cegavske
Secretary of State

Certified By: Raphael Alves
Certificate Number: C20190221-2180





**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*050106*

# Articles of Organization
## Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

| Filed in the office of | Document Number |
|---|---|
| *Barbara K Cegavske* | 20170331320-52 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 08/02/2017 10:20 AM |
| State of Nevada | Entity Number |
| | E0364022017-4 |

[This document was filed electronically.]

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

| | | | |
|---|---|---|---|
| **1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions) | WOODLAWN, LLC | Check box if a Series Limited-Liability Company ☐ | Check box if a Restricted Limited-Liability Company ☐ |

| | |
|---|---|
| **2. Registered Agent for Service of Process:** (check only one box) | ☒ Commercial Registered Agent: AMERICAN CORPORATE ENTERPRISES, INC. <br> Name <br><br> ☐ Noncommercial Registered Agent (name and address below) **OR** ☐ Office or Position with Entity (name and address below) <br><br> Name of Noncommercial Registered Agent **OR** Name of Title of Office or Other Position with Entity <br><br> _____ _____ Nevada _____ <br> Street Address                City              Zip Code <br><br> _____ _____ Nevada _____ <br> Mailing Address (if different from street address)     City        Zip Code |

| | |
|---|---|
| **3. Dissolution Date:** (optional) | Latest date upon which the company is to dissolve (if existence is not perpetual): _____ |

| | |
|---|---|
| **4. Management:** (required) | Company shall be managed by: ☒ Manager(s) **OR** ☐ Member(s) (check only one box) |

| | | | | |
|---|---|---|---|---|
| **5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3) | 1) DEANNA K KELLY <br> Name <br> 123 WEST NYE LN STE 129 <br> Street Address | CARSON CITY <br> City | NV <br> State | 89706 <br> Zip Code |
| | 2) _____ <br> Name <br> _____ <br> Street Address | _____ <br> City | ____ <br> State | _____ <br> Zip Code |
| | 3) _____ <br> Name <br> _____ <br> Street Address | _____ <br> City | ____ <br> State | _____ <br> Zip Code |

| | |
|---|---|
| **6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State. <br><br> DEANNA K KELLY     **X** DEANNA K KELLY <br> Name        Organizer Signature <br> 123 WEST NYE LN STE 129   CARSON CITY   NV   89706 <br> Address     City     State   Zip Code |

| | |
|---|---|
| **7. Certificate of Acceptance of Appointment of Registered Agent:** | *I hereby accept appointment as Registered Agent for the above named Entity.* <br><br> **X** AMERICAN CORPORATE ENTERPRISES, INC.        8/2/2017 <br> Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity   Date |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 86 DLLC Articles
Revised: 10-1-15

Articles of Organization

for

WOODLAWN, LLC


LET IT BE KNOWN: that we at American Corporate Enterprises, Inc. and Deanna Kelly, desiring to form a Limited Liability Company for the purposes set forth herein and in conformance with Chapter 86 of the Nevada Revised Statutes, do establish:

**First**     **Name:**     The name of the Limited Liability Company is:

WOODLAWN, LLC

**Second**     **Principal Place of Business:**     The principal place of business shall be located at, but not limited to:

123 W. Nye Lane, Suite 129
Carson City, NV  89706

**Third**     **Registered Agent and Office:**     The Company shall have as Registered Agent the firm of American Corporate Enterprises, Inc., which is located at:

123 W. Nye Lane, Suite 129
Carson City, NV  89706

**Fourth**     **Management:**     The business of the company shall be conducted under the Manager, who shall have exclusive authority to act for the company in all matters. The name and address of the initial Manager is:

Deanna K. Kelly
123 W. Nye Lane, Suite 129
Carson City, NV  89706

**Fifth**     **Duration:**     The duration shall be perpetual hereof with the Secretary of State of Nevada, unless sooner dissolved as provided by statute.

**Sixth**     **Purpose:**     This Limited Liability Company is organized in order to participate in business, in a lawful manner, as it deems appropriate, but will not in the business of banking or insurance.

**Seventh**    **Admission of Additional Members:**    New members may be added solely by the unanimous consent of all members involved in management and upon such terms as are unanimously agreed upon by all members entitled to a dividend upon dissolution or liquidation.

**Eighth**    **Continuity:**    The company reserves the right to continue the operation of business and shall not be dissolved soleley because of the death, retirement, expulsion, bankruptcy or dissolution of a member of the company. The return of capital and the distribution of profits shall be determined from the company's books, as of the effective day of withdrawl, based on generally accepted accounting practices, and paid as soon as practicable without diminishing the prospects of the company's ventures and subject to the limitations of Chapter 86 of the Nevada Revised Statutes, as amended.

Dated this 2nd. day of August, 2017

I, the undersigned, verify that I am the person who has executed these Articles of Organization.

American Corporate Enterprises, Inc.

Deanna K. Kelly/Manager

# CERTIFICATE OF ACCEPTANCE OF APPOINTMENT
# BY AGENT FOR SERVICE OF PROCESS

### IN THE MATTER OF WOODLAWN, LLC

I, American Corporate Enterprises, Inc., hereby certify that on 2nd. day of August, 2017 I accepted the appointment as agent for service of process of the above named Limited Liability Company in accordance with Chapter 86 of NRS.

FURTHERMORE, that the office for the agent of service of process in this state is located at 123 W. Nye Lane, Suite 129, Carson City, County of Carson, State of Nevada, 89706.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd. day of August, 2017.

Authorized Signature for American Corporate Enterprises, Inc.

Deanna K. Kelly/Manager

## STATE OF NEVADA

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary*
*for Commercial Recordings*



*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

OFFICE OF THE
## SECRETARY OF STATE

## Certified Copy

February 27, 2019

**Job Number:**       C20190221-2180
**Reference Number:**  00011246292-57
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| **Document Number(s)** | **Description** | **Number of Pages** |
|---|---|---|
| 20170415763-86 | Initial List | 1 Pages/1 Copies |



Respectfully,

Barbara K. Cegavske
Secretary of State

Certified By: Raphael Alves
Certificate Number: C20190221-2180

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

E0364022017-4

WOOLAWN, LLC

NAME OF LIMITED LIABILITY COMPANY

FOR THE FILING PERIOD OF         8/2017        TO        8/2018

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐   Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

**IMPORTANT:** Read instructions below completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A Manager, or if none, a Managing Member of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to the form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

ANNUAL LIST FILING FEE: $150.00   LATE PENALTY: $75.00 (if filed late)      BUSINESS LICENSE FEE: $200.00   LATE PENALTY: $100.00 (if filed late)

Filed in the office of

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number
**20170415763-86**

Filing Date and Time
**09/28/2017 8:03 AM**

Entity Number
**E0364022017-4**

ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

NRS 76.020 Exemption Codes

001 - Governmental Entity

006 - NRS 680B.020 Insurance Co.

☐   Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE·** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

**MANAGER OR MANAGING MEMBER**

NAME

KEITH W. BERGLUND

ADDRESS

123 W. NYE LANE, SUITE 129

CITY

CARSON CITY

STATE   ZIP CODE

NV   89706

**MANAGER OR MANAGING MEMBER**

NAME

ADDRESS

CITY

STATE   ZIP CODE

**MANAGER OR MANAGING MEMBER**

NAME

ADDRESS

CITY

STATE   ZIP CODE

**MANAGER OR MANAGING MEMBER**

NAME

ADDRESS

CITY

STATE   ZIP CODE

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X *Keith W. Berglund*

**Signature of Manager, Managing Member or Other Authorized Signature**

Date   9-27-2017

Title MANAGER

Nevada Secretary of State List Manual form
Form: 100403   Revised: 7-1-15

# STATE OF NEVADA

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary*
*for Commercial Recordings*



**Commercial Recordings Division**
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
## SECRETARY OF STATE

## Certified Copy

February 27, 2019

**Job Number:**     C20190221-2180
**Reference Number:**  00011246292-57
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

**Document Number(s)**     **Description**               **Number of Pages**
20170491042-60          Registered Agent Change      1 Pages/1 Copies

Respectfully,

Barbara K. Cegavske
Secretary of State

Certified By: Raphael Alves
Certificate Number: C20190221-2180

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* | **20170491042-60** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **11/20/2017 6:49 AM** |
| State of Nevada | Entity Number |
| | **E0364022017-4** |

## Statement of Change of Registered Agent by Represented Entity

### (PURSUANT TO NRS 77.340)

This form may be submitted by the Represented Entity to appoint a new Registered Agent or amend own service of process info. For more information please visit http://www.nvsos.gov/index.aspx?page=141

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Represented Entity:**

WOODLAWN, LLC

**2. Entity File Number:** E0364022017-4

**3. This statement of change will have the following effect:**   (check only one)

☒ Appoints a new agent for service of process (complete 4a or 4b)

☐ Updates contact information of the Represented Entity acting as own agent (complete 4c)

**4. Information in effect upon the filing of this statement:**   (complete only one section)

a) Commercial Registered Agent:

AGENTS AND CORPORATIONS, INC.
Name

b) Noncommercial Registered Agent:

| | | | |
|---|---|---|---|
| Name | | | |
| Street Address | City | Nevada | Zip Code |
| Mailing Address (if different from street address) | City | Nevada | Zip Code |

c) Title of Office or Other Position within Represented Entity:

KEITH W. BERGLUND
Name of Title of Position

MANAGER
Street Address

149 S. BARRINGTON AVE, #181    LOS ANGELES    CA    Nevada    90049
Mailing Address (if different from street address)    City    Zip Code

**5. Signature of Represented Entity:** (required)

X *Keith W. Bergh*    11-17-2017
Authorized Signature    Date

**6. Registered Agent Acceptance:**   (required)

I hereby accept appointment as Registered Agent for the above named Entity.

X *[signature]*    11-20-17
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date

FEE: $60.00

This form must be accompanied by appropriate fees.

Nevada Secretary of State Form RA Change by Entity
Revised: 1-5-15

## STATE OF NEVADA

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary*
*for Commercial Recordings*



**Commercial Recordings Division**
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
## SECRETARY OF STATE

### Certified Copy

February 27, 2019

**Job Number:**        C20190221-2180
**Reference Number:**  00011246292-57
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| **Document Number(s)** | **Description** | **Number of Pages** |
|---|---|---|
| 20180386508-81 | Annual List | 1 Pages/1 Copies |

Respectfully,

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State

Certified By: Raphael Alves
Certificate Number: C20190221-2180

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE
## BUSINESS LICENSE APPLICATION OF:

**ENTITY NUMBER**

WOODLAWN, LLC

E0364022017-4

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF **AUG, 2018** TO **AUG, 2019**

*100403*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager, or if none, a Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for **each** additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**ANNUAL LIST FILING FEE: $150.00   LATE PENALTY: $75.00 (if filing late)**           **BUSINESS LICENSE FEE: $200.00   LATE PENALTY: $100.00 (if filing late)**

| | |
|---|---|
| Filed in the office of<br>*Barbara K. Cegavske* | **Document Number**<br>**20180386508-81** |
| Barbara K. Cegavske<br>Secretary of State<br>State of Nevada | **Filing Date and Time**<br>**08/31/2018 11:20 AM** |
| | **Entity Number**<br>**E0364022017-4** |

**(This document was filed electronically.)**
**ABOVE SPACE IS FOR OFFICE USE ONLY**

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

**NRS 76.020 Exemption Codes**
001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

| NAME | | | |
|---|---|---|---|
| JOSEPH RAPPA | **MANAGER OR MANAGING MEMBER** | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 23548 CALABASAS ROAD, STE 206E | CALABASAS | CA | 91302 |

| NAME | | | |
|---|---|---|---|
| | **MANAGER OR MANAGING MEMBER** | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

| NAME | | | |
|---|---|---|---|
| | **MANAGER OR MANAGING MEMBER** | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

| NAME | | | |
|---|---|---|---|
| | **MANAGER OR MANAGING MEMBER** | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

**None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.**

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** JOSEPH RAPPA

| Title | Date |
|---|---|
| MANAGING MEMEBER | 8/31/2018 11:20:10 AM |

**Signature of Manager, Managing Member or Other Authorized Signature**

Nevada Secretary of State List ManorMem
Revised: 7-1-17

# STATE OF NEVADA

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary*
*for Commercial Recordings*



**Commercial Recordings Division**
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
## SECRETARY OF STATE

## Certified Copy

February 27, 2019

**Job Number:**        C20190221-2180
**Reference Number:**  00011246292-57
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

**Document Number(s)**     **Description**          **Number of Pages**
20180536848-85             Amended List             1 Pages/1 Copies



Respectfully,

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State

Certified By: Raphael Alves
Certificate Number: C20190221-2180

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE
## BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

**WOODLAWN, LLC**

E0364022017-4

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF **AUG, 2018** TO **AUG, 2019**

*100403*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

| Filed in the office of | Document Number |
|---|---|
| *Barbara K Cegavske* | 20180536848-85 |
| Barbara K. Cegavske Secretary of State State of Nevada | Filing Date and Time 12/14/2018 10:29 AM |
| | Entity Number E0364022017-4 |

1. Print or type names and addresses, either residence or business, for all manager or managing members. A Manager, or if none, a Managing Member of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

ANNUAL LIST FILING FEE: $150.00    LATE PENALTY: $75.00 (if filing late)    BUSINESS LICENSE FEE: $200.00    LATE PENALTY: $100.00 (if filing late)

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

**NRS 76.020 Exemption Codes**
001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code:

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

| NAME | |
|---|---|
| KEITH W BERGLUND | **MANAGER OR MANAGING MEMBER** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 149 S BARRINGTON AVE | LOS ANGELES | CA | 90049 |

| NAME | |
|---|---|
| | **MANAGER OR MANAGING MEMBER** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| NAME | |
|---|---|
| | **MANAGER OR MANAGING MEMBER** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| NAME | |
|---|---|
| | **MANAGER OR MANAGING MEMBER** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** KEITH W BERGLUND

| Title | Date |
|---|---|
| MANAGING MEMEBER | 12/14/2018 10:29:22 AM |

**Signature of Manager, Managing Member or Other Authorized Signature**

Nevada Secretary of State List ManorMem
Revised: 7-1-17