# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case No. 1:18-mc-00167 (ABJ)** |
| **v.** ) | |
| ) | |
| **IN RE: PETITIONS FOR RELIEF** ) | |
| **CONCERNING CONSENT ORDER OF** ) | |
| **FORFEITURE** ) | |
| ) | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Zia Faruqui, at telephone number 202-252-7117, hereby informs the Court that he is entering his appearance as co-counsel in this matter on behalf of the United States.

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney
        D.C. Bar No. 472845

BY:    /s/ *Zia M. Faruqui*
        ZIA M. FARUQUI
        Assistant United States Attorney
        D.C. Bar No. 494990
        U.S. Attorney's Office
        555 4th Street, NW
        Washington, D.C. 20530
        (202) 252-7117
        Zia.Faruqui@usdoj.gov