# CHASE for BUSINESS
*Printed from Chase for Business*

## IOLTA ACCOUNT (...7932) >

| Available balance | Present balance | Available credit | Available plus credit |
|---|---|---|---|
| ██████ | $█████ | $0.00 | ██████ |

**SHOWING** Search

**Filtered by:** Aug 1, 2017 to Aug 31, 2017    All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Aug 31, 2017 | TRUST INTEREST TRANSFER | Misc. debit | ███ | ███ |
| | INTEREST PAYMENT | Misc. credit | ███ | ███ |
| Aug 28, 2017 | ██████ | ███ | ███ | ███ |
| Aug 22, 2017 | ██████████ | ████████ | ███████ | ███████ |
| | ONLINE WIRE TRANSFER VIA: BK AMER NYC/026009593 A/C: ██MOMENTUM CAPITAL LLC██ SANTA MONICA CA 90401 US IMAD: 0822B1QGC01C003623 TRN: 3379200234ES 08/22 | Outgoing wire transfer | -$3,159.00 | ███ |
| Aug 21, 2017 | WIRE TRANSFER VIA: TD BANK, NA/031201360 A/C: LAW OFFICES OF BRUCE E. BALDINGER REF: THE LAW OFFICES OF BRUCE E. BALDINGER, LLC ATTORNEY TRUST ACCOUNT IMAD: 0821B1QGC08C004491 TRN: 5472200230ES 08/21 | Outgoing wire transfer | -$506,841.00 | ███████ |
| Aug 17, 2017 | FEDWIRE CREDIT VIA: BANK OF AMERICA, N.A./026009593 B/O: ██████████ SANTA MONICA CA 90401-2634 REF: | Incoming wire transfer | $512,500.00 | ███████ |

EXHIBIT 1



CHASE NYC/CTR/BNF=KEITH BERGLUND ATT CLIENT TRUST LOS ANGELES, CA 9004 9/AC-000000009748 RFB=208820234 OBI =LOAN TRANCHE TWO IMAD: 0817B6B7HU1R004986 TRN: 2041209229FF

| Date | Description | Type | Amount |
|---|---|---|---|
| Aug 14, 2017 | | | |
| Aug 10, 2017 | WIRE TRANSFER VIA: CITIBANK NYC/021000089 A/C: FIRST NATIONWIDE TITLE AGENCY, LLC NEW YORK NY 10017 US REF: THE FUNDS WILL NOT BE RELEASED ABSENT WRITTEN APPROVAL FROM ME. FUNDS RETURNED IN 10 DAYS TO THIS SENDING ACCOUNT. FN-13390-NY 123BAXTER ST./TIME/06:00 IMAD: 0810B1QGC08C003083 TRN: 5300300221ES 08/10 | Outgoing wire transfer | -$512,500.00 |
| Aug 7, 2017 | FEDWIRE CREDIT VIA: BANK OF AMERICA, N.A./026009593 B/O: ▮▮▮▮▮▮▮ SANTA MONICA CA 90401-2634 REF: CHASE NYC/CTR/BNF=KEITH BERGLUND ATT CLIENT TRUST LOS | Incoming wire transfer | $512,500.00 |