**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | |
| **PAUL J. MANAFORT, JR.,** : | |
| : | |
| *Defendant* : | |
| : | |
| **IN RE:** : | Case No. 1:18-mc-00167 |
| **PETITIONS FOR RELIEF CONCERNING** : | |
| **CONSENT ORDER OF FORFEITURE** : | Judge Amy B. Jackson |
| : | |
| **WOODLAWN, LLC,** : | |
| : | |
| *Petitioner* : | |

# DECLARATION EXHIBIT A

## Payments Received

1. 8.22.17    $3,159.00    1/2 month interest, directed from B. Baldinger
2. 11.08.18   $6,192.70    KM Irrevocable Trust, Mark Gittleman Trustee
3. 9.5.18     $6,192.70    KM Irrevocable Trust, Mark Gittleman Trustee
4. 7.23.18    $18,578.10   KM Irrevocable Trust, Mark Gittleman Trustee (3 payments)
5. 5.18.18    $6,192.70    KM Irrevocable Trust, Mark Gittleman Trustee
6. 3.23.18    $6,192.70    KM Irrevocable Trust
7. 3.6.18     $6,192.70    KM Irrevocable Trust
8. 1.25.18    $6,192.70    KM Irrevocable Trust Bank of America
9. 12.15.17   $6,192.70    Kathleen Manafort, Capital One Bank (Acct # 135-02-84237)
10. 11.27.17  $6,192.70    Kathleen Manafort, Capital One Bank
11. 11.21.17  $6,192.70    Kathleen Manafort, Capital One Bank