**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | |
| **PAUL J. MANAFORT, JR.,** : | |
| *Defendant* : | |
| **IN RE:** : | Case No. 1:18-mc-00167 |
| **PETITIONS FOR RELIEF CONCERNING** : | |
| **CONSENT ORDER OF FORFEITURE** : | Judge Amy B. Jackson |
| **WOODLAWN, LLC,** : | |
| *Petitioner* : | |

# DECLARATION EXHIBIT B

# CHASE for BUSINESS
Printed from Chase for Business

## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Jul 30, 2018 | $18,578.10 | 1 |

## Deposit Slip

### Check

---

**KM IRREVOCABLE TRUST**
**MARK I GITTELMAN TRTEE**
**BRUCE E BALDINGER TRTEE U/A 01/02/2018**
300 COLFAX AVE
CLIFTON NJ 07013-1794

1032
55-33/212 NJ
90128

Date: 07/23/2018

Pay To The Order Of: KEITH W. BERGLUND          $ 18,578.10

EIGHTEEN THOUSAND FIVE HUNDRED SEVENTY EIGHT 10/100 Dollars

**Bank of America**

ACH B/T 021200339
PAUL MANAFORT
BAXTER ST. MORTGAGE
For: JUNE, JULY, AUGUST 2018

⑆021200339⑆ 381042055509⑈ 1032

Harland Clarke

---

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 1032 | $18,578.10 | 381042055509 | 021200339 |

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Mar 26, 2018 | $6,192.70 | 1 |

## Deposit Slip

### Check

```
DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

Account:    PAYMENT         PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER            $6,192.70

                            Please Direct Any Questions To                              33/212
                            (855) 739-0856
KM IRREVOCABLE TRUST        ONLINE BANKING - BILL PAYMENT                               0000005124
300 COLFAX AVE
CLIFTON, NJ 07013
                            BANK OF AMERICA N.A.                                        March 23, 2018
MEMO: Paul Manafort

Pay SIX THOUSAND ONE HUNDRED NINETY TWO AND 70/100 --------------------                 DOLLARS

                                                                                $ *****6,192.70

TO      KEITH W BERGLUND
THE     149 S BARRINGTON AVE # 181                              Void After  180 DAYS
ORDER   LOS ANGELES, CA 90049-3310                              Signature On File
OF                                                              This check has been authorized
                                                                by your depositor

⑆005124⑆  ⑈021200339⑈  381042055509⑈  189
```

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 5124 | $6,192.70 | 381042055509 | 021200339 |

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

**KATHLEEN BOND MANAFORT**
601 N FAIRFAX ST APT 405
ALEXANDRIA, VA 22314-2079

401
65-7198/2550

Date: 11/21/17

Pay to the Order of: Keith W. Berglund, Attorney Client Trust Acct.   $ 6,192.70

Six thousand one hundred ninety-two 70/100 Dollars

Capital One Bank

For: October 2017

⑆255071981⑆ 135 02 84237⑈ 0401

Harland Clarke

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 401 | $6,192.70 | 1350284237 | 255071981 |

JPMorgan Chase Bank, N.A. Member FDIC    ©2019 JPMorgan Chase & Co.    Equal Opportunity Lender