**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                         )
**UNITED STATES OF AMERICA,**        )
                                                         )
                    **v.**                               )
                                                         )
**PAUL J. MANAFORT, JR.,**               )
                                                         )
                    **Defendant.**               )
_____)
                                                         )
**IN RE: PETITIONS FOR RELIEF**         )
**CONCERNING CONSENT ORDER OF**  )        **Case No. 1:18-mc-00167-ABJ**
**FORFEITURE**                                    )
_____)

**UNITED STATES' MOTION FOR EXTENSION OF TIME**
**IN WHICH TO SUBMIT REPLY IN SUPPORT**
**OF ITS MOTION FOR DISCOVERY UNDER**
**FED. R. CIV. P. 56(D) AND FED. R. CRM. P. 32.2(c)(1)(B)**

The United States of America, by and through its undersigned counsel, respectfully

moves this Court pursuant to Fed. R. Civ. P. 6(b)(1) and Fed. R. Crm. P. 45(b) for a brief

enlargement of time until April 16, 2019, in which to submit its reply in support of its Motion for

Discovery Under Federal Rule of Civil Procedure 56(d) and Federal Rule of Criminal Procedure

32.2(c)(1)(B).  (Dkt. No. 55).  The short extension will permit the United States an opportunity

to provide a more fulsome reply in support of its motion and accommodate the transfer of the

case from the Special Counsel's Office to the Office of the United States Attorney for the

District of Columbia.  The government has requested Petitioner's consent but has not yet

received a response.

In support of this motion, the government states:

1.        On March 22, 2019, the United States filed its Motion for Discovery, Statement of

Points and Authorities in Support of its Motion for Discovery and in Opposition to Petitioner

Woodlawn LLC's Motion for Summary Judgment, and related attachments.  (Dkt. Nos. 55, 55-1, 55-2, 55-3, 55-4, and 56).

2.      On April 4, 2019, Petitioner Woodlawn filed an opposition to the government's motion for discovery and reply in support of its motion for summary judgment.  (Dkt. Nos. 61, 62).  Along with its filing, Petitioner included a declaration of the member of Woodlawn and additional supporting material not previously provided in support of its petition.

3.      Beginning on March 25, 2019, attorneys representing the Special Counsel's Office withdrew their appearance in this matter, and attorneys for the U.S. Attorney's Office for the District of Columbia entered their appearances.  (Dkt. Nos. 57, 58, 63).   The supervision of this action has since been transitioned to the U.S. Attorney's Office.

4.      There is good cause for the Court to grant the government's unopposed request for an extension.  An enlargement until April 16, 2019, will permit the government to provide a more fulsome response in support of its motion for discovery and permit review consistent with the transfer of supervision of this action to the U.S. Attorney's Office.  A more complete response also will provide the Court with a more information upon which to base its determination and, therefore, is in the interest of justice.

5.      Pursuant to Local Rule 7(m), counsel for the United States has attempted to confer with counsel for Woodlawn, but has not yet been able to get in touch with him.

6.      The government avers that the short extension of five days will not prejudice Petitioner Woodlawn or any other party.

7.      Wherefore, the United States respectfully requests that the Court grant this motion for an enlargement of time until April 16, 2019, in which to submit its reply to Petitioner

Woodlawn LLC's opposition to the government's motion for discovery.  A proposed order is attached.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: _____
Zia M. Faruqui, D.C. Bar 494990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
 (202) 252-7117 (Faruqui)
zia.faruqui@usdoj.gov

By:    */s/ Daniel H. Claman*
Daniel H. Claman
Money Laundering and
   Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone:  (202) 514-1263

Counsel for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, I have provided notice of the forgoing through the Court's Electronic Filing System to such counsel of record or pro se litigants as have consented to accept service through such means.  I have also transmitted a copy of this filing via electronic mail to the following, who do not appear to have registered for notice through the Court's Electronic Filing System or who have not filed an appearance in this matter:

William Clayton Batchelor, Esq.
1601 18th Street, NW Suite 2

Washington, D.C. 20009
wcb@wrightandbatchelor.com

Robert T. Holland, Esq.
BELKIN BURDEN WENIG & GOLDMAN LLP
270 Madison Avenue
New York, New York  10106
RHolland@BBWG.COM
(Attorneys for Claimant the Residential Board of Trump Tower Condominium)

Christopher Doyle
48 Dougherty Drive
Middletown, NJ  07748
cdpar3@msn.com

Gayle Pollack, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York  10022
gpollack@morrisoncohen.com
(Attorney for 29 Howard Street Condominium)

/s/ *Daniel H. Claman*
Daniel H. Claman
Money Laundering and
   Asset Recovery Section