UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>          Defendant.<br><br>IN RE: PETITIONS FOR RELIEF<br>CONCERNING CONSENT ORDER OF<br>FORFEITURE | Case No. 1:18-mc-00167-ABJ |

**REPORT OF UNITED STATES REGARDING PETITIONS OF THE FEDERAL SAVINGS BANK, NATIONAL BANCORP HOLDINGS, AND CHRISTOPHER DOYLE**

The United States of America, by and through its undersigned counsel, respectfully submits this status report in accordance with the Court's March 22, 2019, and April 1, 2019, Minute Orders.

Since the parties' last report, counsel for the United States and for Petitioners The Federal Savings Bank (TFSB) and National Bancorp Holdings (NBH) have continued discussions regarding settlement, which remain ongoing. With the government's consent, TFSB/NBH is in the process of obtaining more recent appraisals of the properties at issue to facilitate the discussions. The United States has been informed that Seetha Ramachandran, counsel for The Federal Savings Bank and National Bancorp Holdings, recently left the law firm of Schulte Roth & Zabel LLP, on April 8, 2019, and will be joining Proskauer Rose LLP on April 29, 2019. Ms. Ramachandran will continue to represent TFSB and NBH in this matter. The parties have been continuing settlement discussions and will further update the Court on May 16, 2019 after Ms. Ramachandran joins Proskauer Rose LLP.

Because Petitioner Doyle claims an interest in one of the properties to which TFSB and NBH have also filed a claim, the United States and Petitioner Doyle believe it would be appropriate for these parties to report back to the Court regarding their discussions at the same time. Counsel for Petitioner Doyle concurs in this report.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: _____
Zia M. Faruqui, D.C. Bar 494990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
 (202) 252-7117 (Faruqui)
zia.faruqui@usdoj.gov

By:   /s/ Daniel H. Claman
Daniel H. Claman
Money Laundering and
    Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone:  (202) 514-1263

Counsel for the United States of America

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 11, 2019, I have provided notice of the forgoing through the Court's Electronic Filing System to such counsel of record or pro se litigants as have consented to accept service through such means. I have also transmitted a copy of this filing via electronic mail to the following, who do not appear to have registered for notice through the Court's Electronic Filing System or who have not filed an appearance in this matter:

William Clayton Batchelor, Esq.
1601 18th Street, NW Suite 2
Washington, D.C. 20009
wcb@wrightandbatchelor.com

Robert T. Holland, Esq.
BELKIN BURDEN WENIG & GOLDMAN LLP
270 Madison Avenue
New York, New York  10106
RHolland@BBWG.COM
(Attorneys for Claimant the Residential Board of Trump Tower Condominium)

Christopher Doyle
48 Dougherty Drive
Middletown, NJ  07748
cdpar3@msn.com

Gayle Pollack, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York  10022
gpollack@morrisoncohen.com
(Attorney for 29 Howard Street Condominium)

                                        /s/ *Daniel H. Claman*
                                        Daniel H. Claman
                                        Money Laundering and
                                            Asset Recovery Section