UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>    Defendant.<br><br>IN RE: PETITIONS FOR RELIEF<br>CONCERNING CONSENT ORDER OF<br>FORFEITURE | Case No. 1:18-mc-00167-ABJ |

**JOINT STATUS REPORT OF UNITED STATES, THE FEDERAL SAVINGS BANK,
NATIONAL BANCORP HOLDINGS, AND CHRISTOPHER DOYLE**

The United States of America and Petitioners The Federal Savings Bank (TFSB), National Bancorp Holdings (NBH), and Christopher Doyle, by and through their respective counsel, respectfully submit this status report in accordance with the Court's April 12, 2019, Minute Order.

Since the Government's April 11, 2019, status report (Dkt. No. 65), counsel for the United States and for Petitioners TFSB and NBH have continued discussions regarding settlement, which remain ongoing and appear productive. As indicated previously, TFSB/NBH have ordered more recent appraisals of the properties at issue to facilitate the discussions. TFSB/NBH anticipate that the appraisals will be completed on or before May 24, 2019. The parties hope to make further progress in their discussions over the coming three weeks and propose to submit a further status report on or before June 6, 2019.

As noted in the April 11, 2019, Status Report, Petitioner Doyle claims an interest in one of the properties that is the subject of negotiations between the United States and TFSB/NBH.

1

The United States and Petitioner Doyle have also continued their discussions.  These negotiations, while independent, may be affected by the negotiations between the United States and TFSB/NBH.  The appraisal ordered by TFSB/NBH may also better inform the discussions between the United States and Petitioner Doyle.  Accordingly, the United States and Petitioner Doyle believe it would be appropriate for these parties to report back to the Court regarding their discussions within the same time period by submitting a further status report on or before June 6, 2019.

Counsel for the United States has conferred with counsel for Petitioners TFSB, NBH and Doyle, who concur in this report and have authorized Government counsel to file it as a Joint Status Report.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: _____
Zia M. Faruqui, D.C. Bar 494990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
 (202) 252-7117 (Faruqui)
zia.faruqui@usdoj.gov

By: */s/ Daniel H. Claman*
Daniel H. Claman
Money Laundering and
    Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone:  (202) 514-1263

Counsel for the United States of America

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I have provided notice of the forgoing through the Court's Electronic Filing System to such counsel of record or pro se litigants as have consented to accept service through such means. I have also transmitted a copy of this filing via electronic mail to the following, who do not appear to have registered for notice through the Court's Electronic Filing System or who have not filed an appearance in this matter:

William Clayton Batchelor, Esq.
1601 18th Street, NW Suite 2
Washington, D.C. 20009
wcb@wrightandbatchelor.com

Robert T. Holland, Esq.
BELKIN BURDEN WENIG & GOLDMAN LLP
270 Madison Avenue
New York, New York  10106
RHolland@BBWG.COM
(Attorneys for Claimant the Residential Board of Trump Tower Condominium)

Gayle Pollack, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York  10022
gpollack@morrisoncohen.com
(Attorney for 29 Howard Street Condominium)

                                              /s/ *Daniel H. Claman*
                                              Daniel H. Claman
                                              Money Laundering and
                                                 Asset Recovery Section