UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| IN RE: PETITIONS FOR RELIEF ) | |
| CONCERNING CONSENT ORDER OF ) | Case No. 1:18-mc-00167-ABJ |
| FORFEITURE ) | |
| ) | |

**JOINT STATUS REPORT OF UNITED STATES, THE FEDERAL SAVINGS BANK,
NATIONAL BANCORP HOLDINGS, AND CHRISTOPHER DOYLE**

The United States of America and Petitioners The Federal Savings Bank (TFSB), National Bancorp Holdings (NBH), and Christopher Doyle, by and through their respective counsel, respectfully submit this status report to apprise the Court of the status of their negotiations.

Since the government's and petitioners' May 16, 2019, joint status report (Dkt. No. 76), counsel for the United States and for Petitioners TFSB and NBH have continued discussions regarding settlement. As reported, TFSB/NBH obtained appraisals of the properties at issue. However, due to a significant difference between appraisals obtained by TFSB/NBH and the government, the United States has undertaken to obtain additional appraisals to facilitate the discussions. The United States anticipates that its appraisals will be completed on or before July 5, 2019.

The United States and Petitioners TFSB, NBH, and Doyle agree that the additional appraisals sought by the government will provide information relevant to the evaluation of the

1

claims, and will facilitate discussions regarding potential resolutions.  In light of the July 4 holiday, the parties recommend filing a further status report by July 10, 2019.

Counsel for the United States has conferred with counsel for Petitioners TFSB, NBH and Doyle, who concur in this report and have authorized the Government counsel to file it as a Joint Status Report.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: _____
Zia M. Faruqui, D.C. Bar 494990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
 (202) 252-7117 (Faruqui)
zia.faruqui@usdoj.gov

By: */s/ Daniel H. Claman*
Daniel H. Claman
Money Laundering and
    Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone:  (202) 514-1263

Counsel for the United States of America

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, I have provided notice of the forgoing through the Court's Electronic Filing System to such counsel of record or pro se litigants as have consented to accept service through such means. I have also transmitted a copy of this filing via electronic mail to the following, who do not appear to have registered for notice through the Court's Electronic Filing System or who have not filed an appearance in this matter:

William Clayton Batchelor, Esq.
1601 18th Street, NW Suite 2
Washington, D.C. 20009
wcb@wrightandbatchelor.com

Robert T. Holland, Esq.
BELKIN BURDEN WENIG & GOLDMAN LLP
270 Madison Avenue
New York, New York  10106
RHolland@BBWG.COM
(Attorneys for Claimant the Residential Board of Trump Tower Condominium)

Gayle Pollack, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York  10022
gpollack@morrisoncohen.com
(Attorney for 29 Howard Street Condominium)

/s/ *Daniel H. Claman*
Daniel H. Claman
Money Laundering and
   Asset Recovery Section