**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| **PAUL J. MANAFORT, JR.,** ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |
| ) | | |
| **IN RE: PETITIONS FOR RELIEF** ) | | |
| **CONCERNING CONSENT ORDER OF** ) | Case No. 1:18-mc-00167-ABJ | |
| **FORFEITURE** ) | | |
| ) | | |

**JOINT STATUS REPORT OF UNITED STATES, THE FEDERAL SAVINGS BANK, NATIONAL BANCORP HOLDINGS, AND CHRISTOPHER DOYLE**

The United States of America and Petitioners The Federal Savings Bank (TFSB), National Bancorp Holdings (NBH), and Christopher Doyle, by and through their respective counsel, respectfully submit this status report to apprise the Court of the status of their negotiations.

In the government's and petitioners' June 13, 2019, joint status report (Dkt. No. 86), counsel for the United States and for Petitioners TFSB and NBH reported that discussions regarding possible settlement were continuing, but that the United States was seeking additional appraisals in light of discrepancies between appraisals obtained by the parties. Regrettably, the appraisals sought by the government have not been finalized, as had been anticipated they would be by July 5, 2019. Nevertheless, the United States and Petitioners TFSB and NBH have continued their discussions and are considering whether liquidation of the properties or other options may help further advance their discussions. The United States and Petitioners TFSB and

NBH expect that they will be able to advance their discussions in the coming weeks, and propose a further report to the Court on or before August 6, 2019.

As previously noted, Petitioner Doyle has claimed an interest in one of the properties to which TFSB also has filed a petition.  The United States and Petitioner Doyle intend to continue their discussions contemporaneously with the discussions between the United States and Petitioners TFSB and NBH.   Accordingly, the United States and Petitioner Doyle recommend that they report on the status of their discussions in the same status report proposed for August 6, 2019.

Counsel for the United States has conferred with counsel for Petitioners TFSB, NBH and Doyle, who concur in this report and have authorized the Government counsel to file it as a Joint Status Report.

                                            Respectfully submitted,

                                            JESSIE K. LIU
                                            United States Attorney

By:    _____
          Zia M. Faruqui, D.C. Bar 494990
          Assistant United States Attorney
          555 4th Street, N.W.
          Washington, D.C.  20530
           (202) 252-7117 (Faruqui)
          zia.faruqui@usdoj.gov

By:    */s/ Daniel H. Claman*
          Daniel H. Claman
          Money Laundering and
             Asset Recovery Section
          Criminal Division
          U.S. Department of Justice
          1400 New York Avenue, N.W., Suite 10100
          Washington, D.C. 20530
          Telephone:  (202) 514-1263

                                            Counsel for the United States of America