UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant.<br><br>IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE | Case No. 1:18-mc-00167-ABJ |

**JOINT STATUS REPORT OF UNITED STATES, THE FEDERAL SAVINGS BANK, NATIONAL BANCORP HOLDINGS, AND CHRISTOPHER DOYLE**

The United States of America and Petitioners The Federal Savings Bank (TFSB), National Bancorp Holdings (NBH), and Christopher Doyle, by and through their respective counsel, respectfully submit this status report to apprise the Court of the status of their negotiations.

Since the parties' July 7, 2019, joint status report (Dkt. No. 87), counsel for the United States and Petitioners TFSB and NBH have continued to consider the possibility of negotiated resolution. Counsel for these parties expect to confer in person this week and again later this month. Although neither party has foreclosed settlement, the parties are also considering possible scheduling in the event that settlement remains elusive.

As before, the United States and Petitioner Doyle intend to continue their discussions contemporaneously with the discussions between the United States and Petitioners TFSB and NBH.

In light of scheduling and annual leave conflicts among the parties, as well as an anticipated trial for counsel for Petitioner Doyle, the parties recommend that they report to the Court on or before October 7, 2019.

Counsel for the United States has conferred with counsel for Petitioners TFSB, NBH and Doyle, who concur in this report and have authorized the Government counsel to file it as a Joint Status Report.

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney

By: _____
        Zia M. Faruqui, D.C. Bar 494990
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7117 (Faruqui)
        zia.faruqui@usdoj.gov

By: */s/ Daniel H. Claman*
        Daniel H. Claman
        Money Laundering and
           Asset Recovery Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, N.W., Suite 10100
        Washington, D.C. 20530
        Telephone: (202) 514-1263

        Counsel for the United States of America