UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | |
| PAUL J. MANAFORT, JR., | ) ) ) | |
| Defendant. | ) ) ) | |
| IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE | ) ) ) ) ) | Case No. 1:18-mc-00167-ABJ |

**NOTICE OF THE UNITED STATES REGARDING PROPOSED BRIEFING SCHEDULE AND MOTION FOR DISCOVERY**

The United States of America, by and through its undersigned counsel, respectfully submits this Notice regarding the proposed briefing schedules set forth in the parties' October 8, 2019, Joint Status Report (Dkt. No. 91).

In the Joint Status Report, the United States advised that it believes a short discovery period is necessary to resolve factual issues concerning the claims set forth in the petitions of The Federal Savings Bank (TFSB) and National Bancorp Holdings, Inc. (NBH), as well as to provide a sufficient record to the Court for adjudication of the petitions.[1]  *Id.*  In light of TFSB and NBH's opposition to discovery, the United States proposed a briefing schedule on a U.S. motion for discovery, with an opening brief due on October 29, 2019, and an opposition and reply due respectively on November 12 and 26.

---

[1] The United States further averred that certain discovery from persons or entities who might become witnesses in the action *United States v. Stephen M. Calk*, No. 19-cr-366-LGS (S.D.N.Y.) may implicate the rights of the defendant or the interests of the United States in that action. *Id.* at 5.

1

In the Joint Status Report, TFSB/NBH suggested that discovery was unnecessary and proposed a merits briefing schedule, beginning on November 4, with an opposition and reply due respectively on November 18 and November 26. *Id.*

On October 29, 2019, the United States submitted a Notice to advise the Court that it had experienced technical issues, which delayed a fulsome review of the extant materials received by the Special Counsel's Office prior to the transfer of the case to the Office of the U.S. Attorney for the District of Columbia. Through this review, the United States hoped to determine whether it may be possible to narrow the scope of additional discovery necessary for adjudication or resolution of the TFSB and NBH petitions. The United States advised the Court of its intention to file either a further status report regarding its efforts in reviewing the materials or its motion for discovery, on or before November 4, 2019.

The United States accordingly submits this status report. The United States has recently obtained access to the extant materials. Additional time is requested to complete a review of these voluminous records. After an initial assessment, the United States continues to believe that additional discovery will be necessary, although the interim document review may allow for narrowing of the scope of such discovery. Accordingly, the United States will file either a further status report or its motion for discovery, on or before November 18, 2019.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By:   \_\_\_\_/s/_____
Zia M. Faruqui, D.C. Bar 494990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-7117
Zia.Faruqui@usdoj.gov

                Daniel H. Claman
                Money Laundering and
                    Asset Recovery Section
                Criminal Division
                U.S. Department of Justice
                1400 New York Avenue, N.W., Suite 10100
                Washington, D.C. 20530
                Telephone:  (202) 514-1263

                Counsel for the United States of America