UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| IN RE: PETITIONS FOR RELIEF ) | Case No. 1:18-mc-00167-ABJ |
| CONCERNING CONSENT ORDER OF ) | |
| FORFEITURE ) | |
| ) | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(d), Petitioners The Federal Savings Bank and National Bancorp Holdings ("Petitioners") move for *pro hac vice* admission of attorney Lucas Kowalczyk in this case. Mr. Kowalczyk submits the attached declaration in support of this motion, addressing each element outlined in Rule 44.1(d). Specifically, Mr. Kowalczyk is a member of the State Bar of New York, he is not a member of the Bar of the District of Columbia and has no pending application to the Bar of the District of Columbia, he has not been disciplined by any bar, he has not been admitted *pro hac vice* in this Court in the past two years, and he does not engage in the practice of law from an office located in the District of Columbia.

Respectfully submitted,

/s/ Owen Masters
Owen Masters (D.C. Bar No. 242139)
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South


Washington, DC 20004-2533
Phone: 202.416.6800
Fax: 202.416.6899
omasters@proskauer.com

*Counsel for The Federal Savings Bank and National Bancorp Holdings, Inc.*