# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>          Defendant. )<br>_____)<br>)<br>IN RE: PETITIONS FOR RELIEF )<br>CONCERNING CONSENT ORDER OF )<br>FORFEITURE )<br>_____) | Case No. 1:18-mc-00167-ABJ |

## UNITED STATES' STATUS REPORT REGARDING TRIAL OF STEPHEN M. CALK

The United States of America, by and through its undersigned counsel, respectfully submits this Status Report in response to the Court's October 16, 2020, Minute Order directing the United States to submit a further status report concerning the scheduling of trial in *United States v. Stephen M. Calk*, 1:19-cr-366 (LGS) (S.D.N.Y.) (the "Calk Trial").

On October 16, 2020, the U.S. District Court for the Southern District of New York adjourned the trial date in *United States v. Stephen M. Calk* to February 16, 2021. October 16, 2020, Order (Calk Dkt. No. 116). A copy of that order is attached.

                                      Respectfully submitted,

                                      MICHAEL R. SHERWIN
                                    Acting United States Attorney

By:   _____
        Zia M. Faruqui, D.C. Bar 494990
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C.  20530
         (202) 252-7117
        zia.faruqui@usdoj.gov

By: */s/ Daniel H. Claman*
Daniel H. Claman
Money Laundering and
   Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone: (202) 514-1263

Counsel for the United States of America