UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> PAUL J. MANAFORT, JR., ) <br> ) <br>       **Defendant.** ) <br> ) <br> IN RE: PETITIONS FOR RELIEF ) <br> CONCERNING CONSENT ORDER OF ) <br> FORFEITURE ) <br> ) <br> THE FEDERAL SAVINGS BANK, ) <br> ) <br>       **Petitioner,** ) <br> ) <br> NATIONAL BANCORP HOLDINGS, INC., ) <br> ) <br>       **Petitioner.** ) <br> ) | Case No. 1:18-mc-00167-ABJ |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Petitioners The Federal Savings Bank and National Bancorp Holdings' Motion to Lift and Vacate Property Restraints, it is hereby:

**ORDERED** that Petitioners' motion is **GRANTED**; and it is further

**ORDERED** that all restraints on:

(1) the real property and premises commonly known as 174 Jobs Lane, Water Mill, New York 11976, (Block 209, Lot 1104), including all appurtenances, improvements, and attachments thereon;

2

    (2) the real property and premises commonly known as 377 Union Street, Brooklyn, New York 11231 (Block 429, Lot 65), including all appurtenances, improvements, and attachments thereon; and

    (3) all funds held in account number XXXXXX0969 held at Petitioner The Federal Savings Bank;

that the government sought to forfeit following Defendant's guilty plea before this Court are hereby **LIFTED** and **VACATED**, including that any lis pendens on the real property described above be vacated and the funds seized from account number XXXXXX0969 held at Petitioner The Federal Savings Bank shall be returned to the Petitioners.

**SO ORDERED.**


_____  
DATE

_____  
AMY BERMAN JACKSON  
United States District Judge