## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| IN RE: PETITIONS FOR RELIEF | ) |
| CONCERNING CONSENT ORDER OF | )   **Case No. 1:18-mc-00167-ABJ** |
| FORFEITURE | ) |
| | ) |

### MOTION TO EXTEND THE DEADLINE TO SUBMIT A SETTLEMENT AGREEMENT OR A PROPOSED DISCOVERY SCHEDULE BETWEEN THE UNITED STATES AND WOODLAWN, LLC

The United States of America and Petitioner Woodlawn, LLC, by and through their undersigned counsel, respectfully move this Court to extend the deadline for the parties to submit a settlement agreement or a proposed discovery schedule.  This request is made due to the United States' need to consider the effect of the recent December 23, 2020 pardon of Paul J. Manafort, Jr.[1] on this Court's March 13, 2019, Order of Forfeiture entered at sentencing and the assets Manafort agreed to forfeit in his plea agreement.  (*see* Cr. Dkt. Nos. 556-1, 422 at ¶ 12).  Petitioner Woodlawn, LLC consents to this request.

Prior to the issuance of the pardon, the parties had requested that the Court stay discovery in this matter so that they could focus on concluding an anticipated settlement of Woodlawn's petition in these proceedings.  *See* November 13, 2020, Joint Motion to Stay Discovery (Dkt. No. 123).  The Court granted this motion, setting a deadline of January 8, 2021 for the parties to

---

[1] *See* https://www.whitehouse.gov/briefings-statements/statement-press-secretary-regarding-executive-grants-clemency-122320/.

submit a settlement agreement or propose a new discovery schedule.  November 16, 2020, Minute Order.  In its Minute Order, the Court further directed the parties "to submit a proposed discovery schedule by January 8, 2021, if they are unable to conclude and submit a settlement agreement to the Court prior to that date." *Id.*

The parties made substantial progress toward settlement, including holding numerous productive telephone conversations, reviewing drafts of proposed affidavits to supplement the facts provided in Woodlawn's petition, and exchanging information and a draft settlement agreement.  However, as a result of the December 23, 2020 pardon, the United States is unable to finalize a settlement or proceed with discovery until it considers the effect of the pardon on Woodlawn's petition and its claimed interest in the Baxter Street property forfeited in the Court's March 13, 2019, Order of Forfeiture.  Given the limited case law regarding the effects of a pardon on ancillary proceedings under the modern statutory framework for forfeiture, the United States seeks additional time for review and coordination across the Department of Justice. Accordingly, the parties request that the Court extend the deadline for the parties' submission for 30 days.

Pursuant to Local Rule 7(m), counsel for the United States and Woodlawn have conferred and jointly submit this motion.

Wherefore, the United States and Woodlawn request that the Court extend the deadline for the parties' submission regarding settlement or a proposed discovery schedule to on or before February 8, 2021.  A proposed order is attached.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:    */s/Arvind Lal*
Arvind Lal, D.C. Bar No. 389496
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
 (202) 252-7688
Arvind.Lal@usdoj.gov


By:    */s/ Daniel H. Claman*
Daniel H. Claman
Money Laundering and
   Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone: (202) 514-1263
Daniel.Claman@usdoj.gov

*Counsel for the United States of America*


By:    */s/ David B. Smith*
David B. Smith
D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st Floor
Alexandria, Virginia 22314
(703) 548-8911
Facsimile (703) 548-8935
dbs@davidbsmithpllc.com

*Counsel for Woodlawn, LLC*