UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>           Defendant. )<br>_____)<br>)<br>IN RE: PETITIONS FOR RELIEF )<br>CONCERNING CONSENT ORDER OF )<br>FORFEITURE )<br>_____) | Case No. 1:18-mc-00167-ABJ |

**UNITED STATES' UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO SUBMIT JOINT REPORT REGARDING THE PETITION OF WOODLAWN LLC AND TO RESPOND TO TFSB/NBH MOTION TO VACATE**

The United States of America, by and through its undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 6(b)(1) and Fed. R. Crm. P. 45(b) for a short additional enlargement of time until on or before February 19, 2021, in which (a) to submit a joint report regarding possible settlement or discovery regarding the petition of Woodlawn LLC, and (b) to respond to the motion filed by petitioners The Federal Savings Bank (TFSB) and National Bancorp Holdings (NBH) to lift and vacate property restraints (Mc. Dkt. No. 124, 1:18-mc-00167-ABJ).  The United States and Woodlawn are currently due to report to the Court on their progress by February 8, 2021.  The government's Response to the TFSB/NBH motion is currently due on February 11, 2021.  This request for a further brief extension of time is made due to the United States' need to finalize its evaluation of the effect of the former President's December 23, 2020 pardon of Paul J. Manafort, Jr. on this Court's March 13, 2019, Order of Forfeiture entered at sentencing and the parties' positions with respect to the assets Manafort

1

agreed to forfeit in his plea agreement (*see* Cr. Dkt. Nos. 556-1, 422 at ¶ 12, 1:17-cr-00201-ABJ). Petitioners Woodlawn, TFSB, and NBH consent to this request. In support of this motion the government states:

As set forth in the government's prior filings, the United States had been in separate settlement discussions with Woodlawn and TFSB/NBH. (Dkt. Nos. 125, 126). Following the December 23, 2020 pardon of Paul J. Manafort Jr., on December 29, 2020, Petitioners TFSB and NBH moved the Court to vacate and lift the restraints (Mc. Dkt. No. 124) on certain assets that were forfeited by this Court's Order of Forfeiture and as agreed by Manafort (*see* Cr. Dkt. Nos. 556-1, 422 at ¶ 12). Proceedings regarding the Woodlawn petition had been stayed because the parties were close to settlement, and the parties were due to submit a settlement agreement or proposed discovery schedule by January 8. November 16, 2020, Minute Order. In light of the pardons, the government requested extensions regarding its response to the TFSB/NBH motion and the Woodlawn settlement or discovery plan in order to provide the government an opportunity to evaluate the effect of the pardon on these ongoing ancillary proceedings. (Dkt. Nos. 125, 126). The Court granted the government's motions, ordering a further response regarding the Woodlawn petition to be submitted by February 8, and a response to the TFSB/NBH motion by February 11. January 8, 2021 and January 11, 2021 Minute Orders.

The government has made significant progress in its consideration of the effect of the pardon; however, its review of the legal and policy issues is not yet complete due to the complexity of the issues and the recent transition in government. Therefore, the United States requests a brief extension until February 19, 2021, in which to submit a response to the Court's Order regarding the Woodlawn petition and the motion to vacate filed by TFSB and NBH.

The government submits that the requested eleven-day extension for a filing regarding Woodlawn and eight-day extension regarding the motion of TFSB/NBH will preserve the positions of all parties as they currently stand and is appropriate to permit the government an opportunity to complete its deliberations regarding the complex legal and policy issues resulting from the pardon in the context of these proceedings. These assets have been secured since October 2018, and the petitioners will continue to be able to contest their forfeiture. As Petitioners Woodlawn, TFSB, and NBH have consented to the extension, this brief enlargement of time will not prejudice the parties.

Accordingly, good cause exists to grant the government's request for an extension of time until February 19, 2021 in which to submit responses regarding the Woodlawn petition and the motion of TFSB and NBH.

Pursuant to Local Rule 7(m), counsel for the United States and Petitioners have conferred. As noted, Woodlawn, TFSB and NBH do not oppose this motion.

Wherefore, the United States requests that the Court enter an order extending the government's time to submit further responses with respect to the Woodlawn, TFSB and NBH petitions to February 19, 2021. A proposed order is attached.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney

By:    */s/Arvind Lal*
        Arvind Lal, D.C. Bar No. 389496
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7688
        Arvind.Lal@usdoj.gov

By:    */s/ Daniel H. Claman*
Daniel H. Claman
Money Laundering and
   Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone: (202) 514-1263
Daniel.Claman@usdoj.gov

*Counsel for the United States of America*