UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>        Defendant.<br><br>IN RE: PETITIONS FOR RELIEF<br>CONCERNING CONSENT ORDER OF<br>FORFEITURE | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 1:18-mc-00167-ABJ |

**UNITED STATES' UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME
TO SUBMIT JOINT REPORT REGARDING THE PETITION OF
WOODLAWN LLC AND TO RESPOND TO TFSB/NBH MOTION TO VACATE**

The United States of America, by and through its undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 6(b)(1) and Fed. R. Crm. P. 45(b) for a short additional enlargement of time until on or before February 26, 2021, in which (a) to submit a joint report regarding possible settlement or discovery regarding the petition of Woodlawn LLC, and (b) to respond to the motion filed by petitioners The Federal Savings Bank (TFSB) and National Bancorp Holdings (NBH) to lift and vacate property restraints (Mc. Dkt. No. 124, 1:18-mc-00167-ABJ).  The current deadlines for these filings is February 19, 2021.  This request for a further brief extension of time is made to facilitate the United States' consideration of the effects of the former President's December 23, 2020 pardon of Paul J. Manafort, Jr. on this Court's March 13, 2019, Order of Forfeiture entered at sentencing and the parties' positions with respect to the assets Manafort agreed to forfeit in his plea agreement (*see* Cr. Dkt. Nos. 556-1, 422 at ¶

1

12, 1:17-cr-00201-ABJ).  Petitioners Woodlawn, TFSB, and NBH consent to this request. In support of this motion the government states:

As set forth in the government's prior filings, the United States had been in separate settlement discussions with Woodlawn and TFSB/NBH.  (Dkt. Nos. 125, 126).  Following the December 23, 2020 pardon of Paul J. Manafort Jr., on December 29, 2020, Petitioners TFSB and NBH moved the Court to vacate and lift the restraints (Mc. Dkt. No. 124) on certain assets that were forfeited by this Court's Order of Forfeiture and as agreed by Manafort (*see* Cr. Dkt. Nos. 556-1, 422 at ¶ 12).  Proceedings regarding the Woodlawn petition had been stayed because the parties were close to settlement, and the parties were due to submit a settlement agreement or proposed discovery schedule by January 8.  November 16, 2020, Minute Order.  In light of the pardon and the need for the government to evaluate its effect, the government requested, and the Court granted, extensions for the government's response to the TFSB/NBH motion and for the submission of a Woodlawn settlement or discovery plan.  January 8, 2021, January 11, 2021, and February 5, 2021, Minute Orders.

The government appreciates the Court's allowing time for the government to consider the complicated legal and policy issues involved, particularly during a time of transition in government.  Regrettably, an additional week is necessary for the United States to complete its consideration of the ramifications of the pardon on these proceedings.  Therefore, the United States requests a brief extension until February 26, 2021, in which to submit a response to the Court's Order regarding the Woodlawn petition and the motion to vacate filed by TFSB and NBH.

The government submits that the requested seven-day extension will preserve the positions of all parties as they currently stand and is appropriate to permit the government an

opportunity to complete its deliberations regarding the complex legal and policy issues resulting from the pardon in the context of these proceedings. These assets have been secured since October 2018, and the petitioners will continue to be able to contest their forfeiture. As Petitioners Woodlawn, TFSB, and NBH have consented to the extension, the brief enlargement will not prejudice the parties. Accordingly, good cause exists to grant the further extension.

Pursuant to Local Rule 7(m), counsel for the United States and Petitioners have conferred. As noted, Woodlawn, TFSB and NBH do not oppose this motion.

Wherefore, the United States requests that the Court enter an order extending the government's time to submit further responses with respect to the Woodlawn, TFSB and NBH petitions to February 26, 2021. A proposed order is attached.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By: */s/Arvind Lal*
Arvind Lal, D.C. Bar No. 389496
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7688
Arvind.Lal@usdoj.gov

By: */s/ Daniel H. Claman*
Daniel H. Claman
Money Laundering and
 Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone: (202) 514-1263
Daniel.Claman@usdoj.gov

*Counsel for the United States of America*