UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| IN RE: PETITIONS FOR RELIEF ) | |
| CONCERNING CONSENT ORDER OF ) | Case No. 1:18-mc-00167-ABJ |
| FORFEITURE ) | |
| ) | |
| THE FEDERAL SAVINGS BANK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| NATIONAL BANCORP HOLDINGS, INC., ) | |
| ) | |
| Petitioner. ) | |

**PETITIONERS THE FEDERAL SAVINGS BANK AND NATIONAL BANCORP HOLDINGS, INC.'S MOTION FOR RELEASE OF PLEDGED FUNDS TO THE FEDERAL SAVINGS BANK, IN LIEU OF A STATUS REPORT**

Petitioners The Federal Savings Bank ("TFSB") and National Bancorp Holdings, Inc. ("NBH" and together with TFSB, "Petitioners"), by and through their counsel, hereby submit the following motion in lieu of a status report requested by the Court "regarding the matter of the funds referenced in paragraph 2(d) of the Court's order" granting the Government's *Motion to Dismiss Properties and to Terminate Ancillary Proceedings*. *See* Dkt. Nos. 130, 131; Dkt. Entry, Feb. 26, 2021.[1]

---

[1] Counsel for the Government has informed counsel for Petitioners that the Government takes no position on this motion and the issue of ownership of the Pledged Funds (as defined *infra*).

After defendant Paul J. Manafort, Jr. pled guilty to two counts of criminal conspiracy against the United States of America, this Court, on October 10, 2018, entered a Consent Order of Forfeiture with respect to several assets, including, among others:

(1)  The real property and premises commonly known as 377 Union Street, Brooklyn, New York 11231 (Block 429, Lot 65), including all appurtenances, improvements, and attachments thereon, and any property traceable thereto (the "Union Street Property"), Dkt. No. 3 at 2, ¶ (a), and

(2)  All funds (the "Funds" or "Pledged Funds") held in account number ending 0969 at TFSB (the "Account" or "Pledged Account"), Dkt. No. 3 at 2, ¶ (d).[2]

Petitioners, who are victims of Mr. Manafort's fraud, subsequently filed third-party petitions asserting claims under 21 U.S.C. § 853(n)(6)(A) and (B) to, among others, the Union Street Property and the Funds, which Mr. Manafort pledged as collateral for loans he obtained from TFSB prior to his October 27, 2017 indictment. *See* Dkt. Nos. 8, 9.

On February 19, 2021, the Government moved to vacate the Consent Order of Forfeiture with respect to, among others, the Union Street Property and the Pledged Funds, and to terminate the ancillary proceedings, Dkt. No. 130. The Court granted that motion but ordered the Government to "maintain the [Pledged Funds] in the Seized Assets Deposit Fund of the United

---

Accordingly, Petitioners submit this motion in lieu of the joint status report contemplated by the Court.

[2] The Consent Order of Forfeiture was originally entered as Docket No. 443 in *United States v. Manafort*, No. 17-cr-201-1 (D.D.C.). On November 13, 2018, the Court directed the Clerk of Court to open the instant miscellaneous action for filings that relate solely to petitions for relief from the Consent Order of Forfeiture. *See* Dkt. No. 1, also filed in Case No. 17-cr-201-1 as Dkt. No. 452.

States Department of Justice until further Order of the Court regarding the legal owner of the [F]unds to whom the [F]unds should be released." Dkt. No. 131 at 2.

Petitioners hereby submit that, pursuant to the governing loan and deposit-account agreements, TFSB is the undisputed legal owner of the Pledged Funds. As those agreements make plain, TFSB is a secured creditor that holds a consensual lien—and thus a valid security interest—in the Pledged Funds.

Specifically, on January 4, 2017, Mr. Manafort and his wife, Kathleen B. Manafort, executed and delivered to TFSB two promissory notes (the "Notes") in the principal amounts of $5.3 million and $1.2 million, in connection with two loans provided by TFSB to Mr. Manafort and his wife.[3] On or about January 4, 2017, TFSB disbursed $5.3 million to Mr. Manafort and his wife pursuant to the terms of the $5.3 million note (the "$5.3 Million Loan"). Declaration of James C. Brennan ("Brennan Decl.") ¶ 2. Additionally, TFSB has disbursed $624,305.72 to Mr. Manafort and his wife under the $1.2 million note (the "$1.2 Million Loan" and together with the $5.3 Million Loan, the "Loans"). *Id.*

The Notes were and continue to be secured by two mortgages on the Union Street Property: (*i*) $5.3 million mortgage dated as of January 17, 2017, recorded on February 2, 2017 as instrument number 2017012300896002 001E7F4D in the official records of the Office of the City Register of the City of New York, Kings County, New York, and; (*ii*) $1.2 million mortgage dated as of January 17, 2017, recorded on February 2, 2017 as instrument number

---

[3] Copies of the 2017 Notes are attached hereto as Exhibits A and B.

2017012300896004 001E7FC5 in the official records of the Office of the City Register of the City of New York, Kings County, New York.[4]

The Notes also were and continue to be secured by the Pledged Funds. Specifically, pursuant to a Deposit Account and Security Agreement from January 4, 2017 (the "Agreement"), Mr. Manafort and his wife deposited with TFSB $2.5 million as Pledged Funds and collateral for the Notes.[5] Agreement Recitals C & F; Ex. C ¶ (T); Brennan Decl. ¶ 3. Until this Court's Consent Order of Forfeiture, those Pledged Funds were held in the Account, which Mr. Manafort and his wife were required to "establish and maintain" "[a]s a condition to the making of the Loan[s] . . . for the purpose of depositing with [TFSB] funds as" additional collateral. Agreement Recital C. The $2.5 million in Pledged Funds deposited in the Account was not the Manaforts' personal money; rather, the $2.5 million in Pledged Funds constituted proceeds from a loan Mr. Manafort, his wife, and their LLC had obtained from TFSB and agreed to set aside as collateral for the Loans. Brennan Decl. ¶ 4.

By the terms of the Agreement, the Account was "pledged" to TFSB and "under [TFSB's] sole dominion and control." Agreement § 1.1. The Account, entitled "The Federal Savings Bank, a federally chartered bank, as Mortgagee of Paul J. Manafort and Kathleen B. Manafort," was "blocked" and "non-interest[] bearing," and Mr. Manafort and his wife were precluded from "mak[ing] withdrawals from, obtain[ing] disbursements of or writ[ing] drafts against" the Pledged Funds. Agreement Recital D; § 1.2. Mr. Manafort and his wife also "pledge[d], transfer[red] and assign[ed]" to TFSB "a continuing perfected security interest in and

---

[4] Copies of those mortgages are attached hereto as Exhibits C and D.

[5] A copy of the Deposit Account and Security Agreement is attached hereto as Exhibit E.

to, and a general first lien upon" the Pledged Funds.  Agreement § 7(a).  Pursuant to the Agreement, this "pledge, assignment and grant of security interest" serves to "secure payment of all amounts payable by" Mr. Manafort and his wife under the Notes.  *Id.*  Indeed, in the event of a default, TFSB has "the right to be exercised in its sole and absolute discretion" to apply all Pledged Funds against the Loans.  *Id.* § 4.1.  In case the Pledged Funds are held in deposit at another bank, that bank "shall pay over to [TFSB] all" deposited Pledged Funds to apply against the Loans.  Agreement § 8.

It is undisputed that Mr. Manafort and his wife have failed to fulfill their obligations with respect to the Loans, including their obligation to make payments provided for under the Notes.  Brennan Decl. ¶ 5.  Specifically, the Notes have been continuously in payment default since November 1, 2017, and continuously in maturity default since the Loans' maturity on January 4, 2018.  *Id.*  As a result of the defaults, Mr. Manafort and his wife are required to pay the full amount of principal which has not been paid on the Loans, and all interest which has not been paid on that outstanding principal amount.  *See* Exhibit A, § 7; Exhibit B, arts. 3, 4.  In addition, Mr. Manafort and his wife are required to pay TFSB various additional costs, fees, and expenses.  *See* Exhibit A, § 7(E); Exhibit B, arts. 8, 17.

As of March 3, 2021, the total due on the Notes was $8,337,209.87.  Brennan Decl. ¶ 6.  Notably, the principal due and owing under the Notes was $5,924,305.72, the interest due and owing was $1,815,470.30, and late fees due and owing were $299,470.74.  *Id.*  Interest currently accrues under the Notes at a rate of $1,483.65 per diem.  *Id.*

In accordance with the Notes and Loan documents, TFSB sent notices of default to Mr. Manafort, his wife, and their counsel on March 3, 2021, making immediately available to TFSB all remedies provided for under the Notes and Loan documents.  *See* Exhibit A, § 7; Exhibit B,

art. 3; Brennan Decl. ¶ 7. As a result of the defaults, TFSB is entitled to foreclose on, sell, or otherwise dispose of the Union Street Property in accordance with applicable law. Exhibit C, § 24.[6] TFSB is likewise entitled to the Pledged Funds. Specifically, pursuant to the Agreement, in the event of a default, TFSB may "in its sole and absolute discretion" apply all Pledged Funds against the Loans. Agreement § 4.1.

Accordingly, there can be no dispute that the Pledged Funds belong to TFSB pursuant to the Agreement and attendant loan documents. And there is no question that TFSB extended the Loans to Mr. Manafort and his wife, that Mr. Manafort and his wife stopped making payments on those Loans and defaulted on them, that the current outstanding principal and interest amounts—even without the addition of all other permitted costs, fees, and expenses—are vastly greater than the $2.5 million in Pledged Funds, and that the plain language of the Agreement executed by Mr. Manafort and his wife entitles TFSB to the Pledged Funds in the event of a default.

TFSB thus requests an order from this Court directing the Government to release and return the Pledged Funds to TFSB, the Pledged Funds' legal owner.

---

[6] In fact, TFSB commenced a lawsuit in the United States District Court, Eastern District of New York on March 17, 2021 (Case No. 21-cv-1400) to foreclose upon the mortgages it holds against the Union Street Property. *See* Exhibit F.

Respectfully,

*/s/ Seetha Ramachandran*
Seetha Ramachandran (Admitted Pro Hac Vice)
Lucas Kowalczyk (Admitted Pro Hac Vice)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Fax: (212) 969-2900
SRamachandran@proskauer.com

Jennifer E. Tarr, D.D.C. Bar No. IL0028
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 600 South
Washington, D.C. 20004
Phone: (202) 416-6846
Fax: (202) 416-6899

*Counsel for Petitioners The Federal Savings Bank and National Bancorp Holdings, Inc.*