UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>v.                                                       )<br>                                                          )<br>PAUL J. MANAFORT, JR.,                )<br>                                                          )<br>            Defendant.                          )<br>_____)<br>                                                          )<br>IN RE: PETITIONS FOR RELIEF         )<br>CONCERNING CONSENT ORDER OF  )<br>FORFEITURE                                    )<br>_____)<br>                                                          )<br>THE FEDERAL SAVINGS BANK,        )<br>                                                          )<br>            Petitioner,                              )<br>_____)<br>                                                          )<br>NATIONAL BANCORP HOLDINGS, INC., )<br>                                                          )<br>            Petitioner.                               )<br>_____) | Case No. 1:18-mc-00167-ABJ |

## DECLARATION OF JAMES C. BRENNAN

I, James C. Brennan, hereby declare:

1. I am the Vice President of petitioner The Federal Savings Bank ("TFSB"). I submit this Declaration based on personal knowledge, except where otherwise indicated, in support of TFSB's and petitioner and National Bancorp Holdings, Inc.'s *Motion for Release of Pledged Funds to The Federal Savings Bank* "regarding the matter of the funds referenced in paragraph 2(d) of the Court's order" granting the Government's *Motion to Dismiss Properties and to Terminate Ancillary Proceedings*. *See* Dkt. Nos. 130, 131; Dkt. Entry, Feb. 26, 2021.

2. On January 4, 2017, Paul J. Manafort, Jr. and his wife, Kathleen B. Manafort, executed and delivered to TFSB two promissory notes (the "Notes") in the principal amounts of

$5.3 million and $1.2 million, in connection with two loans provided by TFSB to Mr. Manafort and his wife.  On or about January 4, 2017, TFSB disbursed $5.3 million to Mr. Manafort and his wife pursuant to the terms of the $5.3 million note (the "$5.3 Million Loan").  Additionally, TFSB has disbursed $624,305.72 to Mr. Manafort and his wife under the $1.2 million note (the "$1.2 Million Loan" and together with the $5.3 Million Loan, the "Loans").

3. Among others, the Notes were and continue to be secured by all funds held in account number ending 0969 at TFSB.  Pursuant to a Deposit Account and Security Agreement from January 4, 2017, Mr. Manafort and his wife deposited with TFSB $2.5 million in funds as collateral for the Notes.

4. The $2.5 million in Pledged Funds deposited in the Account was not the Manaforts' personal money; rather, the $2.5 million in Pledged Funds constituted proceeds from a loan Mr. Manafort, his wife, and their LLC had obtained from TFSB and agreed to set aside as collateral for the Loans.

5. Mr. Manafort and his wife have failed to fulfill their obligations with respect to the Loans, including their obligation to make payments provided for under the Notes.  The Notes have been continuously in payment default since November 1, 2017, and continuously in maturity default since the Loans' maturity on January 4, 2018.

6. As of March 3, 2021, the total due on the Notes was $8,337,209.87.  Exs. 1 & 2 to Decl., Notices of Default.  Notably, the principal due and owing under the Notes was $5,924,305.72, the interest due and owing was $1,815,470.30, and late fees due and owing were $299,470.74.  *Id.*  Interest currently accrues under the Notes at a rate of $1,483.65 per diem.  *Id.*

7. TFSB sent notices of default to Mr. Manafort, his wife, and their counsel on March 3, 2021.  Exs. 1 & 2 to Decl., Notices of Default.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2021, in Lake County.

_James C. Brennan_

STATE OF ILLINOIS

COUNTY OF LAKE

I, IRIS VAZQUEZ, Notary Public of LAKE County, State of Illinois, certify that James C. Brennan, personally appeared before me this day, and acknowledged that he is the Vice President of The Federal Savings Bank, a corporation, and that he, as the Vice President executed the foregoing instrument on behalf of the corporation.

Witness my hand and Official Seal, this the 18th day of March 2021.

Notary Public

My Commission Expires: 1/6/2025

OFFICIAL SEAL
IRIS V VAZQUEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 01/06/2025

# EXHIBIT 1
# TO DECL.



**James Brennan**
Vice President
jbrennan@thefederalsavingsbank.com

4120 W Diversey Ave, Ste C501,
Chicago, IL 60639
Ph: (312) 738-6081
Fax: (312) 212-5553

# NOTICE OF DEFAULT

March 3, 2021

**VIA Federal Express**
Paul J. Manafort
Kathleen B. Manafort
C/O Law Offices of Bruce E. Baldinger
   43 West 43rd Street
   Suite 141
   New York, New York 10036

Re: Lender: The Federal Savings Bank ("Lender")
    The Federal Savings Bank Loan Number: 1010001450 (the "Loan")
    Note Date: January 4, 2017 (the "Note")
    Loan Amount: $1,200,000.00
    Borrowers: Paul J. Manafort
               Kathleen B. Manafort
               (Paul J. Manafort, and Kathleen B. Manafort are referred to collectively as "Borrowers")

To Borrowers:

   This is notice under Section 3 of the Note from Lender that Borrowers are in continuing in default for failure to fulfill their obligations with respect to the Loan, including, but not limited to, their obligation to make required payments under Section 1 of the Note. As of the date of this Notice of Default, Borrowers owe the following past due amounts:

| | |
|---|---|
| Principal: | $ 624,305.72 |
| Accrued Interest (as of March 1, 2021): | $ 484,470.99 |
| Late Charges: | $  31,215.29 |
| Real Estate Tax Advances | $ |
| Insurance Advances | $ |
| Legal Fees | $    13,617.07 |
| Total Due | $ 1,153,609.07 |

Interest will accrue at the rate of $416.29 each day after the date of this letter during the time Borrowers remain in default. The above does not include any advances made after




WWW.THEFEDERALSAVINGSBANK.COM

this date for real estate taxes, insurance and legal fees that are made in the future under the provisions of the loan documents.

     The loan has been in Default since it's Maturity on January 4, 2018.  Borrowers are required to pay the full amount of Principal which has not been paid plus all interest which has not been paid on that amount.  In addition, Borrowers will be required to pay Lender's costs and expenses in enforcing the Note as provided by Article 17 of the Note.

     If you have any questions, you may call the undersigned.

                          THE FEDERAL SAVINGS BANK

                          By:    James C. Brennan
                          Its:    Vice President

cc:

Law Offices of Bruce E. Baldinger
365 South St.
Morristown, New Jersey 07960

Paul J. Manafort

Kathleen B. Manafort

Via Email

     Richard Westling <rwestling@ebglaw.com




WWW.THEFEDERALSAVINGSBANK.COM

# EXHIBIT 2
# TO DECL.



**James Brennan**
Vice President
jbrennan@thefederalsavingsbank.com

4120 W Diversey Ave, Ste C501,
Chicago, IL 60639
Ph: (312) 738-6081
Fax: (312) 212-5553

# NOTICE OF DEFAULT

March 3, 2021

**VIA U.S. MAIL**
Paul J. Manafort
Kathleen B. Manafort

Re:  Lender:  The Federal Savings Bank ("Lender")
　　　The Federal Savings Bank Loan Number:  1010001444 (the "Loan")
　　　Note Date:  January 4, 2017 (the "Note")
　　　Loan Amount:  $5,300,000.00
　　　Borrowers:  Paul J. Manafort
　　　　　　　　　Kathleen B. Manafort
　　　　　　　　　(Paul J. Manafort, and Kathleen B. Manafort are referred to collectively
　　　　　　　　　as "Borrowers")

To Borrowers:

　　　This is notice under Section 7 of the Note from Lender that Borrowers are in continuing in default for failure to fulfill their obligations with respect to the Loan, including, but not limited to, their obligation to make required payments under Section 3 of the Note.  As of the date of this Notice of Default, Borrowers owe the following past due amounts:

| | |
|---|---:|
| Principal: | $ 5,300,000.00 |
| Accrued Interest (As of March 1, 2021): | $ 1,330,999.31 |
| Late Charges: | $ 268,255.45 |
| Real Estate Tax Advances | $ 23,217.08 |
| Insurance Advances | $ 145,527.80 |
| Legal Fees | $ 115,601.16 |
| Total Due | $ 7,183,600.80 |

　　　Interest will accrue at the rate of $ 1,067.36 each day after the date of this letter during the time Borrowers remain in default.  The above does not include any advances made after this date for real estate taxes, insurance and legal fees that are made in the future under the provisions of the loan documents.

 WWW.THEFEDERALSAVINGSBANK.COM 

   The loan has been in Default since it's Maturity on January 4, 2018.  Borrowers are required to pay the full amount of Principal which has not been paid plus all interest which has not been paid on that amount.  In addition, Borrowers will be required to pay Lender's costs and expenses in enforcing the Note as provided by Section 7(E) of the Note.

   If you have any questions, you may call the undersigned.

              THE FEDERAL SAVINGS BANK

              By: James C. Brennan
              Its: Vice President

cc: Law Offices of Bruce E. Baldinger
  43 West 43rd Street
  Suite 141
  New York, New York  10036

  Law Offices of Bruce E. Baldinger
  365 South St.
  Morristown, New Jersey  07960

  Paul J. Manafort

  Kathleen B. Manafort

Via Email
Richard Westling <rwestling@ebglaw.com>




WWW.THEFEDERALSAVINGSBANK.COM