# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>                  Defendant.<br>_____<br>IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE<br>_____<br>THE FEDERAL SAVINGS BANK,<br><br>                  Petitioner,<br>_____<br>NATIONAL BANCORP HOLDINGS, INC.,<br>                  Petitioner. | Case No. 1:18-mc-00167-ABJ |

## DEFENDANT'S RESPONSE TO PETITIONERS' MOTION FOR RELEASE OF PLEDGED FUNDS TO THE FEDERAL SAVINGS BANK IN LIEU OF A <u>STATUS REPORT</u>

Defendant Paul Manafort, by and through his undersigned counsel, respectfully submits this response to Petitioners The Federal Savings Bank ("TFSB") and National Bancorp Holdings, Inc.'s (together with TFSB, "Petitioners") Motion for Release of Pledged Funds to the Federal Savings Bank, in Lieu of a Status Report (the "Motion").

Mr. Manafort does not oppose Petitioners' motion and consents to the Court's entry of Petitioner's proposed order. (*See* ECF No. 132-2).

Dated: April 16, 2021            Respectfully Submitted,

*/s/ Richard Westling*
Richard Wrestling
**Epstein Becker Green**
1227 25th Street NW
Washington, DC  20037
Phone: (202) 861-0900
rwestling@ebglaw.com

Matthew C. Crowl (*admitted pro hac vice*)
Rodney Perry (*admitted pro hac vice*)
**Riley Safer Holmes & Cancila LLP**
70 West Madison St, Ste 2900
Chicago, IL, 60602
Phone: (312) 471-8700
Fax: (312) 471-8700
mcrowl@rshc-law.com
rperry@rshc-law.com

*Attorneys for Defendant Paul J. Manafort, Jr.*