UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| PAUL J. MANAFORT, JR., | ) |
| Defendant. | ) |
| IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE | ) Case No. 1:18-mc-00167-ABJ |
| THE FEDERAL SAVINGS BANK, | ) |
| Petitioner, | ) |
| NATIONAL BANCORP HOLDINGS, INC., | ) |
| Petitioner. | ) |

**ORDER**

Upon consideration of petitioners The Federal Savings Bank ("TFSB") and National Bancorp Holdings, Inc.'s *Motion for Release of Pledged Funds to The Federal Savings Bank* "regarding the matter of the funds referenced in paragraph 2(d) of the Court's order" (the "Order") granting the United States' *Motion to Dismiss Properties and to Terminate Ancillary Proceedings*, *see* Dkt. No. 131; Dkt. Entry, Feb. 26, 2021, it is hereby:

**ORDERED** that TFSB is the legal owner of the funds referenced in paragraph 2(d) of the Order.

It is **FURTHER ORDERED** that the United States shall release the funds referenced in paragraph 2(d) of the Order, which funds are currently held in the Seized Assets Deposit Fund of the United States Department of Justice, to an account designated by and held at TFSB.

**SO ORDERED.**

Dated this  21st  day of  April  , 2021.

_____
**THE HONORABLE AMY BERMAN JACKSON**
**UNITED STATES DISTRICT JUDGE**