IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.,**<br><br>                **Defendant.**<br>_____<br>**IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE**<br>_____<br>**THE FEDERAL SAVINGS BANK,**<br><br>                **Petitioner,**<br>_____<br>**NATIONAL BANCORP HOLDINGS, INC.,**<br>                **Petitioner.** | Case No. 1:18-mc-00167-ABJ |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

      **PLEASE TAKE NOTICE** that Rodney Perry of the law firm Riley Safer Holmes & Cancila LLP, an attorney duly admitted to practice in this Court *pro hac vice* hereby appears in the above-captioned action as attorney for Defendant Paul J. Manafort, Jr.

Dated:  Chicago, Illinois
        April 29, 2021

                                        Respectfully Submitted,

                                        RILEY SAFER HOLMES & CANCILA LLP

                                        By: */s/ Rodney Perry*
                                            Rodney Perry (*pro hac vice*)
                                            Riley Safer Holmes & Cancila LLP
                                            70 West Madison St, Ste 2900
                                            Chicago, IL, 60602
                                            Tel: 312-471-8731
                                            *rperry@rshc-law.com*

                                            *Attorneys for Defendant Paul J. Manafort, Jr.*