IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>                    **Defendant.**<br>_____<br>IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE<br>_____<br>THE FEDERAL SAVINGS BANK,<br><br>                    **Petitioner,**<br>_____<br>NATIONAL BANCORP HOLDINGS, INC.,<br>                    **Petitioner.** | Case No. 1:18-mc-00167-ABJ |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE** that Matthew C. Crowl of the law firm Riley Safer Holmes & Cancila LLP, an attorney duly admitted to practice in this Court *pro hac vice* hereby appears in the above-captioned action as attorney for Defendant Paul J. Manafort, Jr.

Dated: Chicago, Illinois
       April 29, 2021

                                        Respectfully Submitted,

                                        RILEY SAFER HOLMES & CANCILA LLP

                                        By: */s/ Matthew C. Crowl*
                                            Matthew C. Crowl
                                            Riley Safer Holmes & Cancila LLP
                                            70 West Madison St, Ste 2900
                                            Chicago, IL, 60602
                                            Tel: 312-471-8720
                                            mcrowl@rshc-law.com

                                        *Attorneys for Defendants Paul J. Manafort, Jr.*