UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR., et al.,<br><br>Defendants. | |
| IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE | Case No. 1:18-mc-00167-ABJ |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for The Federal Savings Bank and National Bancorp Holdings, Inc.

Dated:  February 25, 2022          Respectfully submitted,

/s/ *Mark D. Harris*
Mark D. Harris
(D.D.C. Bar No. 445900)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
mharris@proskauer.com