## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**PAUL J. MANAFORT, JR., et al.,**<br><br>**Defendants.**<br><br>───────────────────<br>**IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE** | **Case No. 1:18-mc-00167-ABJ** |

## <u>NOTICE OF WITHDRAWAL</u>

Pursuant to LCvR 83.6, attorney Jennifer E. Tarr hereby withdraws her appearance on behalf of the Petitioners The Federal Savings Bank and National Bancorp Holdings, Inc.  No trial date has been set in this matter, another attorney has previously entered an appearance on behalf of the parties.

Dated: February 25, 2022

PROSKAUER ROSE LLP

*/s/ Mark D. Harris*
Mark D. Harris
(D.D.C. Bar No. 445900)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
mharris@proskauer.com

*Counsel for Petitioners Federal Savings*
*Bank and National Bancorp Holdings, Inc.*

Respectfully submitted,

PROSKAUER ROSE LLP

*/s/ Jennifer E. Tarr*
Jennifer E. Tarr
(D.D.C. Bar No. IL0028)
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004-2533
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
jtarr@proskauer.com

*Withdrawing Counsel*